POOR QUALITY ORIGINAL

REC. NO. 40265

83

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Sybrena Evans
Sybrena Kenan and Associates, Inc.,
dba/UNWINEWITHTEDDY

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

v.

Defendants:
1. Jane Doe, also known as:
   Danielle Robertson
   Dani Robertson
   Dani Montana
   Turth Teller Dani
   Lori Davis
   Danielle Robertson, LLC.
2. Jane Does 1-10
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case: 5:24-cv-13435
Assigned To : Levy, Judith E.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 12/23/2024
Description: CMP Sybrena Evans v.
Danielle Robertson, et al. (JH)

Jury Trial: ☐ Yes ☑ No
*(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sybrena Evans |
| Street Address | 17710 Lakeview Cr. |
| City and County | Northville Wayne County |
| State and Zip Code | Michigan, 48168 |
| Telephone Number | (248) 362-1300 |
| E-mail Address | unwinewithteddy@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Danielle Robertson |
| Job or Title (if known) | YouTube Content Creator |
| Street Address | 8 The Green STE A |
| City and County | Dover, Kent County |
| State and Zip Code | Delaware, 19901 |
| Telephone Number | (860) 864-0028 |
| E-mail Address (if known) | danimontana2022@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | See "Additional Parties to The Complaint" page |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question       ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

Additional Parties to The Complaint:

Defendants:
1. Jane Doe, also known as:
   Danielle Robertson
   Dani Robertson
   Dani Montana
   Turth Teller Dani
   Lori Davis
   Danielle Robertson, LLC.
2. Jane Does 1-10

Defendants Address:
8 The Green STE A
Dover, Kent County
Delaware, 19901
(860) 864-0028
danimontana2022@gmail

Danielle Robertson Social Media Accounts:
YouTube:
DaniRobertson
Truth Teller Dani
Dani Montana
Unhinged With Bundy
WhewChile The Ghetto
Dani Monroe

Other Social Media :
X formerly known as Twitter
Facebook
Instagram
Twitch
Stationhead

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* Sybrena Evans_____.
is a citizen of the State of *(name)* Michigan_____.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* Sybrena Kenan and Associates, Inc._____,
is incorporated under the laws of the State of *(name)*
Michigan_____, and has its principal place of business in the
State of *(name)* Michigan_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* Danielle Robertson_____, is a citizen of the
State of *(name)* Delaware_____. *Or* is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

See Attachment "Relief"

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Nature of the Case
This federal lawsuit arises from a sustained campaign by the Defendant Danielle Robertson to harm the Plaintiff, Sybrena Evans, through copyright infringement, defamation, harassment, privacy violations, and cyberbullying. Since 2022, the defendant has repeatedly violated the plaintiff's rights by unlawfully using copyrighted materials and filing fraudulent copyright claims—primarily through impersonation—to commit fraud and damage the plaintiff's YouTube channels, UNWINEWITHTEDDY and RunTellThatToo. These actions have caused significant harm to the plaintiff's reputation, emotional well-being, and professional career.

Plaintiffs, Sybrena Evans and Sybrena Kenan and Associates, Inc., dba UNWINEWITHTEDDY, bring this action against Jane Doe, also known as Danielle Robertson, Dani Robertson, Dani Montana, Truth Teller Dani, Lori Davis, and Danielle Robertson, LLC. The complaint reserves the right to amend to include additional defendants identified as "Jane Does 1-10." These placeholders represent individuals or entities whose identities and roles are currently unknown but believed to be involved in the alleged actions.
This lawsuit seeks to hold Danielle Robertson accountable, secure compensation for damages, and obtain injunctive relief to prevent further harm.

Count 1. Copyright Infringement
Count 2: Defamation and Privacy Violations
Count 3: False Reports and Fraudulent Claims
Count 4: Cyberbullying and Harassment
Count 5: Impersonation of Others to Commit Fraud
Count 6: Conspiracy to Commit Fraud and Cause Emotional Distress

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

Count 1: Copyright Infringement

On or around April 11, 2024, Defendant Danielle Robertson unlawfully obtained and used copyrighted images and video testimony of the Plaintiff, Sybrena Evans. These materials, created on April 9, 2024, during a closed Hearing on Petition for Personal Protection Order (PPO) in Wayne County's 3rd Judicial Circuit, are protected under the Copyright Act of 1976.

Facts Supporting the Claim

Ownership:
The plaintiff owns the copyright to her personal image, likeness, and video testimony as depicted during the hearing. These materials were fixed in a tangible medium during the proceedings, and copyright protection was automatically conferred upon creation under 17 U.S.C. § 102(a). The plaintiff retains exclusive rights to these works, including reproduction, distribution, and public display (Exhibit A).

Unlawful Acquisition:
The defendant conspired with the "PPO Petitioner" to unlawfully record or access the private court hearing. The PPO Petitioner either directly provided the unlawfully recorded content to the defendant or facilitated real-time access via phone. (Exhibit B).

Unauthorized Use and Distribution:
On April 11, 2024, the defendant publicly disseminated portions of the recorded content during multiple live broadcasts on her YouTube channel. Specifically:

The defendant shared details of the confidential PPO Hearing during a live broadcast titled " Black Tea Sector: Teddy Bundy! The Real Tea April 9" (Exhibit C).
The defendant altered the background of an image depicting the plaintiff during her closed hearing testimony, without modifying the plaintiff's actual likeness or appearance, and subsequently published the altered image in a monetized YouTube video, falsely claiming that these changes constitute "Fair Use" and transformation of the original work. (Exhibit D).
The defendant created and disseminated explicit "Deepfake" pornographic content using the plaintiff's likeness on ICANTICANT.COM and the YouTube channel "Unhinged With Bundy" (Exhibits E and F).

Exploitation:
The defendant used the copyrighted material to humiliate the plaintiff, harm her reputation, and cause emotional distress. The defendant also profited from these actions through monetization on social media platforms (Exhibit G).

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

Relief Requested

An injunction prohibiting the defendant from further use or dissemination of the plaintiff's copyrighted material.
Statutory or actual damages, including profits derived from the infringement, under 17 U.S.C. § 504.
Attorney's fees and costs under 17 U.S.C. § 505.
Compensatory damages for emotional distress caused by the dissemination of explicit deepfake pornography.
Any additional relief deemed appropriate by the court.


Count 2: Defamation and Privacy Violations

Between April 23, 2022, and December 12, 2024, Defendant Danielle Robertson published multiple defamatory statements and unauthorized personal information about Plaintiff, Sybrena Evans, on social media platforms including YouTube, Instagram, X, Stationhead, and her websites (MessyDani.Com and ICANTICANT.COM). These statements falsely portrayed the plaintiff as a criminal, an unfit medical professional, and a person with severe character flaws—claims that are entirely false and maliciously intended to harm her reputation and career.
The defendant also unlawfully disclosed sensitive personal information, including the plaintiff's home address, Social Security number, and professional license details, exposing her to harassment, threats, and potential harm. Specific incidents of these defamatory statements and privacy violations are documented to support these claims.

Facts Supporting the Claim:

Beginning May 5, 2022, Defendant Danielle Robertson released a series titled "Single Black Female," falsely portraying Plaintiff, Sybrena Evans, as a psychopathic serial killer like Ted Bundy and giving her the defamatory nickname "Teddy Bundy." This defamatory narrative continues to this day. (Exhibit H)
On April 10, 2023, defendant published "Unsolved Michigan Cold Cases" Episodes One and Two, falsely accusing plaintiff of stalking neighbors, being involved in a homicide, and calling her "A Black Karen" associated with other Michigan crimes.(Exhibit I)
The defendant falsely accused plaintiff, a licensed physician assistant, of unethical behavior and cyberbullying in a public post, claiming she was under investigation by the Medical Board. The defendant encouraged signing a petition to permanently harm Plaintiff's professional reputation, explicitly intending it to appear in search results. (Exhibit J)

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

On August 21, 2022, Defendant Danielle Robertson, created the defamatory Twitter account "
Public Awareness To Medical Malpractice" and falsely claimed that public figure Dr. Sybrena
Kenan was found guilty of medical malpractice, damaging the plaintiff's professional
reputation. (Exhibit K)
On April 8, 2023, the defendant created and distributed explicit deepfake pornography
impersonating the plaintiff through a fabricated "OnlyFans" account with links to a
Docdroid.net account file. The image was made using police body camera footage obtained
during a fraudulent "Wellness Check" on October 3, 2022. (Exhibit L)
Defendant falsely claimed that plaintiff "gets drunk during her live streams," engages in
inappropriate behavior, and urges others to file complaints to Michigan Medical Board
alleging substance abuse, alcohol consumption, and mental illness. These baseless
accusations constitute clear defamation intended to harm the plaintiff's reputation. (Exhibit M)

Each instance constitutes a deliberate effort to damage the plaintiff's personal and
professional reputation and violate her privacy. The plaintiff submits supporting evidence,
including screenshots of video recordings and publicly accessible posts, which are attached
as exhibits to this complaint.

Relief Requested:

Injunction:
Prohibit the defendant from further defaming the plaintiff or violating her privacy.
Damages:
Compensatory and punitive damages for emotional distress, reputational harm, and
professional losses.
Attorney's Fees and Costs:
Reimbursement for all legal expenses incurred.
Additional Relief:
Any further relief deemed appropriate by the court.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

Count 3: False Reports and Fraudulent Claims

Between October 2022 and September 2024, Defendant Danielle Robertson, also known as Dani Montana, filed multiple false reports against the plaintiff, Sybrena Evans, with law enforcement agencies, regulatory boards, and governmental organizations. These fraudulent claims were submitted to entities such as the Michigan Medical Board, Northville Police Department, and Crime Stoppers. The defendant's actions were calculated to disrupt the plaintiff's personal life, career, and professional standing.

Facts Supporting the Claim

Fraudulent Wellness Checks
October 3, 2022 - #22-28031: The defendant impersonated a relative of the plaintiff and initiated a fraudulent wellness check, falsely alleging mental health concerns. (Exhibit N) Responding officers recorded police body cam footage of the plaintiff at her residence, capturing her in a bathrobe. (Exhibit O)
The defendant obtained this footage through a Freedom of Information Act (FOIA) request, extracted private images, and published them without consent on her YouTube channel and websites (MessyDani.Com and ICANTICANT.COM).
June 13, 2023 - #23 -15558: The defendant impersonated a relative of the plaintiff and initiated a second fraudulent wellness check, falsely alleging mental health concerns.(Exhibit P)
June 15, 2023 - #23-15718: the defendant falsely impersonated a neighbor to file a fraudulent report alleging animal cruelty and abuse against the plaintiff. This malicious act led to an unwarranted wellness check by police at the plaintiff's home. The false claims constitute defamation, harassment, and invasion of privacy, causing emotional distress and unfairly labeling the plaintiff as abusive. (Exhibit Q)
Similar false reports were made, leading to law enforcement interventions at the homes of the plaintiff's family members, causing distress and embarrassment.
The defendant published police body camera footage on public platforms to humiliate and defame the plaintiff. Despite repeated removals by YouTube for privacy violations, the defendant persistently re-uploaded the video footage and photos of the plaintiff in her bathrobe. (Exhibit R)

Fraudulent Regulatory Complaints

On or about September 12, 2023, the defendant submitted a complaint to the Michigan Medical Board, falsely alleging professional misconduct by the plaintiff without evidence. (Exhibit S)
The defendant solicits mass support for bogus malpractice claims filed against plaintiff and encourages others to file similar complaints. (Exhibit T)
On April 16, 2024, the Bureau of Professional Licensing informed the plaintiff that no violation of the Public Health Code could be substantiated, and the matter was closed. (Exhibit U)

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

On April 22, 2024, following the Medical Licensing Board's decision on April 16, 2024, to close the case against Plaintiff Sybrena Evans, the PPO Petitioner filed a new complaint with the Medical Licensing Board. This action appears to have been in retaliation for the Board's closure of the initial claim and the court's denial of the PPO Petitioner's request for a personal protection order against the plaintiff. (Exhibit V)

The Defendant, Danielle Robertson, was notified of this second complaint by the PPO Petitioner and subsequently posted about it on her platform, revealing their coordinated efforts. Their actions demonstrate a joint attempt to revoke the plaintiff's physician assistant license and harm her professional reputation. The defendant's public reaction, including expressions of anger over the Board's and the court's decisions, further supports evidence of a conspiracy between the defendant and the PPO Petitioner to retaliate against the plaintiff. (Exhibit W)

Following the Medical Board's decision to close the initial claim, the defendant, enraged by the outcome, escalated her efforts by filing additional unfounded complaints against the plaintiff with the Michigan Medical Board. These claims, filed on June 11 and September 16, 2024, were similarly baseless and aimed at revoking the plaintiff's medical license. Despite the Board finding no merit in the defendant's earlier claims, she persisted in her campaign to damage the plaintiff's professional standing. (Exhibit X)

These complaints jeopardized the plaintiff's medical license and professional standing, causing reputational harm and financial strain.

Exploitation of False Reports

The defendant monetized the outcomes of her fraudulent claims by publicizing them on social media platforms, including YouTube and her personal websites.

Posts and videos featuring these reports were used to further defame the plaintiff and generate attention and income for the defendant at the plaintiff's expense.

Relief Requested:

Injunction:

A court order barring the defendant from filing additional false reports or disseminating the outcomes of prior reports.

Damages:

Compensatory damages for emotional distress, reputational harm, and professional losses. Punitive damages to deter the defendant from engaging in similar misconduct in the future.

Attorney's Fees and Costs:

Reimbursement for all legal expenses incurred by the plaintiff in addressing the defendant's actions.

Additional Relief:

Any other relief the court deems necessary to address the harm caused by the defendant.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

Count 4: Cyberbullying and Harassment

From July 2022 to November 2024, Defendant Danielle Robertson, also known as Dani Montana, engaged in a deliberate and targeted campaign of cyberbullying and harassment against Plaintiff Sybrena Evans. This campaign included filing nearly 200 fraudulent copyright claims, impersonating others, and inciting her followers to harass the plaintiff online, causing significant harm to the plaintiff's reputation, emotional well-being, and livelihood.

Facts Supporting the Claim:

Fraudulent Copyright Claims:
On or around July 17, August 1, and August 8, 2022, the defendant filed 35 fraudulent copyright claims against the plaintiff's YouTube channels UNWINEWITHTEDDY and RunTellThatToo, impersonating YouTuber NoseyHeauxLive and falsely claiming ownership of the plaintiff's content. (Exhibit Y)
Between September 6 and December 27, 2023, Defendant Danielle Robertson submitted more than 100 fraudulent copyright claims, falsely impersonating French author Sybille Titeux de la Croix and others. These claims targeted the plaintiff's channel avatar and videos featuring the image, leading to the termination of both UNWINEWITHTEDDY and RunTellThatToo YouTube channels. This disruption caused significant financial loss and emotional distress to the plaintiff. (Exhibit Z)
On March 02, 2024, the defendant Danielle Robertson filed a fraudulent copyright claim against Plaintiff Sybrena Evans to the CCB to create a "paper trail." (Exhibit A1)
On October 18, 2024, YouTube reinstated 13 videos after finding the defendant's copyright claims invalid. YouTube warned the defendant to provide precise identification of the allegedly copyrighted work. (Exhibits B1)
When the defendant failed to respond, her account was terminated.          (Exhibits C1)
Following the termination, the defendant retaliated by "porn bombing" the plaintiff's YouTube channel, RunTellThatToo. (Exhibit D1)

Encouragement of Online Harassment:
On February 16, 2023, the defendant published a "Wanted" poster depicting plaintiff in blue bathrobe and a YouTube video titled "Breaking News: Bundy's Divorce and Skate Rink Lawsuit" to cyberbully and harass the plaintiff. The plaintiff's divorce documents were also published to (ICANTICANT.COM) This video violated the plaintiff's privacy and incited the defendant's followers to post defamatory content, resulting in a surge of online harassment. (Exhibit E1)
The defendant also published false allegations on social media, portraying the plaintiff as harmful to others, further inciting harassment. (Exhibit F1)

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

Explicit Threats to Reputation:

In February 2023, the defendant publicly declared her intent to destroy the plaintiff's professional and personal reputation through intimidation and online cyberbullying,threats and intimidation. (Exhibit G1)

Monetization of Harassment:

From May 2022 to December 2024, the defendant profited from her cyberbullying activities by monetizing defamatory and harassing content through YouTube and other platforms, earning income from advertisements and viewer engagement.

Relief Requested:

Injunction:
A court order requiring the defendant to cease all forms of cyberbullying, harassment, and defamation against the plaintiff.
Compensatory Damages:
For emotional distress, reputational harm, and lost income resulting from the defendant's actions.
Punitive Damages:
To deter the defendant from engaging in similar behavior in the future.
Attorney's Fees and Costs:
Reimbursement for all legal expenses incurred by the plaintiff.
Additional Relief:
Any other remedies deemed appropriate by the court to address the harm caused by the defendant.

Count 5: Impersonation of Others to Commit Fraud

Between March 4, 2023, and November 4, 2023, Defendant Danielle Robertson executed a deliberate campaign of impersonation and deceit to suppress the plaintiff's content and manipulate public perception of her identity. The defendant's actions were designed to mislead platforms, obstruct the plaintiff's work, and inflict reputational harm. The following facts establish a clear pattern of fraudulent conduct.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

Facts Supporting The Claim

On or around March 9, 2023, YouTube notified Plaintiff Sybrena Evans of privacy complaints filed against her content. The complaints, believed to have been submitted by Defendant Danielle Robertson, alleged that the plaintiff's use of publicly sourced photos violated the complainant's privacy. (Exhibits H1 and I1).

On March 12, 2023, YouTube denied Defendant Danielle Robertson's privacy complaints, confirming the content did not violate its privacy policies and would remain on the platform. (Exhibit J1 )

On or around March 13, 2023, The Defendant, Danielle Robertson, later admitted to filing a false privacy complaint impersonating Danielle Elizabeth Allen. In her submissions to YouTube. She acknowledged knowingly falsifying legal documents. In her admission, the defendant revealed that her primary intent was to have the photos removed, asserting that her actions were intended to protect Danielle Elizabeth Allen. This admission demonstrates that the defendant deliberately manipulated YouTube's processes by fabricating her identity and filing false claims. (Exhibit K1 )

The defendant's fraudulent privacy claims to YouTube purporting to be Danielle Elizabeth Allen, directly contradicted her own statements in a March 4, 2023, video titled "HEAR HER TV, MOMMY BITER MESSAGED ME! I GUESS JAGUAR WRIGHT CONTENT DRIED UP. THE BIRD BRAIN," uploaded to her YouTube channel "For The Basics," where she explicitly denied being Danielle Elizabeth Allen. (Exhibit L1 )

Despite the photos being public and the Plaintiff's content protected as Fair Use, the Defendant knowingly exploited YouTube's privacy complaint system to further her fraudulent agenda, causing harm to the Plaintiff's reputation and professional work.

The Defendant's calculated actions demonstrate an intent to deceive, manipulate, and harm the Plaintiff through false claims and impersonation.

Relief Requested:

Injunction prohibiting the Defendant from filing fraudulent complaints and impersonating others.

Compensatory damages for reputational harm and financial losses.

Punitive damages to deter future impersonation and fraud.

Attorney's fees and additional relief as deemed appropriate by the court.

Additional Relief: Any further remedies deemed appropriate by the court.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

Count 6: Conspiracy to Commit Fraud and Cause Emotional Distress

Between November 5, 2023, and April 30, 2024, Defendant Danielle Robertson, acting under anonymity, conspired with an individual in Detroit to file a false Personal Protection Order against Plaintiff Sybrena Evans. This scheme aimed to harm the plaintiff personally and professionally by creating a fraudulent paper trail to support defamatory claims and discredit the plaintiff with regulatory bodies. Soliciting thousands of followers to sign a petition in support of this harmful petition.

Facts Supporting the Claim

On or about April 2, 2024, Defendant Danielle Robertson published a post on her website, ICANTICANT.COM, announcing a forthcoming PPO hearing involving the Plaintiff, despite the Plaintiff not having publicly disclosed such information. (Exhibit M1)
On April 9, 2024, the defendant collaborated with the PPO petitioner, acting as her proxy, to file a false PPO request to the court. The petition's language and accusations closely align with the defendant's rhetoric, strongly indicating that Danielle Robertson either authored or heavily influenced its content. The defendant's anonymity allowed her to avoid personal accountability while using others to execute her harmful agenda. (Exhibit N1)
On or around April 27, 2024, the defendant fabricated a second false PPO and published it on her website, ICANTICANT.COM, presenting it as legitimate to deceive her audience and perpetuate a false narrative. This fraudulent PPO was used to damage the plaintiff's reputation. (Exhibit O1)
On October 14, 2023, the Defendant Danielle Robertson created a "Change.org" petition against Plaintiff Sybrena Evans, falsely alleging unethical behavior to damage her professional reputation as a Physician Assistant. The defendant defamed the plaintiff by accusing her of collaborating with a violent criminal and supporting physical harm to others. (Exhibit P1)
In her November 4, 2023, video titled "WHO IS DANIELLE ELIZABETH ALLEN! SYBRENA'S PETITION! TEDDY BUNDY'S OBSESSION! BLACK TEA SECTOR DRAMA," the defendant, Danielle Robertson, maliciously defames the plaintiff's professional character, portraying her as a mass "stalker" intent on harming others, in a defamatory petition published on Change.org. (Exhibit Q1)
On February 10, 2023, the defendant posted my late brother's obituary photo on her YouTube channel "For The Basics" aka DaniMontanal. In another video, "Step Into The Bad Side" the defendant Danielle Robertson posted my brother's obituary photo. The defendant blamed the plaintiff for the death of her brother, going so far as to suggest the plaintiff murdered him. This caused severe emotional distress. (Exhibit R1)

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

Relief Requested:

Injunction: Prohibiting the defendant and her collaborators from engaging in further harmful actions against the plaintiff.
Compensatory Damages: For emotional distress, reputational harm, and financial losses caused by the defendant's actions.
Punitive Damages: To deter the defendant and others from engaging in similar conspiracies in the future.
Attorney's Fees and Costs: Reimbursement for all legal expenses incurred due to the defendant's malicious conduct.
Additional Relief: Any further remedies deemed appropriate by the court.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

EXHIBITS


Count 1: Copyright Infringement
Exhibits A-G

Count 2: Defamation and PrivacyViolations
Exhibits H-M

Count 3: False Reports and Fraudulent Claims
Exhibits N-X

Count 4. Cyberbullying and Harassment
Exhibits Y-Z, A1, B1, C1, D1, E1, F1, and G1

Count 5: Impersonation of Others to Commit Fraud
Exhibits H1, I1, J1, K1, and L1

Count 6: Conspiracy to Commit Fraud and Cause Emotional Distress
Exhibits M1, N1, O1, P1, Q1 and R1

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**See attached "ADDITIONAL INFORMATION" pages following below.**

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation: (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law: (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 23,                    . 2024      .

Signature of Plaintiff              _Sybrena S Evans_

Printed Name of Plaintiff      Sybrena Evans

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

IV. Relief

1. Copyright Infringement
Relief Requested:

Actual Damages: $50,000 for lost income due to fraudulent copyright claims that disrupted the plaintiff's YouTube channels, including loss of monetization and viewership.
Basis: Defendant's repeated fraudulent copyright strikes led to the termination of the " UNWINEWITHTEDDY" and "RunTellThatToo" channels, resulting in substantial financial harm.
Punitive Damages: $75,000 to deter the defendant and others from engaging in similar fraudulent actions.

Reason: The defendant acted willfully and maliciously, knowing the claims were false, to harm the plaintiff's business.
Injunction: A court order preventing the defendant from filing further fraudulent copyright claims.

2. Defamation and Privacy Violations
Relief Requested:

Actual Damages: $100,000 for harm to the plaintiff's personal and professional reputation, emotional distress, and loss of business opportunities.
Basis: False and defamatory statements, including allegations of abuse, caused reputational damage and led to public harassment, financial losses, and emotional harm.
Punitive Damages: $150,000 to punish the defendant and prevent similar conduct in the future.
Reason: The defendant's actions were intentional, malicious, and demonstrated a reckless disregard for the truth.
Injunction: A court order requiring the defendant to remove all defamatory content and cease further publications.

3. False Reports and Fraudulent Claims
Relief Requested:

Actual Damages: $30,000 for costs associated with defending against fraudulent claims and for emotional distress caused by false wellness checks, regulatory reports, and impersonations.
Basis: Defendant's false reports led to police investigations, public accusations, and personal disruption.
Punitive Damages: $50,000 to hold the defendant accountable for abusing legal and regulatory systems to harass the plaintiff.
Reason: Defendant knowingly filed false reports with the intent to cause harm.
Injunction: A court order prohibiting the defendant from filing further false reports or claims

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

4. Cyberbullying and Harassment
Relief Requested:

Actual Damages: $75,000 for loss of business revenue, emotional distress, and costs incurred to repair the plaintiff's professional reputation.
Basis: Defendant's targeted harassment, including fraudulent copyright claims, defamatory content, and incitement of online attacks, disrupted the plaintiff's livelihood and caused severe emotional harm.
Punitive Damages: $100,000 to deter the defendant from further harassment and cyberbullying.
Reason: The defendant monetized harassment campaigns and acted with malicious intent over an extended period.
Injunction: A court order requiring the defendant to cease all cyberbullying and harassment activities, including directing others to engage in similar behavior.

5. Impersonation of Others To Commit Fraud
Relief Requested:

Actual Damages: $50,000 for financial losses and reputational harm caused by the defendant's impersonation, including costs incurred to defend against fraudulent claims and the impact on the plaintiff's business operations.
Basis: The defendant used false identities and impersonated other to file fraudulent copyright claims, disrupt the plaintiff's You
Tube channels (UNWINEWITHTEDDY and RunTellThatToo), and commit acts of fraud to harm the plaintiff's professional and personal reputation.
Punitive Damages: $100,000 to punish the defendant for her malicious conduct and deter future acts of Impersonation and fraud.
Reason: The defendant acted with clear intent to deceive, leveraging impersonation to execute fraudulent claims and cause significant harm to the plaintiff over an extended period.

Injunction: A court order prohibiting the defendant from impersonating others, filing fraudulent claims, or engaging in any actions involving deception or fraud against the plaintiff or her business entities.

**Additional Information:**

6. Conspiracy to Commit Fraud and Cause Emotional Distress
Relief Requested:

Actual Damages: $100,000 for financial losses, reputational damage, and emotional distress
suffered by the plaintiff due to the coordinated and malicious conspiracy.
Basis: The defendant, in collaboration with others, conspired to file fraudulent claims,
disseminate defamatory content, and engage in cyberbullying which disrupted the plaintiff's
businessess (UNWINEWITHTEDDY and RunTellThatToo) and caused severe emotional and
financial harm.

Punitive Damages: $150,000 to hold the defendant accountable for orchestrating and
participating in the conspiracy and to deter similar coordinated fraudulent activities in the
future.
Reason: The defendant's actions were calculated, malicious, and carried out with the intent to
harm the plaintiff's livelihood, reputation and emotional well-being.

Injunction: A court order prohibiting the defendant and any co-conspirators from engaging in
further conspiratorial acts, including fraud, harassment, or defamatory conduct against the
plaintiff or her associated entities.

Attorney's Fees and Cost: Reimbursement for legal expenses incurred in addressing the
conspiracy and protecting the plaintiff's rights and interests.

JS 44 (Rev. 10/20)

## CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Sybrena Evans
Sybrena Kenan and Associates, Inc., dba/UNWINEWITHTEDDY

**DEFENDANTS**
1. Jane Doe, also known as Danielle Robertson, Dani Robertson, Dani Montana, TruthTeller Dani, Lori Davis and Danielle Robertson, LLC.
2. Jane Does 1-10

**(b)** County of Residence of First Listed Plaintiff   Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [x] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. § 102, 17 U.S.C. § 501, 17 U.S.C. § 504, and 17 U.S.C. § 505
Brief description of cause:
Under the 1976 Act, section 102 says that copyright protection extends to original works that are fixed in a tangible medium of expression.

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
December 23, 2024

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   _____   AMOUNT   _____   APPLYING IFP   _____   JUDGE   _____   MAG. JUDGE   _____

## PURSUANT TO LOCAL RULE 83.11

1.    Is this a case that has been previously dismissed?    ☐ Yes
    ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.    Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes
    ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

# EXHIBITS

**Exhibit A: Copyright Infringement**
*"These materials are protected as personal works under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq."*

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Sybrena Kenan and Associates, Inc. dba/ UNWINEWITHTEDDY
- Your Full Legal Name (Aliases, usernames or initials not accepted): Sybrena Kenan (Evans)
- Your Title or Job Position (What is your authority to make this complaint?): President
- Address:
    - 17710 Lakeview Cr.
    - Northville, MI 48168
    - US
- Username: UNWINEWITHTEDDY
- Email Address: unwinewithteddy@gmail.com
- Phone: (248) 362-1300

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=UX7Ogbq0Gu8
- Describe the work allegedly infringed: Other
    - Title of copyrighted work: Hearing on Petition for Personal Protection Order
    - Type of copyrighted work: Video Image
    - Additional information: I submit a DMCA takedown request for an infringing YouTube video featuring copyrighted material from my closed PPO hearing (Case No. 24-██████████ violating law and court orders. Timestamps upon req.
    - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Sybrena Kenan (Evans)

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

*Plaintiff's takedown request response*

 Teddy Bear <umwnewitkeddzy@gmail.com>                                    Sun, Dec 8, 3:00 PM (5 days ago)    ☆   ⊗   ↰   ⋮
to YouTube ▾

Hi YouTube Copyright,

The estimged content is a photo titled "Miss Evans," created and authored on April 9, 2024. This photograph features a Black woman wearing wire-framed glasses with a distinctive appearance. The infringing channel has copied and published this photograph on their YouTube channel without my authorization. The copyrighted visual artwork appears at the following timestamps: 00:00:00 - 00:15:48, 00:26:39 - 00:58:04

The infringing channel has violated copyright law by using my photograph for commercial purposes, likely profiting from this unauthorized use. This misuse does not meet the criteria for fair use under copyright law as the photograph is not being used for non-profit or educational purposes. Instead, its unauthorized use misleads viewers by falsely associating the content with me, causing confusion and harm to my brand. This infringement disrupts the legitimate use of my photo and damages my reputation. I respectfully request the immediate removal of the infringing content.

Sincerely,

Sybrena Kenan (Evans)



Hi ,

Thank you for your response. We've reviewed it and provided updates below.

## Request resolved

The video(s) listed below have already been removed. Because the content is unavailable, we are unable to take action on them.

Videos in question:

https://www.youtube.com/watch?v=UX7Qgbq0Gu8

We use a combination of automated systems and human reviews to process removal requests.

*Defendant's Counter Notification Response*

- http://www.youtube.com/watch?v=UX7Qgbq0Gu8

Display name of uploader: DANI MONTANA

The alleged infringing content is fully protected under Fair Use as defined by U.S. copyright law (17 U.S.C. § 107). I, Dani Montana, am the creator and owner of the content in question. Any clips used, if applicable, were not taken in their entirety and required significant creative input to produce. These clips were utilized for educational purposes, commentary, and criticism, all of which fall under the Fair Use exception. Fair Use Defense Transformative Use: The content is not a replication of the original but has been extensively transformed with commentary, critique, and original elements that provide new meaning and purpose. This transformative nature is fundamental to Fair Use protections. Limited Use: Only short segments of the original material were used, if any, and these were significantly edited, ensuring that the "heart" of the work was not taken or exploited. Purpose and Nature: The material was used to educate, critique, and discuss, which are core purposes protected by Fair Use. Market Effect: The content does not substitute or harm the market for the original material. Instead, it provides additional commentary, enhancing understanding and discussion. Copyright Ownership If a photograph is at issue, copyright ownership belongs to the photographer, not the subject, unless explicitly transferred. This is a well-established principle in copyright law. Prepared to Defend The video is a creative work, full of original content, extensive commentary, and transformative purpose. I am prepared to present evidence of its originality and transformative nature in court. I can provide documentation of my editing process, the limited use of any third-party material, and the educational and critical intent behind the work. This case falls squarely within Fair Use protections, and I am confident in defending this position.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Danielle Robertson

Danielle Robertson
8 The Green STE A
Dover, Delaware 19907
United States

Danimontana2022@gmail.com

(860) 864-0028



## Copyright Infringement Notification Confirmation

Thanks for contacting the YouTube Copyright compliance team.

If you believe that your copyrighted content is being used without authorization, you may submit a copyright takedown notice through our webform. You can find the requirements for copyright takedown requests, and info about our copyright policy, in our Copyright Center. Please make sure that you've given us all of the required info so we can process your request. If you opt to prevent reuploads of removed videos, your email address, copyright owner name, and description of your allegedly infringed work may be shared with the uploader if their videos are prevented from uploading.

If you have concerns about harassment, your privacy, safety, or other abuse issues, learn more about how to stay safe on YouTube. Or, you may submit a complaint regarding other legal issues, including trademark and defamation.

We detected videos from your email and have started processing your request. If we missed any videos from your email, please file a new request. If your email has many video URLs, you may receive follow up responses.

Here is the list of videos we detected from your email:

- https://www.youtube.com/watch?v=thjqgNJ_zf8

- The YouTube Team


Help Center · Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

*Plaintiff's takedown request response*



Teddy Bear <runwinewithteddy@gmail.com>
to YouTube

Sun, Dec 8, 3:00 PM (5 days ago)

Hi YouTube Copyright,

The infringed content is a photo titled "Miss Evans," created and authored on April 9, 2024. This photograph features a Black woman wearing wire-framed glasses with a distinctive appearance. The infringing channel has copied and published this photograph on their YouTube channel without my authorization. The copyrighted visual artwork appears at the following timestamps. 01:34:08 - 02:33:08

The infringing channel has violated copyright law by using my photograph for commercial purposes, likely profiting from this unauthorized use. This misuse does not meet the criteria for fair use under copyright law, as the photograph is not being used for non-profit or educational purposes. Instead, its unauthorized use misleads viewers by falsely associating the content with me, causing confusion and harm to my brand. This infringement disrupts the legitimate use of my photo and damages my reputation. I respectfully request the immediate removal of the infringing content.

Sincerely,

Sybrena Kenan (Evans)



Hi ,

Thank you for your response. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=thjqgNJ_zf8

We use a combination of <u>automated systems and human reviews</u> to process removal requests.

•••

### *Defendant's Counter Notification Response*

- http://www.youtube.com/watch?v=thjqgNJ_zf8

Display name of uploader: DANI MONTANA

The alleged infringing content is fully protected under Fair Use as defined by U.S. copyright law (17 U.S.C. § 107). I, Dani Montana, am the creator and owner of the content in question. Any clips used, if applicable, were not taken in their entirety and required significant creative input to produce. These clips were utilized for educational purposes, commentary, and criticism, all of which fall under the Fair Use exception. Fair Use Defense Transformative Use: The content is not a replication of the original but has been extensively transformed with commentary, critique, and original elements that provide new meaning and purpose. This transformative nature is fundamental to Fair Use protections. Limited Use: Only short segments of the original material were used, if any, and these were significantly edited, ensuring that the "heart" of the work was not taken or exploited. Purpose and Nature: The material was used to educate, critique, and discuss, which are core purposes protected by Fair Use. Market Effect: The content does not substitute or harm the market for the original material. Instead, it provides additional commentary, enhancing understanding and discussion. Copyright Ownership If a photograph is at issue, copyright ownership belongs to the photographer, not the subject, unless explicitly transferred. This is a well-established principle in copyright law. Prepared to Defend The video is a creative work, full of original content, extensive commentary, and transformative purpose. I am prepared to present evidence of its originality and transformative nature in court. I can provide documentation of my editing process, the limited use of any third-party material, and the educational and critical intent behind the work. This case falls squarely within Fair Use protections, and I am confident in defending this position.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Danielle Robertson

Danielle Robertson
8 The Green STE A
Dover, Delaware 19901
United States

Danimontana2022@gmail.com

(860) 864-0027



## Copyright Infringement Notification Confirmation

Thanks for contacting the YouTube Copyright compliance team.

If you believe that your copyrighted content is being used without authorization, you may submit a copyright takedown notice through our webform. You can find the requirements for copyright takedown requests, and info about our copyright policy, in our Copyright Center. Please make sure that you've given us all of the required info so we can process your request. If you opt to prevent reuploads of removed videos, your email address, copyright owner name, and description of your allegedly infringed work may be shared with the uploader if their videos are prevented from uploading.

If you have concerns about harassment, your privacy, safety, or other abuse issues, learn more about how to stay safe on YouTube. Or, you may submit a complaint regarding other legal issues, including trademark and defamation.

We detected videos from your email and have started processing your request. If we missed any videos from your email, please file a new request. If your email has many video URLs, you may receive follow up responses.

Here is the list of videos we detected from your email:

- https://www.youtube.com/watch?v=uicvxu6Uyzg

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

*Plaintiff's takedown request response*





Hi ,

Thank you for your response. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=uicvxu6Uyzg

We use a combination of automated systems and human reviews to process removal requests.

•••

Help Center · Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

•••

**Defendant's Counter Notification Response**

- http://www.youtube.com/watch?v=uicvxu6Uyzg

Display name of uploader: DANI MONTANA

The alleged infringing content is fully protected under Fair Use as defined by U.S. copyright law (17 U.S.C. § 107). I, Dani Montana, am the creator and owner of the content in question. Any clips used, if applicable, were not taken in their entirety and required significant creative input to produce. These clips were utilized for educational purposes, commentary, and criticism, all of which fall under the Fair Use exception. Fair Use Defense Transformative Use: The content is not a replication of the original but has been extensively transformed with commentary, critique, and original elements that provide new meaning and purpose. This transformative nature is fundamental to Fair Use protections. Limited Use: Only short segments of the original material were used, if any, and these were significantly edited, ensuring that the "heart" of the work was not taken or exploited. Purpose and Nature: The material was used to educate, critique, and discuss, which are core purposes protected by Fair Use. Market Effect: The content does not substitute or harm the market for the original material. Instead, it provides additional commentary, enhancing understanding and discussion. Copyright Ownership: If a photograph is at issue, copyright ownership belongs to the photographer, not the subject, unless explicitly transferred. This is a well-established principle in copyright law. Prepared to Defend The video is a creative work, full of original content, extensive commentary, and transformative purpose. I am prepared to present evidence of its originality and transformative nature in court. I can provide documentation of my editing process, the limited use of any third-party material, and the educational and critical intent behind the work. This case falls squarely within Fair Use protections, and I am confident in defending this position.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Danielle Robertson

Danielle Robertson
8 The Green STE A
Dover, Delaware 19901
United States

DaniMontana2022@gmail.com



## Copyright Infringement Notification Confirmation

Thanks for contacting the YouTube Copyright compliance team.

If you believe that your copyrighted content is being used without authorization, you may submit a copyright takedown notice through our webform. You can find the requirements for copyright takedown requests, and info about our copyright policy, in our Copyright Center. Please make sure that you've given us all of the required info so we can process your request. If you opt to prevent reuploads of removed videos, your email address, copyright owner name, and description of your allegedly infringed work may be shared with the uploader if their videos are prevented from uploading.

If you have concerns about harassment, your privacy, safety, or other abuse issues, learn more about how to stay safe on YouTube. Or, you may submit a complaint regarding other legal issues, including trademark and defamation.

We detected videos from your email and have started processing your request. If we missed any videos from your email, please file a new request. If your email has many video URLs, you may receive follow up responses.

Here is the list of videos we detected from your email:    ·

- https://www.youtube.com/watch?v=AjCZaPkEODY

- The YouTube Team

Help Center · Email Options

You received this email to provide information and updates around your YouTube channel or account.



*Plaintiff's takedown request response*



Teddy Bear <uname@notteddy3gmail.com>
to YouTube Copyright

Dec 8, 2024, 7:59 PM (5 days ago)   ☆   ☺   ↰   ⋮

Hi YouTube Copyright,

The infringed content is a photo titled "Miss Evans," created and authored on April 9, 2024. This photograph features a Black woman wearing wire-framed glasses with a distinctive appearance. The infringing channel has copied and published this photograph on their YouTube channel without my authorization. The copyrighted visual artwork appears at the following timestamps: 01:12:18 - 01:13:20.

The infringing channel has violated copyright law by using my photograph for commercial purposes, likely profiting from this unauthorized use. This misuse does not meet the criteria for fair use under copyright law, as the photograph is not being used for non-profit or educational purposes. Instead, its unauthorized use misleads viewers by falsely associating the content with me, causing confusion and harm to my brand. This infringement disrupts the legitimate use of my photo and damages my reputation. I respectfully request the immediate removal of the infringing content.

Sincerely,

Sybrena Kanon (Evans)



Hi ,

Thank you for your response. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=AjCZaPkEODY

We use a combination of automated systems and human reviews to process removal requests.

•••

### *Defendant's Counter Notification Response*

- http://www.youtube.com/watch?v=AjCZaPkEQDY

Display name of uploader: DANI MONTANA

The alleged infringing content is fully protected under Fair Use as defined by U.S. copyright law (17 U.S.C. § 107). I, Dani Montana, am the creator and owner of the content in question. Any clips used, if applicable, were not taken in their entirety and required significant creative input to produce. These clips were utilized for educational purposes, commentary, and criticism, all of which fall under the Fair Use exception. Fair Use Defense Transformative Use: The content is not a replication of the original but has been extensively transformed with commentary, critique, and original elements that provide new meaning and purpose. This transformative nature is fundamental to Fair Use protections. Limited Use: Only short segments of the original material were used, if any, and these were significantly edited, ensuring that the "heart" of the work was not taken or exploited. Purpose and Nature: The material was used to educate, critique, and discuss, which are core purposes protected by Fair Use. Market Effect: The content does not substitute or harm the market for the original material. Instead, it provides additional commentary, enhancing understanding and discussion. Copyright Ownership If a photograph is at issue, copyright ownership belongs to the photographer, not the subject, unless explicitly transferred. This is a well-established principle in copyright law. Prepared to Defend The video is a creative work, full of original content, extensive commentary, and transformative purpose. I am prepared to present evidence of its originality and transformative nature in court. I can provide documentation of my editing process, the limited use of any third-party material, and the educational and critical intent behind the work. This case falls squarely within Fair Use protections, and I am confident in defending this position.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Danielle Robertson

Danielle Robertson
8 The Green STE A
Bend, Oregon 19901
United States

danimontana2022@gmail.com

(860) 864-0028

**Exhibit B: Notice of Hearing on Petition for Personal Protection Order – Electronic Hearing Information** *"It is unlawful to record any Court Proceeding."*

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | NOTICE OF HEARING ON PETITION FOR PERSONAL PROTECTION ORDER | CASE NO. ███████ |
|---|---|---|

Court address 1801 CAYMC, 2 Woodward Ave., Detroit, MI 48226     Court telephone no. 313-224-0120

Petitioner name

v

TO:   Sybrena Kenan Evans

You are notified that the petitioner has requested a Personal Protection Order be issued against you. A Hearing has been scheduled to decide whether or not to issue the Personal Protection Order.

Judge:   Docket Judge PPO

Date:   4/9/2024

Time:   10:30 a.m.

Location:   Zoom Hearing. Please see attached instructions.

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Date         Signature

**TO THE PETITIONER:**

The respondent must be served with this notice at least one day before the hearing date if you are asking for a domestic relationship PPO( CC 375 or CC 375M) or a nondomestic stalking PPO(CC 377 or CC 377M). If you filed a petition for a nondomestic sexual assault PPO(CC395 or CC395M), the respondent must be served with this notice at least two days before the hearing. **YOUR PROOF OF SERVICE MUST BE FILED WITH THE COURT AT PPO@3RHce.org AT LEASE ONE DAY PRIOR TO THE HEARING OR YOUR HEARING MAY BE ADJOURNED OR DISMISSED.**
If the respondent is under 18 years of age, you must also serve the parents, guardians, or custodians of the respondent.

**IMPORTANT:** If either party has evidence they wish for the Court to review at your hearing, submit each item in pdf format properly labeled to PPOCourt@3rdcc.org at least 3 days prior to hearing. Any evidence not properly submitted will not be considered. E-mail subject line must read: Date of Hearing: Case Name, Case Number, Petitioner/Respondent: Evidence.

Approved, SCAO
Form CC 381, Rev. 3/23
MCR 3.705(A)(5)(H)
Page 1 of 1

Distribute form to:
Court
Judge/Assignment Clerk
Respondent
Petitioner
Return

## ELECTRONIC HEARING INFORMATION

Dear Litigant/Counsel of Record,

The **Family Division Court** is conducting all court proceedings remotely by Zoom video except as otherwise ordered by the Judge or Referee. You are receiving this communication due to your upcoming hearing as stated on the previous page.

| Case NO: | 24 |
|---|---|
| Judge: | Docket Judge PPO |
| Hearing Type: | PPO PETITION |
| Date: | 4/9/2024 |
| Time: | 10:30 AM |

ZOOM HEARING PROCEDURE:

1.  <u>Join the Zoom Hearing.</u> All parties should do the following to join your hearing at the time of the call:

    - Go to www.3rdcc.org/zoom or you can find the link under "Essential Links".
    - Click on "Family Division- Domestic"
    - Click "Join Meeting" next to YOUR corresponding Judge's Name.

DOWNLOAD THE ZOOM APP FROM GOOGLE PLAY OR THE APP STORE.

IF YOU ARE UNABLE TO CONNECT TO THE MEETING OR REQUIRE AN INTERPRETER, PLEASE CONTACT YOUR JUDGES COURTROOM DIRECTLY AT __ _ ___ _ ____ THE COURT'S GENERAL EMAIL ADDRESS IS    PPO@3rdcc.org

2.  Enter your name and case number for "Your Name". For example, "John Doe 20-123456-OO".

3.  <u>Waiting Room.</u> You will be immediately placed into a waiting room into your Assigned Judge's "Personal Meeting Room". *Do not hang up or leave the meeting.*

4.  You will be brought "Into" the virtual hearing at or around the designated time.

5.  As this is a Court proceeding, professional decorum is expected on ALL Zoom hearings including, but not limited to, appropriate dress, background view, and NO driving, smoking, eating, drinking, or chewing gum during the proceeding. Please limit all background noise, distractions, and third party interactions. No minor children are to hear or oversee your Zoom hearing at any time. There is to be no recording of Zoom hearings; it is unlawful to record any Court proceeding.

6.  Once you are done with the virtual hearing, click "Leave Meeting".

For information on all domestic filings and Personal Protection Order filings, you can visit the Court's website at http://www.3rdcc.org/divisions/family-domestic#/list for detailed instructions under the following links: "Family Domestic/FOC Filing Instructions" and "Personal Protection Order Filing Instructions

| STATE OF MICHIGAN 3RD JUDICIAL CIRCUIT WAYNE COUNTY | PETITION FOR PERSONAL PROTECTION ORDER (NONDOMESTIC) | CASE NO. and JUDGE |
|---|---|---|

| Court address Coleman A. Young Municipal Center, 2 Woodward Avenue, Detroit, MI 48226 | | Court telephone no. (313) 224-5261 |
|---|---|---|

**(A)**

| Petitioner's name | Age 50 | v | Respondent's name, address, and telephone no. | Age 65 |
|---|---|---|---|---|

1. The petitioner and respondent have never been married, resided in the same household together, had a child in common, or had a dating relationship with one another.

**(B)** 2. ☐ The respondent is required to carry a firearm in the course of his/her employment.   ☒ Unknown.

**(C)** 3. a. There   ☐ are   ☒ are not   other pending actions in this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
|---|---|---|

b. There   ☐ are   ☒ are not   orders/judgments entered by this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
|---|---|---|

**(D)** 4. I need a personal protection order because:  Explain what has happened (attach separate sheets).
Please see attached "Statement of Facts"

**(E)** 5. I make this petition under the authority of MCL 600.2950a(1) and ask the court to grant a personal protection order prohibiting the respondent from

☒ a.  stalking me as defined by MCL 750.411h and MCL 750.411i, which includes but is not limited to
   ☒ following me or appearing within my sight.
   ☒ appearing at my workplace or residence.
   ☒ approaching or confronting me in a public place or on private property.
   ☒ entering onto or remaining on property owned, leased, or occupied by me.
   ☒ sending mail or other communications to me.
   ☒ contacting me by telephone.
   ☒ placing an object on or delivering an object to property owned, leased, or occupied by me.
☒ b.  threatening to kill or physically injure me.
☒ c.  purchasing or possessing a firearm.
☒ d.  posting a message through the use of any medium of communication, including the Internet or a computer or any electronic medium, pursuant to MCL 750.411s.
☒ e.  other:  See "Other Relief" in Attachments

Approved, SCAO
Form CC 377, Rev. 3/23

Distribute form to
Court

**Exhibit C: April 11, 2024 – Defendant's Live Broadcast Sharing Confidential PPO Hearing Details**

*Dani Montana YouTube "Black Tea Sector: Teddy Bundy! The Real Tea April 9."*



**Exhibit D: Copyright Infringement – Unauthorized Use and Distribution**

*"The Defendant Danielle Robertson aka Dani Montana misappropriated the Plaintiff Sybrena Evans image, unlawfully obtained from a PPO hearing, removed the background without altering the likeness, and published the untransformed work in a monetized YouTube video—undermining claims of fair use."*



**Exhibit E: Copyright Infringement – Unauthorized Use and Distribution**
*On June 23, 2024 The Defendant Danielle Robertson published Deepfake pornography she created using plaintiff's image to her website, (ICANTICANT.COM).*



**Exhibit F: Copyright Infringement – Unauthorized Use and Distribution**
*On June 23, 2024 The Defendant Danielle Robertson published Deepfake pornography she created using the plaintiff's image to her YouTube channel "Unhinged With Bundy."*



## Defamation and Privacy Violations

*On May 28, 2024, YouTube removed the defendant's video, which contained unlawfully obtained copyrighted photos from the April 9, 2024, PPO hearing, citing violations of its Terms of Service.*



*Evidence showing the defendant's video was removed for violating YouTube's Terms Of Service.*



**Exhibit G: Copyright Infringement – Unauthorized Use and Distribution**
*The defendant used the copyrighted material to humiliate the plaintiff and damage her reputation.*



*The defendant used the copyrighted material to humiliate the plaintiff and damage her reputation.*



*The defendant used the copyrighted material to humiliate the plaintiff and damage her reputation after posting this photo to her website (ICANTICANT.COM).*



**Exhibit H: Defamation and Privacy Violations**

"Single Black Female" Series *Beginning May 5, 2022, the defendant falsely portrayed the Plaintiff as a psychopathic serial killer, using the defamatory nickname "Teddy Bundy." This narrative continues to this day.*







**Exhibit I: Defamation and Privacy Violations**

"Unsolved Michigan Cold Cases" *On April 10, 2023, the defendant falsely accused the plaintiff of stalking neighbors, involvement in a homicide, and referred to her as "A Black Karen" linked to other Michigan crimes.*



UNSOLVED MICHIGAN COLD CASES_ EPISODE ONE-Possible @UnwineWithTeddy connection. TRUE-CRIME STORY!.mp4



UNSOLVED MICHIGAN COLD CASES_ EPISODE TWO- @unwinewithteddy  FOLLOWS BLACK VICTIM. TRUE-CRIME STORY!

**Exhibit J: Defamation and Privacy Violations**

*Defendant falsely accused plaintiff, a licensed physician assistant, of unethical behavior and cyberbullying, claiming she was under investigation by the Medical Board. The defendant promoted a petition intended to harm the plaintiff's professional reputation and ensure it appeared in search results.*



**FORTHEBASICS**  4 days ago

Hey everyone, as stated, I was going to create a PSA petition for Michigan patients and people worldwide to be aware of unethical physician assistants who cyberbully, dox, and harass innocent people. Physician assistants who engage in this type of behavior shouldn't be trusted with records or with patients.         Evans, PA, is currently under investigation with the Medical board. Other officials and agencies are also being made aware of her unethical behavior. After we reach at least 100 signatures, it should show up in Google search results so that everyone searching for her will find this information, forever. Sign the petition here. https://www.change.org/:        Evans

Show less

## Have you seen or experienced instances physicians behaving inappropriately?



**FORTHEBASICS**
Sign the petition: https://www.change.org/sybrenaevans

https://www.youtube.com/watch?v=chJwHwahlZA

Here is a screen of her community wall, with instructions to report you. Step by step.



## Exhibit K: Defamation and Privacy Violations
*On August 21, 2022, defendant created the defamatory Twitter account "Public Awareness To Medical Malpractice" and falsely claimed that public figure Dr. Sybrena Kenan was found guilty of medical malpractice, damaging plaintiff's professional reputation.*



**Exhibit L: Defamation and Privacy Violations**

*On April 8, 2023, defendant created and distributed explicit deepfake pornography impersonating plaintiff through a fabricated "OnlyFans" account with links to a Docdroid.net file. The image was made using police body camera footage obtained during a fraudulent "Wellness Check" on October 3, 2022.*





*The defendant created "OnlyFans" Impersonation page of plaintiff*



**Exhibit M: Defamation and Privacy Violations**
*Defendant falsely claimed that plaintiff "gets drunk during her live streams," engages in inappropriate behavior, and urged others to file complaints with the Michigan Medical Board alleging substance abuse, alcohol consumption, and mental illness.*



**Exhibit N: False Reports and Fraudulent Claims**
*On October 3, 2022 (#22-28031), the defendant impersonated a relative of the plaintiff and initiated a fraudulent wellness check, falsely alleging mental health concerns.*



**Exhibit O: False Reports and Fraudulent Claims**
*Responding officers recorded police body camera footage of the plaintiff at her residence, capturing her in a bathrobe, following a fraudulent wellness check initiated by the defendant on October 3, 2022 (#22-28031).*



**Exhibit P: False Reports and Fraudulent Claims**
*The defendant impersonates another relative of the plaintiff and initiates a second fraudulent wellness check, falsely alleging mental health concerns. June 13, 2023 (#23 -15558)*



**Exhibit Q: False Reports and Fraudulent Claims**

*On June 15, 2023 (#23-15718), the defendant falsely impersonated a neighbor to file a fraudulent report alleging animal cruelty and abuse against the plaintiff, leading to an unwarranted wellness check by police. These false claims caused emotional distress and unfairly labeled the plaintiff as abusive.*





**Exhibit R: False Reports and Fraudulent Claims**

*Despite repeated removals by YouTube for privacy violations, the defendant persistently re-uploaded the video footage and photos of the plaintiff in her bathrobe.*





**Exhibit S: False Reports and Fraudulent Claims**
*On or about September 12, 2023, the defendant submitted a complaint to the Michigan Medical Board, falsely alleging professional misconduct by the plaintiff without evidence.*





**Exhibit T: False Reports and Fraudulent Claims**
*The Defendant Danielle Robertson posted video instructions on her website, encouraging mass reporting of the plaintiff's medical license.*



**Exhibit U: False Reports and Fraudulent Claims**

*On April 16, 2024, the Bureau of Professional Licensing informed the plaintiff that no violation of the Public Health Code could be substantiated, and the matter was closed.*



**STATE OF MICHIGAN**
**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**LANSING**

GRETCHEN WHITMER
GOVERNOR

MARLON L. BROWN, DPA
DIRECTOR

April 16, 2024

██████████ Evans, P.A.

Re:   File #██████████

Dear ████████████

████████████████████████████████████████
████████████████████████████████████████ this matter has been closed.

Sincerely,

████████████████████

Bureau of Professional Licensing
BPL-Complaints@michigan.gov

BUREAU OF PROFESSIONAL LICENSING
611 W. OTTAWA • P.O. BOX 30004 • LANSING, MICHIGAN 48909
www.michigan.gov/lara • 517-335-9700
LARA is an equal opportunity employer/program

## Exhibit V: False Reports and Fraudulent Claims

*On April 22, 2024, following the Medical Licensing Board's decision on April 16, 2024, to close the case against plaintiff Sybrena Evans, the PPO Petitioner filed a new complaint with the Medical Licensing Board.*



| | | |
|---|---|---|
| **GRETCHEN WHITMER**<br>**GOVERNOR** | **STATE OF MICHIGAN**<br>**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**<br>**LANSING** | **MARLON I. BROWN DPA**<br>**DIRECTOR** |

April 22, 2024



**Licensee:**

Dear Complainant:

Thank you for contacting the Bureau of Professional Licensing.  We are in receipt of the information you provided regarding the above-referenced licensee.

The information will be thoroughly reviewed to determine if there has been a violation of the Michigan Public Health Code.  Unfortunately, all information related to this complaint must be kept confidential due to statutory requirements; therefore, we cannot disclose to you any information obtained during the review and investigation processes.  Depending on the nature of the complaint, this process could take several months.

If an actionable violation of the Public Health Code is found, this matter will proceed through the enforcement process.  If disciplinary sanctions are issued against the licensee, the disciplinary documents will be posted on our "Verify a License" web page at: https://www.michigan.gov/BPL

We appreciate your interest and patience as this matter is processed.  If you have questions, please contact the Bureau's Complaint Intake Section at (517) 241-0205.

Sincerely,

Complaint Intake Section
Investigations & Inspections Division
Bureau of Professional Licensing
BPL-Complaints@michigan.gov

BUREAU OF PROFESSIONAL LICENSING
611 W. OTTAWA • P.O. BOX 30670 • LANSING, MICHIGAN 48909

**Exhibit W: False Reports and Fraudulent Claims**

*The Defendant, Danielle Robertson, was notified of this second complaint by the PPO Petitioner and subsequently posted about it on her YouTube platform "Unhinged With Bundy," revealing their coordinated efforts to harm plaintiff's professional reputation.*



**Exhibit X: False Reports and Fraudulent Claims**
*On June 11 and September 16, 2024, and after it was determined on April 16, 2024 there was no basis to Defendant Danielle Robertson's initial claim, the defendant continued to file additional false claims with the Michigan Medical Board in an attempt to have the plaintiff's medical license revoked.*

### June 11, 2014



**I CAN'T I CAN'T**      Home    Sub Menu 1 ⌄    Sub Menu 2    Sub Menu 3    More ⌄

## MEDICAL BOARD INVESTIGATION!

👍 0   👎 0   ↰

Submitted to Michigan Courts as well.

Licensee: ▮▮▮▮

Dear Complainant:

Thank you for contacting the Bureau of Professional Licensing. We are in receipt of the information you provided regarding the above-referenced licensee.

The information will be thoroughly reviewed to determine if there has been a violation of the Michigan Public Health Code. Unfortunately, all information related to this complaint must be kept confidential due to statutory requirements; therefore, we cannot disclose to you any information obtained during the review and investigation processes. Depending on the nature of the complaint, this process could take several months.

If an actionable violation of the Public Health Code is found, this matter will proceed through the enforcement process. If disciplinary sanctions are issued against the licensee, the disciplinary documents will be posted on our "Verify a License" web page at: https://www.michigan.gov/BPL

We appreciate your interest and patience as this matter is processed. If you have questions, please contact the Bureau's Complaint Intake Section at (517) 241-0205.

Sincerely,

Complaint Intake Section
Investigations & Inspections Division
Bureau of Professional Licensing
▮▮▮▮▮▮▮▮

*September 16, 2024*



**Exhibit Y: Cyberbullying and Harassment**
*On or around July 17, August 1, and August 8, 2022, the Defendant Danielle Robertson filed 35 fraudulent copyright claims against the plaintiff's YouTube channels "UNWINEWITHTEDDY and RunTellThatToo," impersonating YouTuber NoseyHeauxLive, and falsely claiming ownership of the plaintiff's content.*

Sun, Jul 17, 2022 at 10:19 PM



Hi UNWINEWITHTEDDY,

Due to multiple copyright strikes associated with the videos below, your YouTube account has now been disabled:

**Video title:** VINTAGE #NOSEYHEAUXLIVE | I KNOW A THING OR TWO ABOUT A SugarDADDY Oops! | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=DC7J7_ovG_s
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | I'M BEING MESSY LET ME SHOW YOU HOW TO POP IT! | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=POGmZR0pw_A
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | MY MOTHER WROTE ME A LETTER I'LL NEVER FORGET | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=71IfmfmgeCE
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | CHILD FREE & DON'T HAVE TO BUY SCHOOL SUPPLIES | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=TcQOoxHgE80
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | "PULL CLOSE" "YOU KNOW I LIKE TO DRAG A B!TGH" | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=o2a-SexNq20
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** NOSEY HEAUX LIVE featuring JAGUAR WRIGHT | Trailer | VINTAGE TEA COMING SOON! | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=sWOcOg78Fdk
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | NEW BOO Oops! | YOU NEVER KNOW WHAT I'M DOING | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=xsQ8kxK_n8U
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | DEAR NOSEY WHAT SHOULD I DO? | LEAVE HIM? | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=9PA1vnFaw00
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | NAPPY HAIR AND I DON'T CARE | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=AKr1yBN6Nhl
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | I STILL HAVE EDGES | NOT BALD HEADED LIKE YOU | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=WRdv-b7SraM
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | I SERVE FACE...SERVING FACE | YOU JUST MAD! | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=uFp2lv_dy_M
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | MY LIP COLOR IS MAC | "FEELS SO GOOD" | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=vFYYqDNvasU
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | GETTING HOT PINK NAILS and BEING EXTRA Oops! | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=5Eq4azd7DT4
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** #YouTube Drama | VINTAGE NOSEY HEAUX LIVE | SHARRELL'S WORLD | ALL ABOUT THE LIES Pt. 2
**Video url:** https://www.youtube.com/watch?v=FrSVskNjRG0
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | CHILDREN ARE TOO NEEDY | JUST LEAVE ME ALONE | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=aJuXvgSGVQE
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | "PEOPLE DON'T ALWAYS LIKE WHAT I SAY" BI@H BYE | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=dbWXLaAwaBU
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**August 8, 2022, the defendant impersonates NoseyHeauxLive as Tiffany Green during an email exchange between plaintiff and defendant:**

*Here: The plaintiff emails NoseHeauxLive's Impersonator Tiffany Green requesting a retraction of copyright strikes. Tiffany Green aka Defendant Danielle Robertson responds: "I will not retract my claims because you didn't have permission to use Nosey Heaux Lve LLC content.  You also lied in your counter notification to YouTube because you didn't transform the content under fair use.  Filing fraudulent DMCA counter notifications is illegal."*



**August 8, 2022,** the defendant creates an alias "Malcom Smith."

*Here: The Defendant Danielle Robertson submits a fraudulent counter notification acting as Malcom Smith, and impersonating plaintiff's YouTube account, by using plaintiff's full legal name, and account information. Defendants action caused YouTube to reject plaintiff's counterclaim, and no longer be able to assist in the matter.*



**Exhibit Z: Cyberbullying and Harassment**

*Between September 6, 2023 and December 27, 2023, the defendant submitted more than 100 fraudulent copyright claims, falsely impersonating French author Sybille Titeux de la Croix. These claims targeted the plaintiff's channel avatar and videos featuring the image, leading to the termination of both UNWINEWITHTEDDY and RunTellThatToo YouTube channels. This disruption caused significant financial loss and emotional distress to the plaintiff.*



**SYBILLE TITEUX DE LA CROIX**







*Just some of the many plaintiff's videos were removed by YouTube, after the defendant impersonated Sybille Titeux De La Croix and filed fraudulent copyright claims against the plaintiff's YouTube Channel "UNWINEWITHTEDDY."*

**Video title:** YouTubeDrama | "TIC TOC TIC TOC" Let's Go! | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=BdCvvxVyQ0w
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | "TIC TOC TIC TOC" | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=YzlQnvdMWaw
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | BREAKING! PRESIDENT JOE BIDEN TEST POSITIVE FOR COVID 19 | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=hpkUdDo9mDE
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | "TIC TOC TIC TOC" Let's Get to 500 Subscribers! | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=kM4cz3m2MLY
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | "DID YOU MAKE THE LIST TOO?" | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=Dy3eMzRrwrg
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | IT'S HUMP DAY. LUNCH IS ON ME | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=ZwbSqI_me1Q
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | "HAVE LUNCH ON ME!" Music and Celebrity News | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=_2KXAvKwrFI
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | "ONE LITTLE, TWO LITTLE THREE LITTLE..." | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=bdZvrZiailQ
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | FRIDAY AFTERNOON "I'LL BUY LUNCH" | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=gR9BgobuPBk
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

This means that your video can no longer be viewed on YouTube.

## You received a copyright strike

You now have **3 copyright strikes**. As a result, your channel is scheduled to be terminated in 7 days.

**Exhibit A1: Cyberbullying and Harassment**
*On March 02, 2024, the defendant filed a fraudulent copyright claim against the plaintiff with the CCB to create a "paper trail."*



COPYRIGHT
CLAIMS BOARD

Docket number: 24-CCB-0070
Filed date: 03/02/2024 06:22 PM EST

## United States Copyright Claims Board

| Danielle Robertson | | Sybrena Evans Kenan |
|---|---|---|
| CLAIMANT | V. | RESPONDENT |

### CLAIM

| Payment status | $40 (success) |
|---|---|
| **Type** | A claim for infringement<br>A claim for misrepresentation under 17 U.S.C. 512(f) |
| **Would you like to proceed as a "smaller claims" proceeding (including the $5,000 monetary limit) instead of the standard CCB small claims proceeding?** | Yes |
| **Claimant** | **Name**<br>Danielle Robertson<br><br>**Address**<br>8 The Green, STE A<br>Dover, DE 19901<br><br>**Email**<br>Danimontana2022@gmail.com<br><br>**Phone**<br>860-864-0027<br><br>Authorized representative information<br>Danielle Robertson |

Page   1   /   6   —   🔍   +

*On March 24, 2024, the defendant posted the fraudulent complaint against the Plaintiff with the CCB to her website (ICANTICANT.COM) to create a "Paper Trail."*



## Exhibits B1: Cyberbullying and Harassment

*On October 18, 2024, YouTube reinstated 13 videos after determining the Defendant's copyright claims were invalid.*

 **YouTube Copyright** <youtube-disputes+0q0lx1t7tmd5f07@google.com>
to me ▾                                                                                                       Fri, Oct 18, 5:13 AM   ☆   ☺

Hello,

We received a takedown request for your video(s) listed below that we've determined is invalid:

https://youtube.com/watch?v=5wLOLLjk_eM

As a result, we've reinstated your video(s) (unless they were previously deleted) and the associated copyright strike was resolved.

Below is a record of the invalid takedown request we received for your video(s). Note that the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF TAKEDOWN REQUEST]



### Copyright takedown request received for your YouTube video   Inbox ×                                                        🖶

 **YouTube Copyright** <youtube-disputes+0bv2u2wmc0n0v07@google.com>
to me ▾                                                                                          Fri, Oct 18, 5:18 AM   ☆   ☺   ↰

Hello,

We received a takedown request for your video(s) listed below that we've determined is invalid:

https://youtube.com/watch?v=PqCG7o0ff80

https://youtube.com/watch?v=x_oP1QXDCQM

As a result, we've reinstated your video(s) (unless they were previously deleted) and the associated copyright strike was resolved.

Below is a record of the invalid takedown request we received for your video(s). Note that the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF TAKEDOWN REQUEST]



Copyright takedown request received for your YouTube video   Inbox ×                                    🖶

 **YouTube Copyright** <youtube-disputes-3g7zubxxwd5yf07@google.com>                Fri, Oct 18, 5:26 AM   ☆   ☺   ↩
to me ▾

Hello,

We received a takedown request for your video(s) listed below that we've determined is invalid:

https://youtube.com/watch?v=8NEjhy8QzAw

https://youtube.com/watch?v=1vIAeQVuz8M

As a result, we've reinstated your video(s) (unless they were previously deleted) and the associated copyright strike was resolved.

Below is a record of the invalid takedown request we received for your video(s). Note that the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF TAKEDOWN REQUEST]



Copyright takedown request received for your YouTube video   Inbox ×

 **YouTube Copyright** <youtube-disputes-2xee445dnwlzd07@google.com>                Fri, Oct 18, 5:23 AM   ☆   ☺
to me ▾

Hello,

We received a takedown request for your video(s) listed below that we've determined is invalid:

https://youtube.com/watch?v=HlQYc-1h8jg

https://youtube.com/watch?v=xzX-dsrl3NQ

As a result, we've reinstated your video(s) (unless they were previously deleted) and the associated copyright strike was resolved.

Below is a record of the invalid takedown request we received for your video(s). Note that the complainant's physical address and phone number have been redacted.

[BEGIN COPY OF TAKEDOWN REQUEST]



Copyright takedown request received for your YouTube video   Inbox ×

 **YouTube Copyright** <youtube-disputes-1ba8tmhy7gqmz07@google.com>                Sat, Oct 19, 9:38 AM   ☆   ☺
to me ▾

Hello,

We received a takedown request for your video(s) listed below that we've determined is invalid:

https://www.youtube.com/watch?v=SB5Ju9Kliw

https://www.youtube.com/watch?v=TIvflaU7q9w

https://www.youtube.com/watch?v=Wd4MFp56HBM

https://www.youtube.com/watch?v=caB9cz7bJRc

As a result, we've reinstated your video(s) (unless they were previously deleted) and the associated copyright strike was resolved



Copyright takedown request received for your YouTube video  [Inbox ×]

**YouTube Copyright** <youtube-disputes-19oro2ihkac6c07@google.com>
to me ▾

Sat, Oct 19, 9:55 AM

Hello,

We received a takedown request for your video(s) listed below that we've determined is invalid:

https://www.youtube.com/watch?v=_qY1ISSpCp8

https://www.youtube.com/watch?v=n7Xe-IDPN2U

As a result, we've reinstated your video(s) (unless they were previously deleted) and the associated copyright strike was resolved.

## Exhibits C1: Cyberbullying and Harassment

*Following the defendant's failure to respond to YouTube's request for precise identification of the allegedly copyrighted work, her account was terminated.*





**Exhibit D1: Cyberbullying and Harassment**

*Following the termination, the defendant retaliated by "porn bombing" the plaintiff's YouTube channel, RunTellThatToo.*



**Exhibit E1: Cyberbullying and Harassment**

*On February 16, 2023, the defendant published a YouTube video titled "Breaking News: Bundy's Divorce and Skate Rink Lawsuit" to cyberbully and harass the plaintiff. The plaintiff's divorce documents were also published to (ICANTICANT.COM) This video violated the plaintiff's privacy and incited the defendant's followers to post defamatory content, resulting in a surge of online harassment.*





## Exhibit F1: Cyberbullying and Harassment

*The defendant used social media platforms, including impersonation accounts on Twitter, to publish false allegations against the plaintiff. These posts portrayed the plaintiff as mentally unstable, using horror movie imagery to depict her as a dangerous stalker or killer, creating the false impression that she poses a threat to others. These actions further incited harassment and targeted attacks against the plaintiff.*



**Exhibit G1: Cyberbullying and Harassment**

*In February 2023, the defendant publicly declared her intent to destroy the plaintiff's professional and personal reputation through intimidation, online cyberbullying, threats, and harassment.*







## Exhibit H1: Impersonation of Others to Commit Fraud

*On or around March 9, 2023, the defendant, impersonating Danielle Elizabeth Allen, filed nine fraudulent privacy violation claims against the plaintiff on YouTube, falsely alleging privacy law violations and attempting to create a deceptive paper trail.*



## Exhibit I1: Impersonation of Others to Commit Fraud

*On March 12, 2023, YouTube rejected the defendant's privacy complaints against the plaintiff concerning photos.*



**YouTube Support Team** <privacy+0zvrxskxOmwg7O2@support.youtube.com>
to me ▾

Hello,

We have reviewed the complaint and have determined that the content is excepted from removal based on our privacy guidelines. We thank you for using YouTube.

For more information about our removal processes, please check out the following video: http://goo.gl/Dt5ZDw.

Regards,

Mar 12, 2023, 1:56 AM    ☆   ☺   ↩

which can be found at http://www.youtube.com/t/privacy_guidelines. The content does not violate our policies and will remain on the site.

**Exhibit J1: Impersonation of Others to Commit Fraud**
*On March 12, 2023, YouTube denied Defendant Danielle Robertson's privacy complaints, confirming the content did not violate its privacy policies and would remain on the platform.*



**Exhibit K1: Impersonation of Others to Commit Fraud**
*On or around March 13, 2023, The Defendant, Danielle Robertson, later admitted to filing a false privacy complaint impersonating Danielle Elizabeth Allen. In her submissions to YouTube. She acknowledged knowingly falsifying legal documents.*



**Exhibit L1: Impersonation of Others to Commit Fraud**
*The defendant's fraudulent privacy claims to YouTube, impersonating Danielle Elizabeth Allen, contradict her own statements in a March 4, 2023, video titled "HEAR HER TV, MOMMY BITER MESSAGED ME! I GUESS JAGUAR WRIGHT CONTENT DRIED UP. THE BIRD BRAIN," posted on her channel For The Basics.*



**Exhibit M1: Conspiracy to Commit Fraud and Cause Emotional Distress**

*On April 2, 2024, Defendant Danielle Robertson announced an upcoming PPO hearing involving the plaintiff, posting about it on her website (ICANTICANT.COM). In the post, she labeled the plaintiff unethical, accused them of stalking 40 people, compared them to Ted Bundy, and referenced their professional title. Her knowledge of the hearing, 7 days prior, suggests coordination with the PPO petitioner.*



**Exhibit N1: Conspiracy to Commit Fraud and Cause Emotional Distress**
*On April 9, 2024, the defendant collaborated with the PPO petitioner, acting as her proxy, to file a false PPO request to the court. The petition's language and accusations closely align with the defendant's rhetoric, strongly indicating that Danielle Robertson either authored or heavily influenced its content.*

| STATE OF MICHIGAN 3RD JUDICIAL CIRCUIT WAYNE COUNTY | PETITION FOR PERSONAL PROTECTION ORDER (NONDOMESTIC) | CASE NO. and JUDGE |
| --- | --- | --- |

Court address
Coleman A. Young Municipal Center, 2 Woodward Avenue, Detroit, MI 48226

Court telephone no.
(313) 224-5261

(A) Petitioner's name | Age 50 | v | Respondent's name, address, and telephone no. | Age 65

1. The petitioner and respondent have never been married, resided in the same household together, had a child in common, or had a dating relationship with one another.

(B) 2. ☐ The respondent is required to carry a firearm in the course of his/her employment.   ☒ Unknown.

(C) 3. a. There ☐ are ☒ are not   other pending actions in this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
| --- | --- | --- |

b. There ☐ are ☒ are not   orders/judgments entered by this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
| --- | --- | --- |

(D) 4. I need a personal protection order because:  Explain what has happened (attach separate sheets).
Please see attached "Statement of Facts"

(E) 5. I make this petition under the authority of MCL 600.2950a(1) and ask the court to grant a personal protection order prohibiting the respondent from
☒ a. stalking me as defined by MCL 750.411h and MCL 750.411i, which includes but is not limited to
☒ following me or appearing within my sight.
☒ appearing at my workplace or residence.
☒ approaching or confronting me in a public place or on private property.
☒ entering onto or remaining on property owned, leased, or occupied by me.
☒ sending mail or other communications to me.
☒ contacting me by telephone.
☒ placing an object on or delivering an object to property owned, leased, or occupied by me.
☒ b. threatening to kill or physically injure me.
☒ c. purchasing or possessing a firearm.
☒ d. posting a message through the use of any medium of communication, including the Internet or a computer or any electronic medium, pursuant to MCL 750.411s.
☒ e. other: See "Other Relief" in Attachment

Approved, SCAO
Form CC 377, Rev. 3/23

Distribute form to
Court

**Exhibit O1: Conspiracy to Commit Fraud and Cause Emotional Distress**
*On or around April 27, 2024, the Defendant fabricated a second false PPO and published it on her website, ICANTICANT.COM, presenting it as legitimate to deceive her audience and perpetuate a false narrative. This fraudulent PPO was used to further damage the plaintiff's reputation and create a false basis for defamatory actions.*



UNETHICAL , MICHIGAN. WAS SENT THREE CEASE AND DESIST, COPYRIGHT INFRINGEMENT/MISREPRESENTATION CLAIM AND A PPO WAS FILED! PAPER TRAIL.

👍0 👎0

(A) Petitioner's name: Danielle Robertson — Age 34
Address and telephone no. where court can reach petitioner

v.

Respondent's name, address, and telephone no.: Sybrena Evans — Age 65

1. The petitioner and respondent have never been married, resided in the same household together, had a child in common, or had a dating relationship with one another.

(B) 2. The respondent is required to carry a firearm in the course of his/her employment.   [ ] Unknown.

(C) 3. a. There  ☐ are  ☒ are not   other pending actions in this or any other court regarding the parties.
Case number | Name of court, county, and state or province | Name of judge

b. There  ☐ are  ☒ are not   orders/judgments entered by this or any other court regarding the parties.
Case number | Name of court, county, and state or province | Name of judge

(D) 4. I need a personal protection order because:  Explain what has happened (attach separate sheets).
Please see attached "Statement of Facts"

(E) 5. I make this petition under the authority of MCL 600.2950a(1) and ask the court to grant a personal protection order prohibiting the respondent from
☒ a. stalking me as defined by MCL 750.411h and MCL 750.411i, which includes but is not limited to
  ☒ following me or appearing within my sight.
  ☐ appearing at my workplace or residence.
  ☐ approaching or confronting me in a public place or on private property.
  ☐ entering onto or remaining on property owned, leased, or occupied by me.
  ☒ sending mail or other communications to me.
  ☒ contacting me by telephone.
  ☐ placing an object on or delivering an object to property owned, leased, or occupied by me.
☐ b. threatening to kill or physically injure me.
☐ c. purchasing or possessing a firearm.

**Exhibit P1: Conspiracy to Commit Fraud and Cause Emotional Distress**
*On October 14, 2023, Defendant Danielle Robertson created a "Change.org" petition falsely accusing Plaintiff Sybrena Evans of unethical behavior, collaborating with a violent criminal, and supporting physical harm, damaging her professional reputation as a Physician Assistant.*



**Exhibit Q1: Conspiracy to Commit Fraud and Cause Emotional Distress In her**
*November 4, 2023, YouTube video titled "WHO IS DANIELLE ELIZABETH ALLEN! SYBRENA'S PETITION! TEDDY BUNDY'S OBSESSION! BLACK TEA SECTOR DRAMA," the defendant, Danielle Robertson, falsely portrays the plaintiff as a dangerous stalker, defaming her professional character and promoting a defamatory Change.org petition.*



**Exhibit R1: Conspiracy to Commit Fraud and Cause Emotional Distress**
*On February 10, 2023, Defendant Danielle Robertson posted the plaintiff's late brother's obituary on her YouTube channel "For The Basics" and later in another video, "Step Into The Bad Side." The defendant falsely accused the plaintiff of causing her brother's death, even suggesting murder, causing severe emotional distress.*

