UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SYBRENA EVANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DANIELLE ROBERTSON, *et al.*, <br><br> Defendants. | Case No. 24-cv-13435 <br> Honorable Judith E. Levy <br> Magistrate Judge Elizabeth A. Stafford |

## ORDER TO SERVE DEFENDANT ROBERTSON

Plaintiffs Sybrena Evans and Sybrena Kenan & Associates, Inc. (SKA), sue Defendant Danielle Robertson and Jane Does 1-10 for copyright infringement, defamation, fraud, and harassment. ECF No. 1. The Honorable Judith E. Levy referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 7.

The Court ordered plaintiffs to show cause why the Clerk's entry of default against Robertson should not be set aside for failure to serve. ECF No. 11. Plaintiff responded. ECF No. 12. As determined in a report and recommendation to set aside the default, plaintiffs have not properly served Robertson. Plaintiffs must serve Robertson in accordance with federal, Michigan, or Delaware law by **March 24, 2025**.

                                                              s/Elizabeth A. Stafford
                                                              ELIZABETH A. STAFFORD
                                                              United States Magistrate Judge

Dated: February 13, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 13, 2025.

                                                              s/Davon Allen
                                                              DAVON ALLEN
                                                              Case Manager