# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Sybrena Evans, *et al.*,

                Plaintiffs,   Case No. 24-13435

v.   Judith E. Levy
United States District Judge

Danielle Robertson, *et al.*,

                  Mag. Judge Elizabeth A. Stafford

                Defendants.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION [13]**

Before the Court is Magistrate Judge Elizabeth A. Stafford's Report and Recommendation recommending the Clerk's entry of default against Defendant Danielle Robertson be set aside. (ECF No. 13.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly, the Report and Recommendation (ECF No. 13) is ADOPTED, and the Clerk's entry of default against Robertson (ECF No. 9) is VACATED.

      IT IS SO ORDERED.

| | |
|---|---|
| Dated: March 7, 2025<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 7, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
