UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SYBRENA EVANS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DANIELLE ROBERTSON, *et al.*,<br><br>Defendants. | Case No. 24-cv-13435<br>Honorable Judith E. Levy<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER TO CERTIFY EXHIBITS

Plaintiffs Sybrena Evans and Sybrena Kenan & Associates, Inc. (SKA), sue Defendant Danielle Robertson and Jane Does 1-10 for copyright infringement, defamation, fraud, and harassment. ECF No. 1. The Honorable Judith E. Levy referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 7.

In February 2025, plaintiffs personally served Charlotte Benice, an employee of Robertson's alleged agent, A Registered Agent, at 8 The Green, Suite A, Dover, DE 19901. ECF No. 12, PageID.100; ECF No. 16. In March 2025, plaintiffs obtained a Clerk's entry of default against Robertson. ECF No. 19. Questioning whether A Registered Agent was Robertson's authorized agent, the Court ordered plaintiffs to show cause

why the Clerk's entry of default against Robertson should not be set aside for failure to serve.  ECF No. 20.  Plaintiffs responded with documentation that Robertson designated A Registered Agent as her agent and the Dover address as her legal and business mailing address.  ECF No. 23, PageID.142-145.

If these exhibits are genuine, the Court is satisfied that plaintiffs have shown that they served Robertson's authorized agent.  But, by **May 13, 2025**, plaintiffs must file a written certification under penalty of perjury stating that the exhibits are authentic.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: May 2, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling**

**remains in full force and effect unless and until it is stayed by the**

**magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 2, 2025.

<u>s/Davon Allen</u>
DAVON ALLEN
Case Manager