UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SYBRENA EVANS ET AL. ,

        Plaintiff,

vs.

DANIELLE ROBERTSON ET AL. ,

        Defendant

Case No.: 5:24-cv-13435

MOTION
TO SEAL CONTACT
INFORMATION

This motion was originally submitted as part of Dkt. 26 on page 2 but is being refiled separately to ensure proper docketing and judicial review.

**MOTION TO SEAL CONTACT INFORMATION**

I.  BASIS FOR SEALING

Movant is not a party to this case and is proceeding under a pseudonym to protect his legal name, personal identifiers, and private location. The subpoena at issue improperly seeks to compel disclosure of financial data and private records from a third-party. Movant has provided his contact details to the Court solely to enable confidential judicial communication and satisfy procedural requirements.

Disclosure of this information to Plaintiff, who has engaged in improper subpoena practices and shown a disregard for legal boundaries, would pose a substantial risk of harm, harassment, or misuse.

II. RELIEF REQUESTED

Movant respectfully requests an order:

1. Directing that the sealed document containing contact information remain sealed on the docket.

2. Restricting access to the sealed information to judicial officers and staff.
3. Prohibiting disclosure of the contact details to Plaintiff or other parties absent express leave of Court.

This motion is narrowly tailored and consistent with the public interest and judicial discretion in protecting non-party privacy.

Respectfully submitted,
/s/ John Doe
John Doe
Non-Party Movant Proceeding Under Pseudonym