UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYBRENA EVANS ET AL.,

        Plaintiffs,

vs.

DANIELLE ROBERTSON ET AL.,

        Defendants,

Case No.24-cv-13435
Honorable Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

DEFENDANT'S NOTICE OF
OBJECTION TO PLAINTIFF'S
CERTIFICATION OF EXHIBITS
UNDER PENALTY OF PERJURY

---

DEFENDANT'S NOTICE OF OBJECTION TO PLAINTIFF'S CERTIFICATION OF
EXHIBITS UNDER PENALTY OF PERJURY

---

INTRODUCTION

Defendant Danielle Robertson, improperly named and appearing specially, respectfully submits this limited objection in response to Plaintiff Sybrena Evans' May 9, 2025 "Certification of Exhibits" and her April 9, 2025 response to the Court's Order to Show Cause (Dkt. 24). While Defendant's full jurisdictional, procedural, and identity-based objections are set forth in her pending Motion to Set Aside Default, Dismiss, Quash, and for Protective Order, this Notice addresses specific falsehoods, omissions, and mischaracterizations in Plaintiff's authenticated exhibits, particularly Exhibits G and K, and reiterates that none of the exhibits offered satisfy the standard for valid service, nor do they withstand evidentiary scrutiny.

Plaintiff's reliance on communications with third parties, unauthenticated screenshots, cropped email headers, and redacted names to imply compliance with legal service requirements is deceptive. Additionally, Plaintiff fails to disclose the outcome of the very disputes she relies on, most notably that YouTube ultimately rejected the copyright claims brought against Defendant by Plaintiff's known associate and restored Defendant's videos, a fact omitted from her filings. These tactics represent an abuse of the authentication process and must be addressed directly.

## II. ALL EXHIBITS ARE LEGALLY IRRELEVANT — NO VALID SERVICE OCCURRED

Plaintiff's authentication exhibits are immaterial to the threshold issue of service and jurisdiction because:

1. Defendant never authorized individual service.
2. The registered agent Plaintiff attempted to use, "A Registered Agent, Inc.," was terminated in 2023, long before this action was filed.
3. As explained in Defendant's Motion to Dismiss, no valid method of service occurred, and service does not confer jurisdiction where the defendant has been misidentified and never properly served under Rule 4(e).

Plaintiff's reliance on expired administrative listings, informal contact references, and non-litigation filings does not establish compliance with Fed. R. Civ. P. 4(e). There is no evidence that Defendant authorized this agent to receive service in this or any federal case. No valid service was effectuated, and no jurisdiction has been conferred.

## III. EXHIBIT K MISREPRESENTED — IT IS A REJECTION, NOT A CONFIRMATION

Plaintiff describes Exhibit K as "an email from YouTube/Google confirming the service address." This is categorically false.

Exhibit K is a standard legal reply from Google Legal Support stating that the company requires a court-filed, signed, and stamped subpoena or motion before it will release or confirm any information. The message does not:

- Confirm any address;
- Validate service; or
- Indicate that YouTube took any action.

To the contrary, Google declined to release information and deferred to the Court, stating that legal verification was needed before any data would be disclosed. Plaintiff's sworn statement that this was a confirmation is materially false and should be sanctioned or disregarded.

(See Exhibit O , Google Legal's rejection message, Ref. No. 82057891.)

## IV. EXHIBIT G DECEPTIVELY OMITS THIRD-PARTY SENDER (DONAT RICKETTS)

As shown in the metadata screenshot submitted as part of Exhibit N, the email originated from "hausofclout22@gmail.com," with YouTube Legal merely copied (cc'd) on the thread. YouTube never responded beyond a generic auto-reply. Defendant replied directly to this message and used the "Reply All" function, ensuring both Donat Ricketts and YouTube were recipients of the response. This confirms that the exchange was strictly between Defendant and a third-party harasser, not with YouTube or its legal team. The metadata alone confirms Plaintiff's redaction was intended to hide the true sender and misrepresent the source of the email.

(See Exhibit N – metadata screenshot from hausofclout22@gmail.com.)

V. YOUTUBE REJECTED THE FALSE STRIKES AND RESTORED DEFENDANT'S MUSIC

Plaintiff omits critical context. The DMCA claims referenced in Exhibit G were initiated by Donat Ricketts and falsely targeted Defendant's original music.

- Defendant submitted direct responses to Ricketts, not YouTube.
- YouTube never took action on Plaintiff's subpoena.
- YouTube ultimately restored Defendant's videos, finding the copyright claims were unfounded.

The restoration occurred outside of the normal DMCA counter-notification window, which underscores the abusive and retaliatory nature of the strike itself. Plaintiff's failure to disclose this outcome, while still relying on fragments of the exchange, is intentionally misleading. The redactions and omission of the final ruling by YouTube support a pattern of misrepresentation.

(See Exhibit P – Email confirmation from YouTube showing restoration of Defendant's music.)

VI. CONCLUSION

Plaintiff's authenticated exhibits are:

- Legally void due to lack of valid service and improper naming;
- Factually deceptive, including strategic redactions and incomplete context;
- Part of a broader campaign of harassment using court processes and copyright systems for retaliation.

Defendant respectfully requests that the Court:

1. Strike or disregard Exhibits G and K;
2. Assign no evidentiary weight to Plaintiff's authentication submission;
3. Consider these misrepresentations as part of the record when ruling on Defendant's pending Motion to Set Aside Default, Dismiss, and for Protective Order.

Executed on May 11, 2025
/s/ Jane Doe
Jane Doe, named improperly as "Danielle Robertson"
Spill Society Media
30 N Gould St #51402
Sheridan, WY 82801
Email: danimontana2022@gmail.com
Phone: (302) 496-7016

Attachments

- Exhibit N – Metadata from Donat Ricketts (Haus of Clout), showing YouTube was only cc'd
- Exhibit O – Google Legal email rejecting Plaintiff's unfiled subpoena (Ref. 82057891)
- Exhibit P – YouTube confirmation restoring Defendant's music due to false claims

- Exhibit Q – Defendant's email reply to Donat Ricketts and YouTube showing 'Reply All' response to the original DMCA message

Exhibit N – Metadata from Donat Ricketts (Haus of Clout), showing YouTube was only cc'd

---

from: **HAUS OF CLOUT** <hausofclout22@gmail.com>

to: YouTube Copyright <youtube-disputes+0vkp3rlk4wrn70h@google.com>,
WilsonLana158@gmail.com,
legal@support.youtube.com,
Donat Ricketts <donatricketts2@icloud.com>

date: Jul 18, 2023, 2:03 PM

subject: Re: [BMOUM3UFKPTJ6IVGRTAC3E6T6M] New Copyright Counter
Notification

mailed-by: gmail.com

signed-by: gmail.com

security: 🔒 Standard encryption (TLS) Learn more

 **Gmail**

**DANIELLE ROBERTSON <danimontana2022@gmail.com>**

## Subpoena Notice From Google (Internal Ref. No. 82057891)

**google-legal-support@google.com** <google-legal-support@google.com>          Thu, Apr 3, 2025 at 7:02 PM
To: danimontana2022@gmail.com

Hello,

Thank you for responding to our notice. However, this does not appear to be an objection filed in court. As such, you should seek relief from the court directly. We require a file-stamped copy because we need verification that this document has been filed in a court of law and is awaiting judicial review. Google is not in a position to provide you with legal advice. If you have other questions regarding the notice, we encourage you to contact your attorney.

Regards,

Google Legal Investigations Support

[Quoted text hidden]



Alana Wilson <wilsonlana158@gmail.com>

---

## Re: [ZVSD6FZHQCAADO7RQYO5P6EJZE] New Copyright Counter-Notification

---

**YouTube Copyright** <youtube-disputes+34vzch0ypswl20h@google.com>          Mon, Jul 24, 2023 at 3:21 AM
Reply-To: YouTube Copyright <youtube-disputes+34vzch0ypswl20h@google.com>
To: WilsonLana158@gmail.com



Dear Dani Robertson  ,

In accordance with the Digital Millennium Copyright Act, we've completed processing your counter notification.

The following videos have been restored outside of the counter notification process, and are now live unless you have deleted them:

- http://www.youtube.com/watch?v=ZFqY5hpqu2s

No further action is required on your part and your account will not be penalized.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 **Gmail**

Alana Wilson <wilsonlana158@gmail.com>

## Re: [ZVSD6FZHQCAADO7RQYO5P6EJZE] New Copyright Counter Notification

**Alana Wilson** <wilsonlana158@gmail.com>                    Wed, Jul 19, 2023 at 8:47 AM
To: YouTube Copyright <youtube-disputes+34vzch0ypswl20h@google.com>, legal@support.youtube.com, HAUS OF CLOUT
<hausofclout22@gmail.com>

   You're lying, and you're creepy. The number you're calling me on for no reason but to harass me is valid. you can also
send physical mail to the address listed in my counter-notification. And as seen, you can email me at this email address.
Furthermore, feel free to send PHYSICAL mail and all legal and business documents to

Danielle Robertson
A Registered Agent, Inc.
8 The Green, STE A,
Dover, Delaware, 19901

Your false strikes were just to get my personal information to dox and harass me. After you've already sexually harassed
me and made violent/death threats. I have the evidence as well. Again, send all mail to either of those addresses, and I
will get it. Only email and call about legal matters, or it will be deemed as harassment. All communication will be
documented.

   My song is 100% original and is not remotely like his. Take a look at my counter-notification for the proof, so you can
compare the music. I use the same music in the background of all my videos. Also, he's already using information from
my copyright notification to harass me. He's calling me over and over again. And he keeps messing with my email by
doing password resets. He also posted that he's going to strike me down and send me on a two-week vacation. Take a
look at some of the comments he's made about me below.
Sexually harassing me tagging me saying "let me angry fawk you" . Saying "someone is going to unalive you" "That he's
going to off me," That he's going to show up on my doorsteps and beat my ass " My supporters have reported his video
threats as well. He deletes them before they can be reviewed.



5/11/25, 7:54 AM
Gmail - Re: [EXTERNAL AUTHENTICITY] New Copyright Counter Notification







[Quoted text hidden]

 Gmail

Alana Wilson <wilsonlana158@gmail.com>

## Re: [BMOUM3UFKPTJ6IVGRTAC3E6T6M] New Copyright Counter-Notification

**YouTube Copyright** <youtube-disputes+330aesg9s8ypy0h@google.com>          Mon, Jul 24, 2023 at 3:21 AM
Reply-To: YouTube Copyright <youtube-disputes+330aesg9s8ypy0h@google.com>
To: WilsonLana158@gmail.com

 YouTube

Dear Dani Robertson ,

In accordance with the Digital Millennium Copyright Act, we've completed processing your counter notification.

The following videos have been restored outside of the counter notification process, and are now live unless you have deleted them:

- http://www.youtube.com/watch?v=q7t4ElOT21Q

No further action is required on your part and your account will not be penalized.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066