UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sybrena Evans,

                Plaintiff,        Case No. 24-13435

v.                                    Judith E. Levy
                                    United States District Judge

Danielle Robertson, *et al.*,

                                    Mag. Judge Elizabeth A. Stafford

                Defendants.

_____/

## ORDER STRIKING DEFENDANT DANIELLE ROBERTSON'S OBJECTIONS TO THE REPORT AND RECOMMENDATION [78]

The Court has reviewed Defendant Danielle Robertson's Objections to the Report and Recommendation. (ECF No. 78.) The Court strikes that document for the following reason:

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☒ Over-length. *See* E.D. Mich. LR 7.1(d)(3), which states, "[t]he text of a brief supporting a motion or response, including footnotes and signatures, may not exceed 25 pages" without Court approval. Local Rule 7.1 applies to objections. *See* E.D. Mich. LR 72.1(d)(5).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

☐ Other: _____.

The document (ECF No. 78) is STRICKEN and not part of the record. The document must be refiled in full compliance with the applicable rule by October 24, 2025.

IT IS SO ORDERED.

Dated: October 14, 2025           s/Judith E. Levy
   Ann Arbor, Michigan          JUDITH E. LEVY
                                              United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 14, 2025.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager