UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYBRENA EVANS, *et al.*,

Plaintiffs,

v.

DANIELLE ROBERTSON, *et al.*,

Defendants.

Case No. 24-cv-13435
Honorable Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

---

**ORDER STRIKING FILINGS**
**(ECF NOS. 81, 83)**

---

The parties have made two improper filings.  Plaintiff Sybrena Evans moves for leave to file "Exhibit G" under seal but does not explain the connection between the exhibit and any other filing (e.g., whether it is an exhibit to her objections).  ECF No. 81.  Similarly, Defendant Danielle Robertson filed a 97-page document containing Exhibits E through A16 but did not identify whether these exhibits relate to another permissible filing.  ECF No. 83.

Rule 7 authorizes parties to file various pleadings (e.g., a complaint or an answer to a complaint) or a motion that "state[s] with particularity the grounds for seeking" a court order.  The parties' filings are none of these.

As described, the exhibits are untethered to any motion or other authorized

filing.  Because these documents are improper filings, the Court **STRIKES**

them.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: October 15, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file

objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The

district judge may sustain an objection only if the order is clearly erroneous

or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a**

**magistrate judge's ruling on a non-dispositive motion, the ruling**

**remains in full force and effect unless and until it is stayed by the**

**magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel
of record and any unrepresented parties via the Court's ECF System to
their email or First Class U.S. mail addresses disclosed on the Notice of
Electronic Filing on October 15, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager
