UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sybrena Evans,

               Plaintiff,       Case No. 24-13435

v.                                   Judith E. Levy
                                   United States District Judge

Danielle Robertson, *et al.*,

                                   Mag. Judge Elizabeth A. Stafford

              Defendants.

_____/

## ORDER STAYING NOVEMBER 3, 2025 DEADLINE FOR DANIELLE ROBERTSON TO FILE A NOTICE IDENTIFYING HER LEGAL NAME AND POSTAL ADDRESS

On September 25, 2025, Magistrate Judge Elizabeth A. Stafford entered an order which stated that Defendant Danielle Robertson must file a written notice identifying her legal name and postal address by November 3, 2025. (ECF No. 74, PageID.784.)

Judge Stafford's September 25, 2025 order requiring Danielle Robertson to file a written notice identifying her legal name and postal address is STAYED pending resolution of Danielle Robertson and Sybrena Evans' objections to the order. (*See* ECF Nos. 79, 82.)

IT IS SO ORDERED.

Dated: October 29, 2025　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

　　The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 29, 2025.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager