# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Sybrena Evans,

                Plaintiff,        Case No. 24-13435

v.

                              Judith E. Levy
                              United States District Judge

Danielle Robertson, *et al.*,

                              Mag. Judge Elizabeth A. Stafford

                Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [75]

Before the Court is Magistrate Judge Elizabeth A. Stafford's Report and Recommendation recommending the Court set aside the Clerk's entry of default and to grant in part and deny in part Defendant's motions to dismiss. (ECF Nos 28, 39.)

The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed.[1] The Court has nevertheless carefully reviewed

---

[1] Both parties submitted objections to Judge Stafford's Report and Recommendation, but both filings were stricken and are not a part of the record for the reasons set forth in the Court's order to show cause. (ECF No. 106, PageID.2257, 2260 (striking ECF Nos. 79, 93).)

the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 75) is ADOPTED;

Defendant "Danielle Robertson's"[2] motion to set aside default (ECF No. 28) is GRANTED; and

Defendant Robertson's motions to dismiss (ECF Nos. 28, 39) are GRANTED IN PART AND DENIED IN PART. Evans' remaining claims are "(1) copyright infringement stemming from the use of Evans's likeness; (2) defamation stemming from Robertson's alleged posts about Evans's professional misconduct, false reports to police, and posts including bodycam footage; and (3) cyberbullying and harassment stemming from Robertson's posts about Evans's divorce." (ECF No. 75, PageID.825.)

IT IS SO ORDERED.

Dated: November 20, 2025     s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

---

[2] "Danielle Robertson" is Defendant's alias and not her true name.

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 20, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager