**Exhibit V: False Reports and Fraudulent Claims**

*On April 22, 2024, following the Medical Licensing Board's decision on April 16, 2024, to close the case against plaintiff Sybrena Evans, the PPO Petitioner filed a new complaint with the Medical Licensing Board.*



 S'A'E  F M. .-. AN
DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
LANSING

April 22  2024

Licensee:

Dear Complainant

Thank you for contacting the Bureau of Professional Licensing  We are in receipt of the information you provided regarding the above-referenced licensee

The information will be thoroughly reviewed to determine if there has been a violation of the Michigan Public Health Code  Unfortunately  all information related to this complaint must be kept confidential due to statutory requirements, therefore  we cannot disclose to you any information obtained during the review and investigation processes  Depending on the nature of the complaint  this process could take several months

If an actionable violation of the Public Health Code is found  this matter will proceed through the enforcement process   If disciplinary sanctions are issued against the licensee  the disciplinary documents will be posted on our  Verify a License" web page at  https  'www michigan gov BPL

We appreciate your interest and patience as this matter is processed   If you have questions  please contact the Bureau s Complaint Intake Section at (517) 241-0205

Sincerely

Complaint Intake Section
Investigations & Inspections Division
Bureau of Professional Licensing

**Exhibit W: False Reports and Fraudulent Claims**

*The Defendant, Danielle Robertson, was notified of this second complaint by the PPO Petitioner*

*and subsequently posted about it on her YouTube platform "Unhinged With Bundy," revealing*

*their coordinated efforts to harm plaintiff's professional reputation.*



**Exhibit X: False Reports and Fraudulent Claims**

*On June 11 and September 16, 2024, and after it was determined on April 16, 2024 there was*

*no basis to Defendant Danielle Robertson's initial claim, the defendant continued to file*

*additional false claims with the Michigan Medical Board in an attempt to have the plaintiff's*

*medical license revoked.*

**June 11, 2024**



Dear Complainant:

Thank you for contacting the Bureau of Professional Licensing. We are in receipt of the information you provided regarding the above referenced licensee.

The information will be thoroughly reviewed to determine if there has been a violation of the Michigan Public Health Code. Unfortunately, all information related to this complaint must be kept confidential due to statutory requirements; therefore, we cannot disclose to you any information obtained during the review and investigation processes. Depending on the nature of the complaint, this process could take several months.

If an actionable violation of the Public Health Code is found, this matter will proceed through the enforcement process. If disciplinary sanctions are issued against the licensee, the disciplinary documents will be posted on our "Verify a License" web page at: https://www.michigan.gov/BPL

We appreciate your interest and patience as this matter is processed. If you have questions, please contact the Bureau's Complaint Intake Section at (517) 241-0205.

Sincerely,

Complaint Intake Section
Investigations & Inspections Division
Bureau of Professional Licensing

*September 16, 2024*



**Exhibit Y: Cyberbullying and Harassment**

*On or around July 17, August 1, and August 8, 2022, the Defendant Danielle Robertson filed 35 fraudulent copyright claims against the plaintiff's YouTube channels "UNWINEWITHTEDDY and RunTellThatToo," impersonating YouTuber NoseyHeauxLive, and falsely claiming ownership of the plaintiff's content.*

Sun  Jul 17  2022 at 10 19 PM

▶ YouTube

Hi UNWINEWITHTEDDY,

Due to multiple copyright strikes associated with the videos below. your YouTube account has now been disabled:

**Video title:** VINTAGE #NOSEYHEAUXLIVE | I KNOW A THING OR TWO ABOUT A SugarDADDY Oops! | #SHORTS | UNWINEWITHTEDDY
**Video url:** https: www.youtube.com watch?v=DC7J7_ovG_s
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | I'M BEING MESSY LET ME SHOW YOU HOW TO POP IT! | #SHORTS | UNWINEWITHTEDDY
**Video url:** https: www.youtube.com watch?v=POGmZR0pw_A
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | MY MOTHER WROTE ME A LETTER I'LL NEVER FORGET | #SHORTS | UNWINEWITHTEDDY
**Video url:** https: www.youtube.com watch?v=71IfmfmgeCE
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | CHILD FREE & DON'T HAVE TO BUY SCHOOL SUPPLIES | #SHORTS | UNWINEWITHTEDDY
**Video url:** https: www.youtube.com watch?v=TcQOoxHgE80
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

86

**Video title:** VINTAGE #NOSEYHEAUXLIVE | "PULL CLOSE" "YOU KNOW I LIKE TO DRAG A B!TGH" | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=o2a-SexNq2C
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** NOSEY HEAUX LIVE featuring JAGUAR WRIGHT | Trailer | VINTAGE TEA COMING SOON! | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=sWOcOg78Fdk
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | NEW BOO Oops! | YOU NEVER KNOW WHAT I'M DOING | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=xsQ8kxK_n8U
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | DEAR NOSEY WHAT SHOULD I DO? | LEAVE HIM? | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=9PA1vnFaw00
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | NAPPY HAIR AND I DON'T CARE | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=AKr1yBN6NhI
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | I STILL HAVE EDGES | NOT BALD HEADED LIKE YOU | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=WRdv-b7SraM
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

87

**Video title:** VINTAGE #NOSEYHEAUXLIVE | I SERVE FACE...SERVING FACE | YOU JUST MAD! | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=uFp2lv_dy_M
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | MY LIP COLOR IS MAC | "FEELS SO GOOD" | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=vFYYqDNvasU
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | GETTING HOT PINK NAILS and BEING EXTRA Oops! | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=5Eq4azd7DT4
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** #YouTube Drama | VINTAGE NOSEY HEAUX LIVE | SHARRELL'S WORLD | ALL ABOUT THE LIES Pt. 2
**Video url:** https://www.youtube.com/watch?v=FrSVskNjRG0
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | CHILDREN ARE TOO NEEDY | JUST LEAVE ME ALONE | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=aJuXvgSGVQE
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | "PEOPLE DON'T ALWAYS LIKE WHAT I SAY" BI@H BYE | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=dbWXLaAwaBU
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**August 8, 2022, the defendant impersonates NoseyHeauxLive as Tiffany Green during an email exchange between plaintiff and defendant:**

*Here: The plaintiff emails NoseHeauxLive's Impersonator Tiffany Green requesting a retraction of copyright strikes. Tiffany Green aka Defendant Danielle Robertson responds: "I will not retract my claims because you didn't have permission to use Nosey Heaux Lve LLC content. You also lied in your counter notification to YouTube because you didn't transform the content under fair use. Filing fraudulent DMCA counter notifications is illegal."*



**August 8, 2022, the defendant creates an alias "Malcom Smith."**

*Here: The Defendant Danielle Robertson submits a fraudulent counter notification acting as Malcom Smith, and impersonating plaintiff's YouTube account, by using plaintiff's full legal name, and account information. Defendant's action caused YouTube to reject plaintiff's counterclaim, and no longer be able to assist in the matter.*



89

**Exhibit Z: Cyberbullying and Harassment**

*Between September 6, 2023 and December 27, 2023, the defendant submitted more than 100 fraudulent copyright claims, falsely impersonating French author Sybille Titeux de la Croix. These claims targeted the plaintiff's channel avatar and videos featuring the image, leading to the termination of both UNWINEWITHTEDDY and RunTellThatToo YouTube channels. This disruption caused significant financial loss and emotional distress to the plaintiff.*



SYBILLE TITEUX DE LA CROIX







90

*Just some of the many plaintiff's videos were removed by YouTube, after the defendant impersonated Sybille Titeux De La Croix and filed fraudulent copyright claims against the plaintiff's YouTube Channel "UNWINEWITHTEDDY."*

**Video title:** YouTubeDrama | "TIC TOC TIC TOC" Let's Go! | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=BdCvvxVyQ0w
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | "TIC TOC TIC TOC" | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=YzIQnvdMWaw
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | BREAKING! PRESIDENT JOE BIDEN TEST POSITIVE FOR COVID 19 | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=hpkUdDo9mDE
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | "TIC TOC TIC TOC" Let's Get to 500 Subscribers! | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=kM4cz3m2MLY
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | "DID YOU MAKE THE LIST TOO?" | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=Dy3eMzRrwrg
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

91

**Video title:** YouTubeDrama | IT'S HUMP DAY. LUNCH IS ON ME | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=ZwbScl_me1Q
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | "HAVE LUNCH ON ME!" Music and Celebrity News | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=_2KXAvKwrFI
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | "ONE LITTLE, TWO LITTLE THREE LITTLE..." | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=bdZvrZiailQ
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

**Video title:** YouTubeDrama | FRIDAY AFTERNOON "I'LL BUY LUNCH" | RunTellThatToo
**Video url:** https://www.youtube.com/watch?v=gR9BgobuPBk
**Content used:** Miss Davis
**Removal request issued by:** Sybille Titeux de la Croix
**Contact info:** sybilledelacroix@outlook.com

This means that your video can no longer be viewed on YouTube.

## You received a copyright strike

You now have **3 copyright strikes**. As a result, your channel is scheduled to be terminated in 7 days.

92

**Exhibit A1: Cyberbullying and Harassment**

*On March 02, 2024, the defendant filed a fraudulent copyright claim against the plaintiff with the*

*CCB to create a "paper trail."*



**COPYRIGHT CLAIMS BOARD**

**Docket number:** 24-CCB-0070
**Filed date:** 03 02 2024 06:22 PM EST

## United States Copyright Claims Board

| Danielle Robertson | | Sybrena Evans Kenan |
|---|---|---|
| CLAIMANT | F. | RESPONDENT |

### CLAIM

**Payment status**    $40 (success)

**Type**    A claim for infringement
A claim for misrepresentation under 17 U.S.C. 512(f)

**Would you like to proceed as a "smaller claims" proceeding (including the $5,000 monetary limit) instead of the standard CCB small claims proceeding?**    Yes

**Claimant**    **Name**

Danielle Robertson

**Address**

8 The Green, STE A
Dover, DE 19901

**Email**

Danimontana2022@gmail.com

**Phone**

860-864-0027

Authorized representative information

Page 1 / 6

Danielle Robertson

*On March 24, 2024, the defendant posted the fraudulent complaint against the Plaintiff with the CCB to her website (ICANTICANT.COM) to create a "Paper Trail."*



94

**Exhibit B1: Cyberbullying and Harassment**

*On October 18, 2024, YouTube reinstated 13 videos after determining the Defendant's copyright claims were invalid.*







## Exhibit C1: Cyberbullying and Harassment

*Following the defendant's failure to respond to YouTube's request for precise identification of the allegedly copyrighted work, her account was terminated.*





97

**Exhibit D1: Cyberbullying and Harassment**

*Following the termination, the defendant retaliated by "porn bombing" the plaintiff's YouTube channel, RunTellThatToo.*



**Exhibit E1: Cyberbullying and Harassment**

*On February 16, 2023, the defendant published a YouTube video titled "Breaking News: Bundy's Divorce and Skate Rink Lawsuit" to cyberbully and harass the plaintiff. The plaintiff's divorce documents were also published to (ICANTICANT.COM) This video violated the plaintiff's privacy and incited the defendant's followers to post defamatory content, resulting in a surge of online harassment.*





99

**Exhibit F1: Cyberbullying and Harassment**

*The defendant used social media platforms, including impersonation accounts on Twitter, to publish false allegations against the plaintiff. These posts portrayed the plaintiff as mentally unstable, using horror movie imagery to depict her as a dangerous stalker or killer, creating the false impression that she poses a threat to others. These actions further incited harassment and targeted attacks against the plaintiff.*



**Exhibit G1: Cyberbullying and Harassment**

*In February 2023, the defendant publicly declared her intent to destroy the plaintiff's*

*professional and personal reputation through intimidation, online cyberbullying, threats, and*

*harassment.*







101

**Exhibit H1: Impersonation of Others to Commit Fraud**

*On or around March 9, 2023, the defendant, impersonating Danielle Elizabeth Allen, filed nine fraudulent privacy violation claims against the plaintiff on YouTube, falsely alleging privacy law violations and attempting to create a deceptive paper trail.*



**Exhibit I1: Impersonation of Others to Commit Fraud**

*On March 12, 2023, YouTube rejected the defendant's privacy complaints against the plaintiff concerning photos.*



102

**Exhibit J1: Impersonation of Others to Commit Fraud**

*On March 12, 2023, YouTube denied Defendant Danielle Robertson's privacy complaints, confirming the content did not violate its privacy policies and would remain on the platform.*



**Exhibit K1: Impersonation of Others to Commit Fraud**

*On or around March 13, 2023, The Defendant, Danielle Robertson, later admitted to filing a false privacy complaint impersonating Danielle Elizabeth Allen. In her submissions to YouTube. She acknowledged knowingly falsifying legal documents.*



Dani Robertson Falsifying Privacy Complaints.mp4

103

**Exhibit L1: Impersonation of Others to Commit Fraud**

*The defendant's fraudulent privacy claims to YouTube, impersonating Danielle Elizabeth Allen, contradict her own statements in a March 4, 2023, video titled "HEAR HER TV, MOMMY BITER MESSAGED ME! I GUESS JAGUAR WRIGHT CONTENT DRIED UP. THE BIRD BRAIN," posted on her channel For The Basics.*



104

**Exhibit M1: Conspiracy to Commit Fraud and Cause Emotional Distress**

*On October 14, 2023, Defendant Danielle Robertson created a "Change.org" petition falsely accusing Plaintiff Sybrena Evans of unethical behavior, collaborating with a violent criminal, and supporting physical harm, damaging her professional reputation as a Physician Assistant.*



**Exhibit N1: Conspiracy to Commit Fraud and Cause Emotional Distress In her** *November 4, 2023, YouTube video titled "WHO IS DANIELLE ELIZABETH ALLEN! SYBRENA'S PETITION! TEDDY BUNDY'S OBSESSION! BLACK TEA SECTOR DRAMA," the defendant, Danielle Robertson, falsely portrays the plaintiff as a dangerous stalker, defaming her professional character and promoting a defamatory Change.org petition.*



**Exhibit O1: Conspiracy to Commit Fraud and Cause Emotional Distress**

*On February 10, 2023, Defendant Danielle Robertson posted the plaintiff's late brother's obituary on her YouTube channel "For The Basics" and later in another video, "Step Into The Bad Side." The defendant falsely accused the plaintiff of causing her brother's death, even suggesting murder, causing severe emotional distress.*



106

**Exhibit P1: Conspiracy to Commit Fraud and Cause Emotional Distress** *On February 27, 2024 the Defendant collaborated with the PPO petitioner, acting as her proxy, to file a false PPO request to the court. The petitioner's language and accusations closely align with the Defendant's rhetoric, strongly indicating that Danielle Robertson either authored or heavily influenced its content.*



107

<table>
<tr><td></td><td>Petition for Personal Protection Order<br>(Nondomestic)</td></tr>
<tr><td></td><td>Case No.</td></tr>
</table>

### STATEMENT OF FACTS

4. (Continued)

The parties' relationship is as follows. The respondent Michigan Physcians Assistant.
She is a elderly woman who runs a drama/messy channels on youtube and other social media websites.
We do not know each other except on social media.

——— Incidents ———

a. One incident of stalking or other threatening behavior by Sybrena Kenan Evans occurred on or about Starting in 2022 till current 2024 she has been harassing me online via her social media channels at the following location The incidents all have occured online on her social media accounts.
At that time, Sybrena Kenan Evans said or did the following: I am seeking a restraining order against Sybrena Evans due to her continuous cyberstalking activities directed towards me. Sybrena operates various online platforms, including RunTellThatToo and UnWineWithTeddy, through which she and her followers have engaged in cyberstalking and attempted intimidation, including threats of exposure. This harassment has persisted since 2022, despite my explicit requests for her to cease contact. Evans has escalated her threats into actions by disseminating false information about me to a broad audience, revealing personal details that compromise my safety, and inciting her audience against me, which has resulted in further harassment.
Evans has utilized her platforms to target me directly, tagging me in numerous videos to ensure I receive notifications of her derogatory comments. These tags represent unwanted attempts to communicate with me and serve as a method for her to continue her harassment. The frequency of her attacks, including video posts designed to bully, harass, and intimidate me, occurs at least twice a week since the initiation of her campaign in 2022.
Her relentless harassment spans across multiple social media platforms, where she not only stalks my activities but also records them to fabricate and spread false narratives. Evans has also subjected me to public ridicule concerning my appearance, particularly my weight, encouraging her followers to partake in this behavior across social and digital spaces.
Given that Sybrena Evans is a licensed physician assistant, her refusal to respect my desire for no contact and her choice to engage in cyberstalking are particularly concerning. Her professional background contrasts sharply with her behavior towards me, highlighting the need for legal intervention to halt her actions. As her attempts to harass me have not ceased voluntarily, I am compelled to request a restraining order to address this issue through legal means and to restore my peace of mind both online and offline.
I can provide proof of harassment with audio and screenshots. .
I know the Respondent was responsible for the behavior because. I know Sybrena Evans was responsible for this behavior because she livestreamed it online to her subscribers. .
As a result of this incident I felt I feel harassed, dogpiled, and fearful for the safety of my children because she is actively looking up my information attempting to doxing me to her subscribers. Even though alot of information is public record Sybrena Kenan Evans acting with malice and wanting harm to come to me and my children. .
There were witnesses to the incident.

b. Another incident of stalking or other threatening behavior by Sybrena Kenan Evans occurred on or about Another incident occurred on or about January 2024, she went on her livestream after attempting to dox me to audience via another womans chapter 7 information. Stated she is actively looking for my personal identifiable information (PII) at the following location: The (continued on next page)

Statement of Facts
Page 1

108

|  |
| --- |
| Petition for Personal Protection Order (Nondomestic) |
| Case No. |

## STATEMENT OF FACTS

4. (Continued)

incident occurred on her youtube channel unwinewithteddy bundy and I have the audio. .

At that time, Sybrena Kenan Evans said or did the following: About 3- 5 months ago (and I have the audio for this) Syorena Evans was on her youtube channel harassing and doxing another youtuber, stated that she had pages and pages of information on me. In another video around that time she stated she would expose it. The Jan 2024 she actually pulled up the document that she thought was my information and started to read information from it as a way to intimidate me. She told her audience that was my information. I went online and found the information and it was not my information. The last 4 of the ss of the person is not mine. The husband listed is not my husband, the children listed are not my children  So debunked what she put out to my audiance and to bring awareness of her attempting to dox me.

Then she went back online and told her audiance that I said she got the information wrong and that she doubt it is wrong. One her subs stated "but teddy you have the recipts" and Sybrena agreed with the subscriber, even though she has the wrong Keva Williams. She admitted that we have the same document.

The fact that she is searching high and low for my information is alarming. I can imagine of she got ahold of the correct information with my childrens information. I feel they would be in danger due to her unhinged behavior and relentless obessing over me.

She even tried to justify her actions and stated that I didnt deny I had a chapter 7 to imply she must be right.

Her behavior is very alarming consider she is PA and has access to certain medical systems that can give her people personal information. It leads me to think she may use her medical systems to attempt to find out my information as she has already shown she is actively looking for me online.

Again to reinerate. Sybrena operates various online platforms, including RunTellThatToo and UnWineWithTeddy, through which she and her followers have engaged in cyberstalking and attempted intimidation, including threats of exposure. Also when you address her she plays victim and says she is being bullied. This is a sick tatic of hers to garner sympathy from her subs and fuel her to keep harassing me.

The constant tagging me in her videos is a indirect way to "talk" to me even though I have her blocked on social media, you only can block comments on youtube. You can still "@" , tag and hashtag a person to get their attention. This is her sick way of intimdation.

I can provide proof of harassment with audio and screenshots. .

I know the Respondent was responsible for the behavior because: I know Sybrena Evans was responsible for this behavior because she posts and livestream her actions on her social media. I seen it with my own eyes on her youtube channel. .

As a result of this incident I felt I feel fearful that my children's safety could compromised because she has access to

certain michigan systems and might use them to get my actual information somehow. She is obsessive with all the tagging me constantly begging for my attention. Then when I verbally defend myself, she plays victim. In my opinion she wanted a intimate relationship with me and due to me rejecting her she has become unhinged. I need Sybrena Kenan Evans to understand that no is no. I dont want to engage with her in any form or fashion. She is a dangerous individual.

There were witnesses to the incident.

c. Another incident of stalking or other threatening behavior by Sybrena  Kenan Evans occurred on or about Another incident occurred on or about Jan 2024  at the following location: The incident occured on her youtube channel.

At that time, Sybrena  Kenan Evans said or did the following: Jan (continued on next page)

Statement of Facts
Page 2

109

Petition for Personal Protection Order
(Nondomestic)

Case No.

## STATEMENT OF FACTS

4. (Continued)

2024 she went live to imbmade me saying she has more information on me that she knows for sure is me. This is ongoing harassment with threats of doxing. .

I know the Respondent was responsible for the behavior because: I saw her say on her youtube channel and I have the audio.

As a result of this incident I felt I constantly worry and feel stressed and unsafe for me and my childrens safety. I am tired of the emotional distress, being terrorized online, frightened, intimidated, threatened, harassed constanly. Sybrena Kenan Evans constantly threatning to expose my personal information is worrisome and dangerous. My goal is to make sure me and especially my children are protected. I know that requesting a PPO is a start to regaining my peace of mind.

Knowing that a Michigan physicans assistant is in the same state as me, has access to certain systems due to her job status, makes me feel sick to my stomach. Its always the thought that she might find some information on myself or my family. I have the audio recording of her diablical sick laugh when she speaks about doxing

I understand about public information and that is is out there for people to see, however when posting someones information is done with malice, and to incite potenital harm to someone & their family, that is doxing or attempted doxing. This is what Sybrena continues to do online, and it has to stop.

With her being a licenced phsicians assistant in Michigan, she has access to certain systems that hold intimate identifying information. Sybrena Kenan Evans in a postion, as physicans assistant to have this a underlying and implied threat to anyone she want to intimadate. Seeing as I have audio of her admitting to trying dox and will keep trying to dox, it is frighting. I have warned my family and others online to beware of her based off the evidence she has posted online because I would feel bad if someone was harmed to due her malicous and spiteful ways.

Her behavior online is harmful to the community and this has gone on way to long. My family and the communty who may run across her, have a right to feel safe from an spiteful elderly woman who delibertaly made drama social media channels to harass, and be in online beef and mess. HER BEHAVIOR UNACCEPTABLE regardless of her age. She is not above the law because of her medical degree age.

I find it appalling that Sybrena Kenan Evans who is a Michigan physicans assistant and almost 70 yrs old is online harassing people.

There were witnesses to the incident.

d. I would also like the court to know: That subscriber told me that Sybrena went behind her paywall and allegedly provided what was presumed to be my information and made all kinds of threats about me. The subscribers who let me know felt me and my kids safety could be compromised.

Her behavior as a PA is concerning and she is also online harassing a pregnant girl. There hundreds of online videos of her harassing people by excessively tagging them as well. She is very sick and demented person and I need to protect my kids. A PPO is the first step to my safety and documenting her continued harassment. I have responded to her multiple times defending my name and debunking her.

However I need legal protection and I feel a PPO is the first step to get help for me and my children. We live in the same state and could possible cross each other. Defending myself and children will be top priority and I dont want to be in that position because of her unhinged behavior I have no idea what her mindset would be if she saw me or me and my children in person.

Statement of Facts
Page 3

110

**Exhibit Q1: Conspiracy to Commit Fraud and Cause Emotional Distress**

*On April 2, 2024, Defendant Danielle Robertson announced an upcoming PPO hearing involving the plaintiff, posting about it on her website (ICANTICANT.COM). In the post, she labeled the plaintiff unethical, accused them of stalking 40 people, compared them to Ted Bundy, and referenced their professional title. Her knowledge of the hearing, 7 days prior, suggests coordination with the PPO petitioner.*



111

**Exhibit R1: Conspiracy to Commit Fraud and Cause Emotional Distress**

*On or around April 27, 2024, the Defendant fabricated a second false PPO and published it on her website, ICANTICANT.COM, presenting it as legitimate to deceive her audience and perpetuate a false narrative. This fraudulent PPO was used to further damage the plaintiff's reputation and create a false basis for defamatory actions.*



112

**Exhibit S1**

November 17, 2025 Defendant's *Exhibit G1 – Original PPO Zoom Image (April 2024 –*

*Recorded by Non-Party).*    Referenced in ECF No.109 (PageID.2302–2303).

Case 5 24-cv-13435-JEL-EAS   ECF No  109  PageID 2302   Filed 11/17/25   Page 13 of 22

Exhibit G1 – Original PPO Zoom Image (April 2024 – Recorded by Non-Party)



November 17, 2025, Defendant's *Exhibit G2 – Cropped Face Extracted From Original (Used*

*in Meme).*    Reference in ECF No. 109 (PageID.2302–2303)

Case 5 24-cv-13435-JEL-EAS   ECF No  109  PageID 2303   Filed 11/17/25   Page 14 of 22

Exhibit G2 – Cropped Face Extracted From Original (Used in Meme)



113

**Exhibit S2**

November 21, 2025 Defendant's *Exhibit G1 – Original PPO Zoom Image (April 2024 –*

*Recorded by Non-Party).*   Referenced in ECF No.114 (PageID.2342–2343).

Case 5 24-cv-13435-JEL-EAS   ECF No 114  PageID 2342   Filed 11/21/25   Page 9 of 18

Exhibit G1 – Original PPO Zoom Image (April 2024 – Recorded by Non-Party)



November 21, 2025, Defendant's *Exhibit G2 – Cropped Face Extracted From Original (Used*

*in Meme).*   Reference in ECF No. 114 (PageID.2342–2343).

Case 5 24-cv-13435-JEL-EAS   ECF No 114  PageID 2343   Filed 11.21'25   Page 10 of 18

Exhibit G2 – Cropped Face Extracted From Original (Used in Meme)



114

**Exhibit S3**

*November 26, 2025 – Defendant Danielle Robertson Email Written Correspondence to the United States Copyright Office Challenging Plaintiff's Pending Copyright Application as Fraudulent.*

(a) Defendant's two-page email to the USCO;



... composite meme that I created. and (2) a still frame extra Michigan PPO virtual court hearing. which she did not fix; did not record, did not author, lawfully acquire.

**1. Summary of the Problematic Copyright Application**
Evans filed Copyright Application No. 1-14583975161, claiming she created an "original phot of herself.
However, the work she submitted contains:
- A cropped still frame from sealed PPO court footage,
- A third-party commercial iStock background,
- And digital edits, assembly, and layout created by me, not her.

Evans did not take the photograph.
In fact, she admits in her federal court filings that:
1. The image was "captured from a video recording" that she did not make, and
2. It was unlawfully obtained, because recording the PPO hearing violates Michigan Com 8.115(C)(3),
3. And a third person—not Evans—took or extracted the image from the court hearing.

Her own exhibits state that the footage is "the property of the State of Michigan Third Judicial Ci Court," and that she did not "create or author this particular still image."
(See ECF No. 104, PageID.1979–2012.)
MAIL 1121
This alone makes her copyright application defective.

**2. Fixation Originated With the Court — Not Evans**
The still frame is not a photograph by Evans. It is:
- A court-created recording,
- Fixed by the Third Judicial Circuit Court,
- Sealed.
- Prohibited from being recorded by any party, and
- Not created, filmed, or authored by Evans.
The official Notice of Hearing warned all participants:

115

**"It is unlawful to record any Court Proceeding."**
**(Complaint Exhibit B, ECF No. 1, PageID.38-39.)**
WPS_ears oer full complaint

Therefore:

- Evans could not have legally obtained the frame,
- Evans could not have legally fixed the frame,
- Evans could not have legally authored the frame,
- And Evans cannot register a still image she neither created nor lawfully pos

### 3. Evans Admits Third-Party Authorship

In addition to admitting the image came from illegally obtained footage, Evans also her filings that:

- She did not record the hearing.
- She did not create the still image,

This destroys any auth...

Being the subject of a recording is not authorship and does not create copyright owners.

### 4. Additional Misrepresentation: Use of a Third-Party iStock Image

The composite meme Evans submitted also includes:

- A commercial iStock background image
- That neither she nor I licensed.
- And which Evans falsely presents as part of an "original photograph."

A work containing third-party elements cannot be registered as her original creation, and disclose this constitutes material misrepresentation under 17 U.S.C. § 411(b).

### 5. Request for § 411(b) Review

Given:

- Evans' admissions that she did not create the image,
- Her admission that the footage was unlawfully obtained,
- Her admission that "someone else" took the still,

1. A § 411(b) material-misrepresentation review
2. Referral to the Register of Copyrights if necessary, and
3. Consideration of the federal court record in whether registration is amend or refund

I can supply certified exhibits or sworn statements if needed.

Thank you for your time and attention to this matter.

Sincerely,

**Danielle Robertson**

116

(b) The USCO's internal response;

**From:** registrationprogramoffice
**Sent:** Thursday, December 11, 2025 1:12 PM
**To:** 'danimontana2022@gmail.com' <danimontana2022@gmail.com>
**Subject:** RE: Request for Review – Potentially Fraudulent Copyright A...
Owned Footage and My Composite Work

We are writing in response to your email, received November 26, 2025, requesting ...
Copyright Office intervene in an application for copyright registration filed by Sybrena ...
...il asserts that this application contains fraudulent information. We have also taken ...
... work or ... submitted with this registration may be at issue in active ...
... ...ern District of Michigan under docket ...

As a general rule, the Copyright Office does not invite, and will not entertain, requests to intervene ... cancel of an ... ...gi... or application by any party other than the claimant named in the certificate of registration. As an office of public record, the Copyright Office does not conduct interference or adversarial proceedings. Likewise, the Copyright Office will not provide legal opin or advice to applicants, copyright litigants, their attorneys, or the general public on matters such as rights of persons in connection with contracts, infringement disputes, or matters of a similar nature C.F.R. § 201.2(a)(3). If there is a dispute between two or more parties, it is the responsibility of ea party to pursue their claims in an appropriate court.

Additionally, the Copyright Office will not adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulator requirements; if it does, it is registered. Even where conflicting claims are received, the Office ma both claims on record if each is acceptable on its own merits. *Compendium (Third)* § 1808.8. It is responsibility of the parties involved in a dispute to pursue their rights in their works. If an applic uses this system to perpetrate fraudulent actives, this is a matter that can only be resolved in an appropriate court of law.

Accordingly, and as stated above, the Office will take no further action regarding your request. W also written to provide the same information, and a copy of this letter to Ms. Evans. This letter is your information only. No reply is necessary.

117

December 11, 2025, letter mailed to Plaintiff from the USCO informing her of the following: "The

U.S. Copyright Office received the enclosed email from Danielle Robertson on November 26,

2025. They contend that registration **1-14583975161,** for a work, or works titled *"Miss Evans"* is

fraudulent, and enumerates several alleged deficiencies…

(c) The USCO's subsequent formal notification to Plaintiff).



December 11, 2025

Evans
1710 Lakeview cr.
Northville, MI 48168
United States

Correspondence ID:

RE: Miss Evans

Dear Sybrena Evans.

The U.S. Copyright Office received the enclosed email from Danielle Robertson on November 26, 20
They contend that registration 1-14583975161, for a work, or works, titled *Miss Evans* is fraudulent, e
enumerates several alleged deficiencies. We have also taken administrative notice that the work or
works submitted with this registration may be at issue in active litigation taking place in the US Distri
Court for the Eastern District of Michigan under docket number 5:24-cv-13435.

**Exhibit S4**

**December 1, 2025** – USPS Tracking Slip Certified Mailing Addressed to Plaintiff  from Defendant Danielle Robertson Origin "Phoenix, Arizona" USPS Facility with Michigan Return Address.

    (a) USPS Tracking Slips dated December 8, 2025 and December 13, 2025.



119

*December 1, 2025* – *USPS Tracking Showing mail addressed to Plaintiff, as 'physically accepted' at USPS Regional **Origin Facility Phoenix, Arizona** Distribution Center, 5:31 pm. Having a Michigan Return Address.  Item was Unclaimed/Being Returned to Sender December 30, 2025, 10:33 am.*



**Exhibit S5**

*December 1, 2025 – United States Copyright Office Refusal Decision for **Application No. 1-14583975161.***



121