UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYBRENA EVANS, *et al.*,

Plaintiffs,

v.

DANIELLE ROBERTSON, *et al.*,

Defendants.

Case No. 24-cv-13435
Honorable Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

**ORDER DENYING AS MOOT MOTIONS TO STAY
(ECF NOS. 115, 125)**

Plaintiff Sybrena Evans moves to stay the Court's ruling on Defendant Danielle Robertson's motion to dismiss pending a decision from the U.S. Copyright Office on her copyright application. ECF No. 115. The Copyright Office refused registration in December 2025. ECF No. 129-1, PageID.2953; ECF No. 131, PageID.2987. Thus, the motion to stay is **DENIED** as moot.

Robertson moves to stay discovery pending resolution of alleged jurisdictional and joinder defects raised in her motions to dismiss. ECF No. 125. But discovery has not yet begun. And the Court has addressed Robertson's jurisdictional and joinder arguments in its report and

recommendation issued along with this order.  This motion is also **DENIED** as moot.

> s/Elizabeth A. Stafford
> ELIZABETH A. STAFFORD
> United States Magistrate Judge

Dated: February 9, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 9, 2026.

> s/Davon Allen
> DAVON ALLEN
> Case Manager

2