UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SYBRENA EVANS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DANIELLE ROBERTSON, *et al.*,<br><br>Defendants. | Case No. 24-cv-13435<br>Honorable Judith E. Levy<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER STRIKING DEFENDANT'S IMPROPER FILINGS
### (ECF NO. 148)

Defendant Danielle Robertson made a filing combining her objections to the Court's March 3, 2026 order (ECF No. 144) with a motion to stay that order pending resolution of those objections.  ECF No. 148.  Under the Court's local rules, "[m]otions must not be combined with any other stand-alone document….Papers filed in violation of this rule will be stricken." E.D. Mich. LR 7.1(i).  Robertson's objections and motion were improperly combined and the filing is thus **STRICKEN**.  Robertson may file corrected objections by **April 3, 2026**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: March 26, 2026

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.