**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Sybrena Evans,

                Plaintiff,        Case No. 24-13435

v.                             Judith E. Levy
                             United States District Judge

Danielle Robertson, *et al.*,

                             Mag. Judge Elizabeth A. Stafford

                Defendants.

_____/

## <u>ORDER DENYING DEFENDANT'S MOTION TO STAY [153]</u>

Before the Court is Defendant "Danielle Robertson's"[1] motion to stay. (ECF No. 153.) In this motion, Defendant asks the Court to stay enforcement of Magistrate Judge Elizabeth A. Stafford's March 3, 2026 order requiring Defendant to show cause by March 24, 2026, why Defendant should not be held in contempt and sanctioned for her defiance of the Undersigned's orders to disclose her legal name and postal address. (ECF No. 144.) Defendant interprets Judge Stafford's order as ordering Defendant to disclose her identity, and claims that requiring her to

---

[1] "Danielle Robertson" is apparently Defendant's alias and not her true name.

disclose her identity would create harm that is "unique and irreversible." (ECF No. 153, PageID.3445.)

But Defendant in both her motion and her reply[2] misunderstands Judge Stafford's order to show cause. Judge Stafford's March 3, 2026 order did not order Defendant to disclose her legal name and postal address. It ordered Defendant to show cause why Defendant should not be held in contempt and sanctioned for her repeated failure to follow the Undersigned's orders. Other orders in this case required Defendant to disclose her legal name and postal address (ECF Nos. 118, 124) and they remain in full force and effect.

As set forth in Judge Stafford's order to show cause,

> Judge Levy twice ordered Robertson to disclose her identity, and Robertson defied both orders. ECF No. 118; ECF No. 124. Although Robertson moved for reconsideration of the first order, Judge Levy struck that motion because it contained a factitious citation. ECF No. 121; ECF No. 124. Robertson thus did not properly appeal Judge Levy's orders and instead chose not to comply.

---

[2] Defendant's reply brief (ECF No. 155) violates Eastern District of Michigan Local Rule 7.1(d)(3)(B), as it exceeds 7 pages. As such, the Court will not consider the reply brief beyond the first 7 pages.

(ECF No. 144, PageID.3209–3210.) And, as explained in Judge Stafford's order, a party's disagreement with a court order is not an excuse to disobey it. (*Id.* at PageID.3212.)

Defendant's motion to stay does not set forth a basis for a stay. It repeats her arguments that disclosing her legal name and postal address would violate the law. (ECF No. 153.) And the relief requested, a "stay [of] enforcement of the identity disclosure requirement," (*id.* at PageID.3446), does not actually address Judge Stafford's order to show cause. Judge Stafford ordered Defendant to "show cause why she should not be held in contempt and sanctioned for her defiance of Judge Levy's orders to disclose her legal name and postal address." (ECF No. 144, PageID.3215.) Defendant's opportunity to ask for an extension or a stay of the identity disclosure order expired months ago. In fact, the deadline for Defendant to reveal her identity has passed multiple times, and it is increasingly clear that Defendant has no intention to obey it.

Defendant's motion to stay is DENIED. (ECF No. 153.) Additionally, the Court notes that Eastern District of Michigan Local Rule 72.2 sets forth, "[w]hen an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and

effect unless and until it is stayed by the magistrate judge or a district judge." As such, the Court declines to extend Judge Stafford's deadline for Defendant to show cause. (ECF No. 144.)

IT IS SO ORDERED.

Dated: May 11, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 11, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager