**Exhibit K-2** (Page 9)

## *Defendant's Counter Notification Response*

- http://www.youtube.com/watch?v=AjCZaPkEODY

Display name of uploader: DANI MONTANA

The alleged infringing content is fully protected under Fair Use as defined by U.S. copyright law (17 U.S.C. § 107). I, Dani Montana, am the creator and owner of the content in question. Any clips used, if applicable, were not taken in their entirety and required significant creative input to produce. These clips were utilized for educational purposes, commentary, and criticism, all of which fall under the Fair Use exception. Fair Use Defense Transformative Use: The content is not a replication of the original but has been extensively transformed with commentary, critique, and original elements that provide new meaning and purpose. This transformative nature is fundamental to Fair Use protections. Limited Use: Only short segments of the original material were used, if any, and these were significantly edited, ensuring that the "heart" of the work was not taken or exploited. Purpose and Nature: The material was used to educate, critique, and discuss, which are core purposes protected by Fair Use. Market Effect: The content does not substitute or harm the market for the original material. Instead, it provides additional commentary, enhancing understanding and discussion. Copyright Ownership If a photograph is at issue, copyright ownership belongs to the photographer, not the subject, unless explicitly transferred. This is a well-established principle in copyright law. Prepared to Defend The video is a creative work, full of original content, extensive commentary, and transformative purpose. I am prepared to present evidence of its originality and transformative nature in court. I can provide documentation of my editing process, the limited use of any third-party material, and the educational and critical intent behind the work. This case falls squarely within Fair Use protections, and I am confident in defending this position.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant

Danielle Robertson

Danielle Robertson
8 The Green STE A
Bend, Oregon 19901
United States

danimontana2022@gmail.com

(860) 864-0028

**Exhibit K-3**

**October 2, 2025 — Termination of Defendant's "Dani Montana" YouTube Channel**

**Channel ID: UC2Wn8u5tIXPUqVhWBua7CEw**

Defendant's YouTube channel, which contained multiple videos featuring Plaintiff's likeness from the closed April 9, 2024 PPO hearing, was terminated by YouTube for repeated violations of YouTube's Community Guidelines, including harassment and cyberbullying.





Dani Robertson (@TruthtellerDani) / X

#DaniRobertson #TruthTellerDani@TRUTHTELLERDANI @DaniRobertson @DANIMONTANATV Join this channel to get access to perks.https://www.youtube.com/channel/UC2Wn8...

Channel ID: UC2Wn8u5tIXPUqVhWBua7CEw

https://m.youtube.com/channel/UC2Wn8u5tIXPUqVhWBua7CEw

156

**COUNT 2 — EXHIBITS**

**Defamation and False Light Invasion of Privacy**

**Exhibit L**

**October 14, 2023 — Defendant's Original Change.org Petition Publication Related Republications (Including Exhibits L-1 Through L-5)**

Screenshot of Defendant's Change.org petition titled "Prohibit Medical Professionals from Cyberbullying, Harassment and Doxxing," originally published on October 14, 2023, displaying Plaintiff's image from the October 3, 2022 police wellness-check incident and containing allegations directed at Plaintiff's personal and professional reputation.



**Exhibit L** (Page 2)

**October 14, 2023 — Defendant's Original Change.org Petition Publication Related Republications (Including Exhibits L-1 Through L-5)**

## Why this petition matters

 Started by DANIELLE ROBERTSON

Cyberbullying, harassment, and doxxing are serious issues that have been on the rise in recent years. It is even more concerning when these actions are carried out by licensed medical professionals, who should uphold a high ethical standard. Unfortunately, there have been increasing reports of such behavior within the medical community (source: American Medical Association). This undermines the trust between patients and healthcare providers and tarnishes the entire profession's reputation. It's time to put an end to this unacceptable behavior by implementing stricter regulations and penalties for those found guilty. We urge regulatory bodies to take immediate action against any medical professional involved in cyberbullying, harassment or doxxing activities.

Physician Assistant Sybrena Kenan Evans of Northville, Michigan, takes pride in her double life. She pretends to be an upstanding citizen in her day-to-day life, but on all of her social media platforms, she harasses, defames, bullies, and doxxes innocent people. Moreover, Evans is obsessed with an innocent person by the name of Danielle Elizabeth Allen, who she claims is harassing her but isn't. Evans has been told by thousands of people that Danielle Allen and Danielle Robertson aren't the same person, but she continues to stalk, bully and harass Allen. Evans has an unhealthy obsession with Danielle Elizabeth Allen and has made hundreds of conspiracy videos to dox, bully and harass her.

This all began when Evans became obsessed with anon YouTuber Dani Robertson, the Avenger, and wanted to take on her online identity. It sounds strange because it is. Evans has created two YouTube channels, one to be an Avenger and the other to copy the name of Dani Robertson's website. Since her unhealthy obsession began, Evans has tried to figure out who Dani Robertson is, and this obsession has led to mass doxxing, bullying, and harassment of innocent people. At this point, Evans has a list of 40 people she harasses, threatens, and bullies. Perhaps a mental illness is causing her behavior? Still, it's unethical behavior, especially since she has access to records and is supposed to be trusted by the public.

Again, Evans has also doxxed, attempted or threatened to dox 40 other people who she stalks online. Further, on social media, Sybrena Evans, PA, constantly defames others by spreading lies and conspiracies. This behavior is unbecoming of a medical professional. Lastly, Evans teamed up with violent criminal Donat Ricketts, who has an active assault and battery case and there was a discussion on Evans channel that included homicidal threats (physical violence) to harm others

Page    2    /    6    —    Q    +

**Exhibit L** (Page 3)

**October 14, 2023 — Defendant's Original Change.org Petition Publication Related**

**Republications (Including Exhibits L-1 Through L-5)**

targets others who are ignoring her and have asked her to cease. Evans is currently under investigation by the Michigan Medical Board.

Please sign this petition to support our cause for a safer online environment within healthcare settings.

You don't have to complete the below steps at once, come back every day to complete a step. Or do as many as you can.

Next steps:

1. Information needed: Sybrena Evans: Business address: ███████████ NORTHVILLE, MI, 48168

2. Email the mayor of Northville, Michigan: brianpturnbull@gmail.com and turnbullformayor@gmail.com

3. Click here to file an anonymous harassment report with the police

4. Email the medical board: LARA-BPLCompact@michigan.gov

5. File a report with the City board of trustees. You can skip everything and just leave feedback at the end of the form, with the asterisk https://www.twp.northville.mi.us/your-government/board-of-trustees/contact-the-board-of-trustees

6. Call the Northville township, Michigan Police department to let them know about her harassing, doxxing and bullying. (248) 349-9400   This way they can be aware of her online activities

7. File an anonymous report with the Michigan Medical board against Sybrena Evans: License number ███████ select the anon option.

8. Share this petition.

9. Thanks for doing your part

⚐ Report a policy violation

🏴 **69 people** signed today



Exhibit L-1

**November 4, 2023 — Defendant's Livestream "Who is Danielle Elizabeth Allen! Sybrena's Petition Promoting October 14, 2023 Change.org Petition**

Screenshot of Defendant Danielle Robertson's November 4, 2023 livestream titled "Who is Danielle Elizabeth Allen! Sybrena's Petition! Teddy Bundy's Obsession! Black Tea Sector Drama," broadcast on the "For The Basics" YouTube channel, promoting and discussing the October 14, 2023 Change.org petition concerning Plaintiff.



WHO IS DANIELLE ELIZABETH ALLEN! SYBRENA'S PETITION! TEDDY BUNDY'S OBSESSION! BLACK TEA SECTOR DRAMA.mp4

**Exhibit L-2**

**December 30, 2023 — Defendant's YouTube Channel "Unhinged With Bundy" Description Republishing Link to October 14, 2023 Change.org Petition**

Screenshot reflecting a December 30, 2023 update to the "Unhinged With Bundy" YouTube channel description stating, "Sign the petition: Sybrena Evans, of Northville Michigan is currently under investigation," followed by a link to the October 14, 2023 Change.org petition.



161

**Exhibit L-3**

**February 5, 2024 — Non-Party Keva Williams' Video Description Soliciting Support for Defendant Danielle Robertson's Change.org Petition Against Plaintiff**

Screenshot of a February 5, 2024 video or online post containing a link to the October 14, 2023 Change.org petition titled *"Exposing A Dangerous Licensed Michigan Physician Assistant Attempting To Dox People."*



**Exhibit L-4**

**March 24, 2024 — Defendant's ICANTICANT.com Posting Republishing Link to October 14, 2023 Change.org Petition**

Screenshot of a March 24, 2024 posting on ICANTICANT.com linking to the October 14, 2023 Change.org petition.



163

**Exhibit L-5**

**March 24, 2024 — Defendant's Livestream Publication Referencing and Promoting October 14, 2023 Change.org Petition**

Screenshot and transcript excerpt from the March 24, 2024 livestream titled "*Black Tea Sector: Open Chat – Late Night Chit Chat*," referencing the October 14, 2023 Change.org petition.



**FORTHEBASICS** 4 days ago

Hey everyone, as stated, I was going to create a PSA petition for Michigan patients and people worldwide to be aware of unethical physician assistants who cyberbully, dox, and harass innocent people. Physician assistants who engage in this type of behavior shouldn't be trusted with records or with patients.            Evans, PA, is currently under investigation with the Medical board. Other officials and agencies are also being made aware of her unethical behavior. After we reach at least 100 signatures, it should show up in Google search results so that everyone searching for her will find this information, forever. Sign the petition here. https://www.change.org/:            :vans

Show less

**Exhibit L-5** (Page 2)

**March 24, 2024 — Defendant's Livestream Publication Referencing and Promoting October 14, 2023 Change.org Petition**

Defendant's Transcript: *"Dani Robertson: Open Chat - Late Night Chit Chat"*

(1:20–1:53; 3:40 – 4:07)

- "You're worried about YouTube and I'm saying that in real life, in reality, the truth about you will be found forever and ever and ever and ever "
- "The petition with 305 signatures will also be ranked soon as well."
- "Oh, sh#t!  Imagine your real life, real name in Google, it just been taken over by somebody else"
- "Now this public record will also come up"
- "You …having a petition with 305 signatures… it's not just Dani Robertson"
- "It's actually 305 signatures of people confirming and cosigning your unethical behavior as a retired Physician Assistant in Northville, Michigan"

— Danielle Robertson

165

**Exhibit M**

**May 26, 2024 — Defendant's Initial Publication of Manipulated PPO Hearing Image in Livestreams "Black Tea Sector and Jag Algorithm SHH Part One" and "Black Tea Sector and Jag Algorithm SHH Part Two"**

This exhibit contains Defendant Danielle Robertson's (alias "Dani Montana") two videos published on May 26, 2024, in which she:

- Displays Plaintiff's likeness from the closed, non-public April 9, 2024 PPO Zoom hearing; and
- Makes repeated false and defamatory accusations that Plaintiff engaged in unethical online conduct as a licensed Physician Assistant.
- Defendant makes multiple hostile, defamatory, humiliating, derogatory and threatening statements toward Plaintiff during livestream.



Black Tea Sector and Jag – Algorithm SHH.mp4

**Exhibit M** (Page 2)

Defendant's Transcript: *"Black Tea Sector and Jag Algorithm SHH Part One"* and *"Black Tea Sector and Jag Algorithm SHH Part Two"*

(15:25 – 16:02)

- "Teddy Bundy, senior citizen, mercy is over, expired Coon. It's about to get real… expiration date. Evans is fearful, so yeah. That's Aisha, my ex-moderator. That was not racially motivated. You are a Coon, to be honest. You're a black Karen."

(31:03 – 34:05)

- "And do you think that your behavior online is great and actually something and a good example of how a physician assistant should act?
- "And you're a licensed Physician Assistant—let's be clear—a licensed physician assistant in Northville, Michigan, and you think that your behavior, how you're acting online, how you're conducting yourself is ethical?"
- "You think that's ethical behavior, Sybrena, or how you're acting online? Yeah, I would not even get on here and say I'm a licensed physician assistant…
- "This is who's behind an avatar, a masculine-looking, stud-looking b*tch, not even— full of testosterone.
- "Look, Sybrena, it's 2024. You don't have to be in the closet anymore. You can actually come out of the closet."

— Danielle Robertson

167

**Exhibit M** (Page 3)

Defendant's Transcript: *"Black Tea Sector and Jag Algorithm SHH Part One"* and *"Black Tea Sector and Jag Algorithm SHH Part Two"*

- "Step on out. Step on out of that closet. It's 2024…and you are over there masturbating to the sound of my voice.
- "Ooh, Dani,Ooh, girl, don't masturbate to me, okay? But yeah, come out the closet."

(42:43 – 43:09)

- "A licensed physician assistant here in Michigan … you think that behavior is ethical online?"

(53:41 – 54:57)

- "And Bundy, you look hella masculine"
- "Let's not play, let's not play no games here… I like Keva, she's my friend."

(1:29:29 – 1:29:48)

- "I already knew that I would post that video of Bundy"
- "I already knew all of this ahead of time…"
- "I am willing to take accountability for any consequences or any backlash or anything else..to be honest…It is what it is."

— Danielle Robertson

168

**Exhibit N**

**February 20, 2024 — Defendant's Published Statements Alleging Plaintiff Engaged in Alcohol Abuse and Inappropriate Conduct During Livestreams While Encouraging Reports to Michigan LARA and the Medical Board Regarding Alleged Substance Abuse and Mental Health Issues**

On the same day following the publication, Plaintiff's counsel was notified by email of Defendant's social media post encouraging viewers and listeners to submit complaints and reports to Michigan LARA concerning alleged alcohol abuse, substance abuse, and mental health issues involving Plaintiff.



**Exhibit N-1**

**February 20, 2024 — Plaintiff's Notification to Counsel Regarding Defendant Dani Robertson's Statements Encouraging Listeners to File False Reports to Michigan LARA**





**Exhibit O**

February 23, 2023 — Defendant's Original Livestream Publication of Plaintiff's Michigan

Divorce Documents on the "Dani Montana" YouTube Channel and ICANTICANT.COM





**Exhibit O-1**

**March 1, 2024 — Defendant's Republication Announcement of Divorce-Related Livestream**

Defendant repeatedly republished targeted imagery and accusatory content portraying Plaintiff in a hostile 'wanted'-style format while associating Plaintiff with alleged misconduct and public ridicule."

Screenshot of Defendant's March 1, 2024 YouTube post announcing a livestream rebroadcast of Plaintiff's divorce-related materials. Date authentication reflected in Exhibit



172

**Exhibit O-2**

**March 1, 2024 — Defendant's Livestream Republication of Divorce Documents**

Screenshot from Defendant's March 1, 2024 livestream on the "Dani Montana" YouTube channel displaying Plaintiff's divorce documents. The screenshot reflects "March 1 at 9:30 AM" on the video banner, confirming date of republication.



173

**Exhibit O-3**

**March 1, 2024 — Defendant's Livestream Clip Integrating Divorce Materials with Professional Misconduct Allegations**

Screenshot from Defendant's March 1, 2024 divorce-related livestream at timestamp 1:44:49 showing playback of a clip from Third-Party PPO Petitioner Williams stating, "Beware of The Michigan Doxing Physician Assistant," tying the divorce broadcast to allegations concerning Plaintiff's medical license.



174

**Exhibit O-4**

**March 1, 2024 — Defendant's ICANTICANT.com Website Posting Linking to Divorce Documents**

Screenshot of Defendant's March 1, 2024 posting on ICANTICANT.com republishing or linking to Plaintiff's divorce-related court documents.



175

**Exhibit O-5**

**March 1, 2024 — Defendant's Cross-Platform Promotion on X Announcing "Black Tea Sector: Teddy Bundy's Divorce" Livestream**

Screenshot of Defendant Danielle Robertson's March 1, 2024 post on X (formerly Twitter) promoting the YouTube livestream titled *"Black Tea Sector: Teddy Bundy's Divorce."*



176

**Exhibit P**

**April 8, 2023 — Defendant's Creation and Distribution of Explicit Deepfake Pornography Impersonating the Plaintiff**

Included as Background Evidence of Defendant's Pattern, Motive, and Malice

On April 8, 2023, Defendant created and distributed explicit deepfake pornography impersonating Plaintiff through a fabricated "OnlyFans" account linked to a Docdroid.net file. The deepfake image was generated from police body camera footage obtained during an October 3, 2022 wellness check.

Defendant stated:

> "Sybrena corn star, heavy headed evans will be popular on all the amateur
>
> corn sites. I can make you a celebrity overnight. There goes her legacy OOP!"

— Danielle Robertson





177

**Exhibit P-1**

**May 31, 2024 — Defendant's Livestream "Black Tea Sector: Jaguar Wright 'If It's Up Then It's Stuck'"**

Defendant admitted to creating a deepfake image by placing Plaintiff's face — cropped from the unlawfully recorded April 9, 2024 PPO hearing — onto another person's body. In the video Defendant stated:

> "There's one picture of her with her head on a body that's not her body. I put her head on this one body. That's the only thing that's fake, everything else is real… She got unhinged by it and that was the point."

— Danielle Robertson



On the following Page, Exhibit P-2 contains the actual deepfake image described by Defendant in her May 31, 2024 video. In that video, Defendant admitted to placing Plaintiff's face — cropped from the unlawfully recorded April 9, 2024 PPO hearing — onto another person's bod

178

**Exhibit P-2**

**June 22, 2024 — Defendant's Sexually Suggestive Post on "Unhinged with Bundy" YouTube Channel Created Using Plaintiff's Image From April 9, 2024 PPO Hearing**

On June 22, 2024, Defendant posted on her "Unhinged with Bundy" YouTube channel (now defunct) a sexually suggestive deepfake image created from a cropped screenshot of Plaintiff taken from the closed April 9, 2024 PPO hearing.



"I have no choice but to retaliate and respond…"

— Danielle Robertson

179

**Exhibit P-3**

**May 5, 2022 — Defendant's False Light Publications and Serial Killer Portrayals "Single Black Female" / "Teddy Bundy" Series**

Beginning on or about May 5, 2022, Defendant Danielle Robertson published and promoted a series of videos and online content falsely portraying Plaintiff as a dangerous, psychopathic serial killer and violent individual, including repeated use of the defamatory nickname "Teddy Bundy." These publications are included as historical background and evidence of Defendant's ongoing false-light narrative, malice, and continuing course of conduct.

 

Defendant Robertson used a photograph of serial killer Ted Bundy alongside Plaintiff's image.



**Exhibit P-4**

**April 9, 2023 — Defendant's False Criminal Narratives and "Unsolved Michigan Cold Cases" Publications**

On or about April 9–10, 2023, Defendant published content titled "Unsolved Michigan Cold Cases" falsely associating Plaintiff with stalking, violent criminal activity, and homicide-related insinuations. These publications are included as historical background and evidence of Defendant's continuing malice, motive, and pattern of false and damaging portrayals against Plaintiff.

*"Unsolved Michigan Cold Cases: UNWINEWITHTEDDY Follows Black Victim True Crime Story"*

Episodes 1



Episode 2



**Exhibit P-5**

**August 21, 2022 — Defendant's publication from "Public Awareness To Medical Malpractice" Twitter/X Account Containing False Medical Malpractice Allegations Against Plaintiff**

On or about August 21, 2022, Defendant Danielle Robertson created and/or utilized the Twitter/X account titled "Public Awareness To Medical Malpractice" to publish false statements concerning Plaintiff Sybrena Evans Kenan, including allegations falsely asserting that Plaintiff had been found guilty of medical malpractice. These publications are included as historical background and evidence of Defendant's continuing narrative, malice, and pattern of attacks directed toward Plaintiff's professional reputation and standing as a licensed medical professional.



182

**Exhibit P-6**

**May 5, 2022 — Defendant's Social Media Publications and Impersonation Content**

**Portraying Plaintiff as Dangerous and Mentally Unstable**

Defendant Danielle Robertson utilized social media platforms, including alleged impersonation accounts and websites using Plaintiff's legal name, to publish false allegations concerning Plaintiff. These publications portrayed Plaintiff as mentally unstable and dangerous, including through the use of horror-themed imagery depicting Plaintiff as a stalker or killer. The publications are included as historical background and evidence of Defendant's ongoing false-light narrative, malice, and continuing course of conduct.



183

**Exhibit P-7**

**February 10 – 11, 2023 — Defendant Danielle Robertson's "Dani Montana" Statements**

**Concerning Intent to Damage Plaintiff's Personal and Professional Reputation**

In or around February 2023, Defendant Danielle Robertson made public statements expressing

her intent to damage Plaintiff's personal and professional reputation through intimidation,

harassment, threats, and cyberbullying.





Defendant's Transcript: *"Step Into The Bad Side"*

(Defendant Refers to "Dani Montana" Persona)

- " I'm Dani "mfk*** Montana…I have no mfk*** limits"

- "You're gonna really feel it in your real life on YouTube and offline"

- "Anytime your name is looked up, it is going to be something negative"

- "Let's be clear…your legacy is going to be in my hands"

- "Trust me Sybrena, I know your family tree, right?  Didn't I call your nephew?

- "I'm going to make sure your legacy is ruined"

- "Who gon mfk*** check me?  I'll wait"

— Danielle Robertson

184

**Exhibit P-7 (Page 2)**

**February 10, 2023**

Defendant's Transcript: *"Step Into The Bad Side"*

(Defendant Refers to "Dani Montana" Persona)

Defendant's statements expressing intent to damage Plaintiff's personal and professional reputation through intimidation, harassment, threats, and cyberbullying.

(Included as background evidence of Defendant's ongoing malice and course of conduct.)



**February 11, 2023**

Defendant's Transcript: *"The Lies and Hypocrisy Continue It's The Playing Victim for Me"*

(Defendant Refers to "Dani Montana" Persona)



185

**Exhibit P-8**

**December 30, 2023 — Defendant's "Wanted" Style Publication Portraying Plaintiff as Dangerous**

On or about December 30, 2023, Defendant Danielle Robertson published a "wanted"-style image portraying Plaintiff as dangerous and warning viewers to "approach with extreme caution." The publication additionally referenced Plaintiff in connection with *"Craziest Mugshots of 2023"* and included derogatory commentary accusing Plaintiff of intoxication and instability during livestreams.

(This publication is included as historical background and evidence of Defendant's ongoing false-light narrative, malice, and continuing course of conduct).



## Exhibit Q

## May 31, 2022 — Plaintiff's Cease-and-Desist and Retraction Letter Sent Through Counsel to Defendant

**DEAN & FULKERSON**
ATTORNEYS AND COUNSELORS
PROFESSIONAL CORPORATION

SUITE 600
100 WEST BIG BEAVER ROAD
TROY, MICHIGAN 48084-3258

WEB SITE   WWW.DFLAW.COM

TELEPHONE (248) 362-1300
FACSIMILE (248) 362-1358

May 31, 2022

DaniRobertson2021@Gmail.com
Dani Robertson
2600 NW College Way
Bend, Oregon 97703

RE:   Sybrena Evans
       Sybrena Kenan & Associates, Inc.
       UNWINEWITHTEDDY (USPTO Registration # 6673376)

Dear Ms. Robertson:

This office represents Sybrena Evans and Sybrena Kenan & Associates, Inc. d/b/a Unwinewithteddy. You show know that my client has a registered trademark (U.S. Reg No. 6673376) for "UNWINEWITHTEDDY" and an application for trademark pending for "RUNTELLTHATTOO" (U.S. Serial No. 97354113) and it has been brought to our attention that your website www.messydani.com and youtube.com/c/DaniRobertson/about channel have been improperly using the names UNWINEWITHTEDDY and RUNTELLTHATTOO. My client provides entertainment services delivered by website, internet and online platforms. My client's federal registration of this trademark provides them with certain proprietary rights and this includes the right to restrict the use of the mark, or a confusingly similar mark, in association with confusingly similar services. My client's marks serve an important and distinctive representation of the origin of their services as well as goodwill. State and federal law supports my client's position that your confusingly similar use of my client's names or similar names are causing confusion among consumers. This confusion is causing substantial harm to the trademark by facilitating a loss of its effectiveness in establishing a distinct association between it, my client's services, and my client's goodwill. Your unauthorized use of my client's trademarks are an infringement in violation of various laws including the US Trademark Laws, 15 USC §§ 1114 and 1125.

My client considers your use of "Unwinewithteddy" and "RunTellThatToo" to be confusingly similar to its mark. Due to these concerns, and because unauthorized use of their federally registered trademark amounts to an infringement of my client's trademark rights, my client requires that you cease and desist in any further use of Unwinewithteddy and Runtellthatto or similar names in association with the marketing, sale, distribution or identification of your services on You Tube, on websites or other locations. In addition, my client is demanding compensation for the damage already done.

187

**Exhibit Q** (Page 2)

## May 31, 2022 — Plaintiff's Cease-and-Desist and Retraction Letter Sent Through Counsel

## to Defendant

Robertson Letter
May 31-2022
Page 2

Please respond by letter indicating your intention to cease and desist the use of the mark "Unwinewithteddy" or "RunTellThatToo" or any confusingly similar trademark, within 15 calendar days. We hope that this issue may be resolved this way so we can avoid any further legal remedies as provided by law and the U.S. Trademark Act including further monetary damages.

My clients are also the copyright owner of videos that you are displaying as your own and My client has evidence that you are infringing upon the use of my client's work by displaying the same image on your website and your You Tube pages:
https://www.youtube.com/c/TRUTHTELLERDANI
https://www.youtube.com/channel/UCzorPExuCivQzMW7vJD1sMg
These videos depict work performed by my client so your use not only violates improper use of the videos, but also misleading as to the source of the work. Your continued use of my client's work product and images is an infringement of my client's copyright and a violation of 17 USC §501.

On behalf of our client, we demand that you immediately cease and desist from using and/or displaying the videos as well as any other videos that you obtained from my client's work. Please immediately agree in writing within the next fifteen (15) days as to your removal of the offending images. If we have not received your affirmative response indicating that you have fully complied with these requirements, we will advise our client of all of its legal remedies including an action for an injunction and for damages allowed by statute.

My client is also considering legal action against you for making unwanted and defamatory attacks against my client and publishing such false information on You Tube and the internet as well as to others. You have published willfully false and misleading comments about my client *that* are defamatory under applicable law. Immediately cease and desist in publishing defamatory statements about my client and remove all defamatory material that you have posted on the internet about my client as to all locations on the web and otherwise. Please note that this law firm does not attempt to restrict legitimate free speech. Your activities, however, unlawfully encroach upon my client's rights. Should you refuse to comply with our demands by June 14, 2022 we will have no choice but to recommend that our client consider and pursue any and all legal remedies available at law and equity.

This letter is your one and only chance to resolve this matter amicably. Additionally, please be aware that our law firm owns the copyright to this letter and you are not authorized to publish this in any manner. Use of this letter in posting, in full or in part, will potentially subject you to further legal action. This letter is without prejudice to my client's rights and remedies, all of which are reserved.

Respectfully,

DEAN & FULKERSON, P.C.

Robert J. Figa

**COUNT 3 — EXHIBITS**

**False Police Reports, Fraudulent Regulatory Complaints, and Related Republications**

**Exhibit R**

**October 3, 2022 – October 13, 2022 — Police Wellness Checks, Police Reports, Body-Camera Footage, and Related Publications**

**October 3, 2022 — Initial Police Report and Body-Camera Footage (Incident No. 22-28031)**

 Wellness check allegedly initiated through impersonation of Plaintiff's relative, "Stacey Evans," and false allegations concerning Plaintiff's mental health.

**October 13, 2022 — Original Livestream Publication of Police Report and Body-Camera Footage (Incident No. 22-28031**

On October 13, 2022, Defendant Danielle Robertson published a livestream titled *"My Stalker Teddy Bundy: Police Footage"* broadcasting police body-camera footage and a police report relating to an October 3, 2022 wellness check (Incident No. 22-28031). Non-Party Keva Williams appeared during the livestream, and her YouTube banner was displayed on-screen.



190

Exhibit R (Page 2)



Responding officers recorded police body-camera footage of Plaintiff at her residence, including footage capturing Plaintiff in a bathrobe, following an October 3, 2022 wellness check (Incident No. 22-28031) allegedly initiated through false allegations concerning Plaintiff's mental health and impersonation of Plaintiff's relative, "Stacey Evans."



June 13, 2023 — Police Report and Body-Camera Footage (Incident No. 23-15558)

Plaintiff alleges that Defendant made a second wellness check against me, posted content online to monetize and profit off of abuse and defamatory and abusive false allegations concerning mental instability.

191

**Exhibit S**

**June 15, 2023 — Police Report and Body-Camera Footage (Incident No. 23-15718)**

Plaintiff alleges that Defendant impersonated a neighbor and submitted false allegations of animal cruelty and abuse concerning Plaintiff, resulting in police and animal-control response materials and an additional wellness-check-related visit to Plaintiff's residence. Plaintiff further alleges that these accusations caused emotional distress and contributed to a false and damaging portrayal of Plaintiff.

Defendant's public statement following the animal-control visit:

> "The owner of this dog keeps it locked in the kennel in a basement and doesn't properly take care of it."

— Danielle Robertson



**Exhibit S** (Page 2)

**June 15, 2023 — Police Report and Body-Camera Footage (Incident No. 23-15718)**

Defendant's statement in another post following the animal control visit she initiated:

- "Put down the liquor and take care of your neglected doggy. I'm concerned about the dog's well-being because his owner is an alcoholic."

- "Bundy told the police that online is affecting her 'lifestyle' because they saw the condition of her home through her window when she stuck her dog out the window."

- "She's not keeping up with things properly due to her obsession with the internet. Priorities Bundy priorities."

— Danielle Robertson



193

**Exhibit T**

October 13, 2022 — Defendant's Original Livestream Publication of Plaintiff's Police Wellness Check Report and Body-Camera Footage (Incident No. 22-28031) and Subsequent Republications





**Exhibit T-1**

December 30, 2023 – Defendant's Extended Livestream Republishing October 2022

Police Wellness Check  and Body-Camera Footage

Defendant's Livestream: "*The Life of Retired Physician Assistant Sybrena K*"



195

## Exhibit T-2

## December 30, 2024 – Plaintiff's First Privacy Complaint Submitted to YouTube Requesting Removal of Wellness Check and Body-Camera Footage



**Exhibit T-3**

**January 1, 2024 – Defendant's Extended Livestream Republishing October 2022 Police**

**Wellness Check and Body-Camera Footage**

Defendant's Livestream: "*The Case Of The Neighborhood Karen Playing Victim*"

UNWINEWITHTEDDY"



**Exhibit T-4**

**January 2, 2024 – Plaintiff's Second Privacy Complaint Submitted to YouTube Requesting Removal of Wellness Check and Body-Camera Footage**



Exhibit T-5

March 2, 2024 – Defendant's Extended Livestream Republishing October 2022 Police

Wellness Check  and Body-Camera Footage

*"Police Footage of Fani Willis Trial Content Creator UNWINEWITHTEDDY"*



199

**Exhibit T-6**

**March 3, 2024 – Plaintiff's Third Privacy Complaint Submitted to YouTube Requesting Removal of Wellness Check and Body-Camera Footage**



**Exhibit T-7**

**March 3, 2024 – Defendant's Extended Livestream Republishing October 2022 Police**

**Wellness Check  and Body-Camera Footage**

*"Police Footage of Fani Willis Trial Content Creator UNWINEWITHTEDDY"*



**Exhibit T-8**

**March 4, 2024 – Plaintiff's Fourth Privacy Complaint Submitted to YouTube Requesting Removal of Wellness Check and Body-Camera Footage**



202

**Exhibit T-9**

**March 4, 2024 – Defendant's Extended Livestream Republishing October 2022 Police**

**Wellness Check and Body-Camera Footage**

*("Police Footage of Fani Willis Trial Content Creator UNWINEWITHTEDDY" TashaK Fanatic!)*





**Exhibit T-10**

**March 4, 2024 – Plaintiff's Fifth Privacy Complaint Submitted to YouTube Requesting Removal of Wellness Check and Body-Camera Footage**



Privacy Complaint Received  Inbox ×

≡⁺ Summarize this email

YouTube Support Team  -privacy-0rau6»hcg3eac023-support.youtube.com-      Sun, Mar 10, 2024, 10:05 AM  ☆  ☺  ↩  ⋮
to me ▾

Hi Sybrena

Thanks for contacting the YouTube Legal Support team. The reference number for your complaint is ZFK4OYU5RHNMPMNPBZ7WHZQ6CY.

We received your Privacy Complaint about this content.

To give the uploader a chance to remove or edit their video, we notified them about the potential violation. Your privacy is respected during this process. We won't share your identity or contact info with the uploader without your consent.

YouTube gives the uploader 48 hours to act on the complaint.

- If the uploader removes the video during these 48 hours, the filed complaint is closed.
- If the potential privacy violation remains on the site after 48 hours, we queue the complaint for review by the YouTube Team. Your complaint will be carefully reviewed. We get a high volume of privacy complaints, and we thank you for your patience.

During these 2 days, if you want to cancel your claim, follow this link and confirm your retraction: http://support.google.com/youtube/contact/privacy_followup?caseid=ZFK4OYU5RHNMPMNPBZ7WHZQ6CY&ctx=ZFK4OYU5RHNMPMNPBZ7WHZQ6CY.OJKX3vJKhiAdizbqbuYcLg&email=unwinewithteddy@gmail.com

Note that abusing our webform to harass others on the site or to create false privacy reports could lead to your Google Account being suspended.

Regards,

The YouTube Legal Support Team

with the creator to give them an opportunity to edit the content. Your name, contact information or other personal information will not be shared.

Regards,

The YouTube Legal Support Team

On March 10, 2024 Contact Us Form wrote:

```
legalfirstname: Sybrena
legallastname: Kenan
country_req: US
email_validation_prefilled_list: unwinewithteddy@gmail.com
piiusername: https://www.youtube.com/@MICHIGANCOLDCASES
optional_videos: https://www.youtube.com/watch?v=56qp0iwjUI8
privacytype: privacyimage
privacytype: privacyvoice
privacylocation: privacylocwithinvid
privacy_multi_timestamp_2: 6:09
privacy_video_copied: no
privacyaddinfo: Dani Robertson posted the image of me in my bathrobe.
YouTube has removed this content multiple times for privacy violation.
Another such complaint  FUOC4BTRSFXNIQBC4I4XVGCKGQ. Please remove.
```

204

**Exhibit T-11**

**March 13, 2024 – Defendant' Extended Livestream Republishing October 2022 Police**

**Wellness Check  and Body-Camera Footage**

*"Police Footage of Fani Willis Trial Content Creator UNWINEWITHTEDDY"*



Despite repeated removals by YouTube for privacy violations, Defendant continued to re-upload

the video footage of police cam footage showing Plaintiff in a blue bath robe.

**Exhibit U**

**September 12, 2023 — Defendant's Initial Complaint to the Michigan Bureau of Professional Licensing (LARA) Against Plaintiff**

Defendant posted the response on her YouTube channel and other social media platforms.





**Exhibit U-1**

**December 30, 2023 — Defendant's WhewChile TheGhetto YouTube Post Providing Instructions and Links Encouraging Medical and Anonymous Complaints Against Plaintiff's Michigan Physician Assistant License**



**WhewChile TheGhetto** 15 hours ago (edited)
1. Information about Sybrena (Teddy Bundy) needed to file the complaint https://uspto.report/TM/90
2. Physician Assistants license number in Michigan
2. File a medical complaint against the license for doxing and possible access to confidential records as a Physician Assistant https://www.michigan.gov/lara/bureau-
3. File an anonymous tip for cyber harassment- https://www.p3tips.com/tipform.aspx?l
4. Video about this with instructions (will be posted soon)

Danielle Allen isn't me,

**Exhibit U-2**

**February 2, 2024 — Non-Party Keva Williams' Livestream Broadcast** *"Exposed: Licensed Michigan Physician's Assistant Doxing — Protect Yourself Now!!"* **and Coordinated Use of Plaintiff's Image**

On or about February 2, 2024, non-party Keva Williams published a video titled "Exposed: Licensed Michigan Physician's Assistant Doxing — Protect Yourself Now!!" containing commentary concerning Plaintiff's Michigan medical license, alleged "doxxing," and professional conduct. During the video, Williams displayed an image of Plaintiff previously used in Defendant Danielle Robertson's wellness-check-related broadcasts.



(8:05–8:32)

- "She is a physician's assistant in Michigan... you have access to people's information... God forbid that you don't like someone... you can reach into their files..."

— Non-Party Keva Williams

208

Exhibit U-2  (Page 2)

February 2, 2024 — Non-Party Keva Williams' Livestream "Exposed: Licensed Michigan Physician's Assistant Doxing — Protect Yourself Now!!" Displaying Plaintiff's Image and Containing Statements Concerning Plaintiff's Physician Assistant License, Alleged Professional Misconduct, and Related LARA Complaints

(37:55–39:28)

- "I have emailed and spoken with the Medical Board about her online behavior…"

- "I'm gonna hashtag you, tag you, make sure that Michigan knows to stay away from any possible services that you offer."

(49:55–50:02)

- "You don't deserve your medical license."

— Non-Party Keva Williams



**Exhibit U-3**

**February 20, 2024 — Defendant Danielle Robertson's "Dani Montana" YouTube Post Encouraging Anonymous Complaints to Michigan LARA Alleging Substance Abuse, Mental Illness, and Professional Misconduct by Plaintiff**

Screenshot of Defendant's online post stating, "Michigan complaint form: You can file anon," while providing links and instructions encouraging third parties to submit anonymous complaints to the Michigan Department of Licensing and Regulatory Affairs ("LARA") alleging substance abuse, mental illness, and related professional misconduct concerning Plaintiff's physician assistant license.



210

**Exhibit U-4**

**February 27, 2024 — Non-Party Keva Williams' Petition for Personal Protection Order ("PPO") Containing Statements Concerning Plaintiff's Physician Assistant License and Alleged Professional Misconduct**

Non-party Keva Williams filed a Petition for Personal Protection Order ("PPO") against Plaintiff containing statements concerning Plaintiff's physician assistant license, alleged misuse of patient or confidential information, alleged unethical online conduct, professional status, and alleged professional misconduct.



- "I have emailed and spoken with the Medical Board about her online behavior…"

- "You don't deserve your medical license… you obviously don't want it."

— Non-Party Keva Williams

211

**Exhibit U-4** (Page 2)

**February 27, 2024 — Non-Party Keva Williams' Petition for Personal Protection Order ("PPO") Containing Statements Concerning Plaintiff's Physician Assistant License and Alleged Professional Misconduct**



- "Her behavior is very alarming considering she is a PA and has access to certain medical systems…"

- "I want to make sure… Michigan knows to stay away from your services… You should not be touching babies."

— Non-Party Keva Williams

**Exhibit U-5**

**March 6, 2024 — Non-Party Keva Williams' Livestream "Jaguar Wright Copycat Twin - A 70yr Elderly Doxing Troll Reaction to Three Interviews" Referencing Plaintiff's Physician Assistant License, Medical Board Communications, and Alleged Reporting Efforts**

Non-party Keva Williams' livestream published on the YouTube channel "Come Get This Commentary" containing statements concerning Plaintiff's physician assistant license, alleged Medical Board communications, and Plaintiff's professional reputation in Michigan.



(1:03–1:10; 5:38–5:51)

- "I did speak to the medical board…"

- "She is a physician's assistant here in Michigan…"

— Non-Party Keva Williams

**Exhibit U-5** (Page 2)

**March 6, 2024 — Non-Party Keva Williams' Livestream "Jaguar Wright Copycat Twin - A 70yr Elderly Doxing Troll Reaction to Three Interviews" Referencing Plaintiff's Physician Assistant License, Medical Board Communications, and Alleged Reporting Efforts**

(7:27–7:34; 8:39–8:46)

- "I have been talking to the medical board…"

- "I would make sure that I spread the word that you are a Michigan physician's assistant…"

(9:18–9:24)

- "Your reputation in the streets of Michigan will not be fine…"

— Non-Party Keva Williams



**Exhibit U-6**

**April 2, 2024 — Non-Party Keva Williams' "Beware Of The YouTuber She Will Dox You" Broadcast Concerning Plaintiff's Professional Conduct**

On April 2, 2024, the same day Defendant Danielle Robertson publicly referenced the upcoming April 9, 2024 PPO hearing and accused Plaintiff of "unethical conduct," "cyber-stalking," and being an "online serial stalker," non-party Keva Williams published a video titled "Beware Of The YouTuber She Will Dox You" containing statements concerning Plaintiff's mental health, professional conduct, and alleged access to confidential medical information through Plaintiff's role as a Michigan Physician Assistant.



**Exhibit U-6** (Page 2)

**April 2, 2024 — Non-Party Keva Williams' "Beware Of The YouTuber She Will Dox You" Broadcast Concerning Plaintiff's Professional Conduct**

During the video, Williams referenced Plaintiff's alleged "mental illness," alleged access to medical records, and potential harm to others in connection with Plaintiff's role as a physician assistant shortly before the April 9, 2024 PPO proceeding.



(0:00–0:42)

- "[Plaintiff's] "mental illness" and "demented side" made her "actually scary"

- "[Plaintiff's] access to "people's information through medical records" was "actually scary"

- "[Plaintiff] could harm someone"

— Non-Party Keva Williams

216

Exhibit U-7

**April 2, 2024 — Defendant's Post Titled "Sybrena Evans Kenan: Northville, Michigan!"**
**Accusing Plaintiff of Stalking and Unethical Conduct as a Physician Assistant**

On April 2, 2024, Defendant Danielle Robertson published a post accusing Plaintiff Sybrena Evans of "unethical conduct," "stalking behavior of at least 40 people," "cyber-stalking," and being an "online serial stalker" following in the footsteps of "serial [Ted] Bundy Physician Assistant." The post also amplified non-party Keva Williams' related statements concerning Plaintiff's status as a Michigan Physician Assistant and referenced the upcoming April 9, 2024 Personal Protection Order ("PPO") hearing involving non-party Keva Williams while stating the matter would become part of the public record.



217

**Exhibit U-8**

**April 16, 2024 — Michigan LARA Bureau of Professional Licensing Closure Letter Finding No Violation Could Be Substantiated**

On April 16, 2024, Plaintiff received correspondence from the Michigan Department of Licensing and Regulatory Affairs ("LARA"), Bureau of Professional Licensing, stating that no violation of the Public Health Code could be substantiated and that the matter was closed.

LARA Closure Letter.



Exhibit U-9

**April 22, 2024 — Non-Party Keva Williams' Follow-Up Complaint to Michigan LARA After Closure of Prior Complaint Against Plaintiff**

Following the April 16, 2024 closure of the prior complaint against Plaintiff by the Michigan Department of Licensing and Regulatory Affairs ("LARA"), non-party Keva Williams submitted an additional complaint concerning Plaintiff's physician assistant license and alleged professional misconduct.



STATE OF MICHIGAN

GRETCHEN WHITMER
GOVERNOR

DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
LANSING

MARLON I. BROWN DPA
DIRECTOR

April 22, 2024

Licensee:

Dear Complainant:

Thank you for contacting the Bureau of Professional Licensing. We are in receipt of the information you provided regarding the above-referenced licensee.

The information will be thoroughly reviewed to determine if there has been a violation of the Michigan Public Health Code. Unfortunately, all information related to this complaint must be kept confidential due to statutory requirements; therefore, we cannot disclose to you any information obtained during the review and investigation processes. Depending on the nature of the complaint, this process could take several months.

If an actionable violation of the Public Health Code is found, this matter will proceed through the enforcement process. If disciplinary sanctions are issued against the licensee, the disciplinary documents will be posted on our "Verify a License" web page at https://www.michigan.gov/BPL

We appreciate your interest and patience as this matter is processed. If you have questions, please contact the Bureau's Complaint Intake Section at (517) 241-0205.

Sincerely,

Complaint Intake Section
Investigations & Inspections Division
Bureau of Professional Licensing
BPL-Complaints@michigan.gov

BUREAU OF PROFESSIONAL LICENSING
611 W. OTTAWA • P.O. BOX 30670 • LANSING, MICHIGAN 48909

219

**Exhibit U-10**

**April 23, 2024 — Defendant's Livestream Displaying Non-Party Keva Williams' LARA Complaint**

Defendant Danielle Robertson's "Black Tea Sector: Pathological Liars and Scammers" livestream displaying non-party Keva Williams' LARA complaint and encouraging additional complaints concerning Plaintiff's physician assistant license.





220

**Exhibit U-11**

**May 26, 2024 – June 9, 2024 — Defendant Published Multiple YouTube Videos Discussing Regulatory Complaints While Displaying and Referencing the PPO Zoom Image**

*May 26, 2024 — Defendant's Videos "Black Tea Sector and Jag – Algorithm SHH" (Parts One and Two)*

On May 26, 2024, Defendant Danielle Robertson published videos titled "Black Tea Sector and Jag – Algorithm SHH" (Parts One and Two), during which Defendant discussed regulatory complaints concerning Plaintiff while displaying Plaintiff's likeness and image from the closed April 9, 2024 Personal Protection Order ("PPO") proceeding.



221

**Exhibit U-11** (Page 2)

**May 29, 2024 — Defendant's Video "Black Tea Sector Jag Algorithm Edited Version"**

On May 29, 2024, Defendant Danielle Robertson published an edited version of her livestream titled "Black Tea Sector Jag Algorithm Edited Version," during which Defendant reposted content displaying Plaintiff's likeness and image from the closed April 9, 2024 Personal Protection Order ("PPO") proceeding.

**May 31, 2024 — Defendant's Video "If It's Up Then SHH Edited Version"**

On May 31, 2024, Defendant Danielle Robertson published a video titled "If It's Up Then SHH Edited Version," during which Defendant displayed Plaintiff's likeness and image from the closed April 9, 2024 Personal Protection Order ("PPO") proceeding while discussing allegations concerning Plaintiff's professional conduct and related complaints.



BLACK TEA SECTOR AND JAG ALGORITHM
SHH_ EDITED VERSION.mp4

BLACK TEA SECTOR AND JAG ALGORITHM
SHH_ IF IT'S UP, THEN IT'S STUCK!.mp4

222

**Exhibit U-11** (Page 3)

**June 3, 2024 — Defendant's Livestream "Quick Live – Creepy People & Bots"**

On June 3, 2024, Defendant Danielle Robertson published a livestream titled "Quick Live – Creepy People & Bots" during which Defendant displayed Plaintiff's likeness and image from the closed April 9, 2024 Personal Protection Order ("PPO") proceeding while making allegations concerning Plaintiff's conduct.

**June 8, 2024 — Defendant's Video "Creepy People & Bots Loose Ends and Psychos"**

On June 8, 2024, Defendant Danielle Robertson published a video titled "Creepy People & Bots Loose Ends and Psychos" displaying Plaintiff's likeness and image from the closed April 9, 2024 Personal Protection Order ("PPO") proceeding while continuing related allegations concerning Plaintiff's conduct and professional reputation.



DANI ROBERTSON_ QUICK LIVE_ CREEPY PEOPLE & BOTS.mp4

DANI ROBERTSON AND JAGUAR WRIGHT SIDE SHH -LOOSE ENDS AND PSYCHOS.mp4

223

**Exhibit U-11** (Page 4)

**June 9, 2024 — Defendant's Video "Robertson & Jaguar Wright Side-by-Side SHH Continued"**

On June 9, 2024, Defendant Danielle Robertson published a video titled "Robertson & Jaguar Wright Side-by-Side SHH Continued" displaying Plaintiff's likeness and image from the closed April 9, 2024 Personal Protection Order ("PPO") proceeding while continuing related allegations concerning Plaintiff's conduct and professional reputation.





224

**Exhibit U-12**

## June 11, 2024 — Defendant's Additional Complaint Filed with the Michigan Medical Board

On June 11, 2024, Defendant Danielle Robertson submitted an additional complaint to the Michigan Department of Licensing and Regulatory Affairs ("LARA") / Michigan Medical Board concerning Plaintiff, despite the Medical Board's prior April 16, 2024 determination that no violation of the Public Health Code could be substantiated.



Plaintiff alleges this filing was part of Defendant's continued effort to seek regulatory action against Plaintiff's physician assistant license through repeated complaints submitted to the Michigan Department of Licensing and Regulatory Affairs ("LARA") and the Michigan Medical Board.

225

**Exhibit U-13**

July 28, 2024 — Defendant's Publication Referencing a New Medical Board Complaint

and Allegations of "Attacks" and "Unethical" Conduct by Plaintiff





Exhibit U-14

**August 12, 2024 — Defendant's Public Reference to Submitting "200 Pages" of Materials to the Michigan Medical Board and Creating "Permanent Internal Records"**

On August 12, 2024, Defendant Danielle Robertson publicly stated that she had submitted or was submitting "200 Pages" of materials to the Michigan Medical Board in connection with allegations concerning Plaintiff's professional conduct. Defendant further referenced the creation of "Permanent Internal Records" concerning those allegations.



UNHINGED WITH BUNDY  12 hours ago (edited)
After she found out that she was blocked from my website, she freaked out and has been trying to obsessively gain access. Stealing and regurgitating my member's only content and being a stalker too. Two-hundred pages of stalking behavior from this unhinged person will be forwarded to the medical board for a new filing.
https://icanticant.com/index.php/2024...
Show less

21

227

Exhibit U-14 (Page 2)

**August 12, 2024 — Defendant's Public Reference to Submitting "200 Pages" of Materials to the Michigan Medical Board and Creating "Permanent Internal Records"**

August 12, 2024 Screenshot of Defendant Danielle Robertson's public post referencing "permanent internal records" concerning Plaintiff and allegations of professional misconduct.



UNHINGED WITH BUNDY  2 weeks ago (edited)

The existence of permanent internal records detailing her activities is a serious liability. It's doubtful that any other PA has amassed as many complaints, largely because they avoid associating with questionable individuals or engaging in unethical, obsessive behavior.

When a judge questioned her directly about the numerous complaints filed against her, it was clear he recognized the gravity of the situation. Judges know that complaints are rarely made without reason, and his persistent questioning indicates that he wasn't fooled by any attempts to play the victim. Instead, he focused on the pattern of complaints as a true reflection of her character, making it evident that her actions and associations have severely damaged her professional reputation.

It's interesting to see her now trying to distance herself from DJ Crackhead after previously collaborating with him to target innocent people. But at this point, her attempts to shift focus are futile —no one cares unless she's talking about me. Good luck with your new investigation. And by the way, it's time to put down the alcohol; your drinking problem is clouding your judgment, and that hasn't gone unnoticed either. The latter was noted/included in the MB report.

Remember that police officers also have internal records and complaints, which are often requested to see what civilians have reported about them. These past internal reports play a significant role in how people perceive them, especially when there's a noticeable pattern. This kind of documentation can have a greater impact than you might realize.

Show less

228

**Exhibit U-15**

**September 16, 2024 — Defendant's Public Posts Referencing Michigan LARA Correspondence and Alleging Alcohol Abuse, Unethical Conduct, and Professional Misconduct by Plaintiff**

On September 16, 2024, Defendant Danielle Robertson publicly posted and commented on Michigan Department of Licensing and Regulatory Affairs ("LARA") correspondence concerning Plaintiff while repeating allegations relating to alcohol abuse, unethical conduct, and professional misconduct.

- "Money grabbing clout chasers continue to get drunk and make fake countdowns…"
- "A pattern of behavior has been established. IMO, alcoholism is a contributing factor in her behavior."



**COUNT 4 — EXHIBITS**

**Cyberbullying and Harassment**

**Exhibit V**

**April 10, 2024 — Defendant's Livestream "Black Tea Sector: Teddy Bundy! The Real Tea April 9" Publicly Discussing Non-Public PPO Hearing Details and Plaintiff's Professional License**

Defendant publicly discussed non-public details of Plaintiff's April 9, 2024 PPO hearing, characterized the judge's findings, referenced medical board complaints, encouraged further evidence gathering against Plaintiff, and used the proceedings for public ridicule and harassment.

**Statements Claiming Knowledge of Non-Public Hearing Information**

(6:23 - 1:06:22)

- "I wanted to address Teddy Bundy and the court hearing that she had April 9th."
- "Why was it denied that was completely left out..."
- "Bundy was actually seen as a mutual combat or mutual contact."
- "The judge believes that both parties are equally responsible or equally guilty."
- "...Sybrena, what were you doing for people to be writing the medical board?"
- "The judge apologized to them at the very end..."
- "You are seen as a mutual participant..."

— Danielle Robertson

230

**Exhibit V** (Page 2)

- "The judge saw through the BS and labeled her as mutual contact..."

- "She was found equally just as guilty..."

## Statements Linking PPO Proceedings to Plaintiff's Professional License

- "What were you doing for people reporting to the medical board?"

- "This can actually still be presented to the medical board..."

- "Why is the Physician's Assistant acting this unethical on YouTube?"

- "She should have a higher standard and higher ethics because she's a Physician's Assistant..."

## Statements Encouraging Continued Monitoring / Evidence Gathering

- "They will continue to gather evidence..."

- "We're just going to keep track of evidence..."

- "Collect your evidence and let that speak for you..."

## Appearance-Based Ridicule During Discussion of the Hearing

- "Big old lumps like you're storing nuts and acorns for the winter."

- "Chipmunk cheeks, chipmunk cheek Bundy..."

- "Teddy Bundy maliciously attacked this person..."

— Danielle Robertson

231

**Exhibit W**

**April 23, 2024 — Defendant's Livestream "Black Tea Sector: Pathological Liars and Scammers,"Segment Concerning Plaintiff's PPO Hearing, Professional License, and Physical Appearance**

On April 23, 2024, one day after non-party Keva Williams filed a new LARA complaint, Defendant Danielle Robertson published a livestream titled "Black Tea Sector: Pathological Liars and Scammers," during which Defendant displayed Williams's complaint, encouraged viewers to file additional complaints, lawsuits, and restraining orders against Plaintiff, and discussed Plaintiff's PPO proceedings, professional licensure, alleged mental condition, and physical appearance, including repeated derogatory comparisons to animals and masculine caricatures.



**Exhibit W** (Page 2)

April 23, 2024 — Defendant's Livestream "Black Tea Sector: Pathological Liars and Scammers,"Segment Concerning Plaintiff's PPO Hearing, Professional License, and Physical Appearance





233

**Exhibit W** (Page 3)

**April 23, 2024 — Defendant's Livestream "Black Tea Sector: Pathological Liars and Scammers,"Segment Concerning Plaintiff's PPO Hearing, Professional License, and Physical Appearance**

**Defendant's Transcript:**

The following statements are contained within time stamps (1:38:31–2:11:59) within exhibit:

- "Again, I didn't file this, someone else did."
- "Somebody sent me this and they wanted me to post it."
- "They filed a claim against Sybrena..."
- "Sybrena likes to get on here and play victim..."
- "The judge saw right through her antics and her victim playing..."
- "A pattern of behavior has been established...alcoholism is a contributing factor..."

**Statements framing the PPO / restraining order as "mutual" guilt**

- "Sybrena likes to get on here and play victim like she's innocent and her hands are clean."
- "The judge saw right through her antics and her victim playing and professional victim mentality..."
- "...and said that, no, you're just as guilty in this situation."
- "He made sure to let Sybrena know you're not innocent."

— Danielle Robertson

234

**Exhibit W** (Page 4)

**April 23, 2024 — Defendant's Livestream "Black Tea Sector: Pathological Liars and Scammers,"Segment Concerning Plaintiff's PPO Hearing, Professional License, and Physical Appearance**

(1:38:31–2:11:59)

- "Somebody sent me this and they wanted me to post it."
- "They received this email from the Michigan Licensing Board."
- "They filed a claim against Sybrena to the board."
- "This is not my complaint. ...This is somebody else out there."

**Professional reputation / licensing-related statements**

- "She has an active Physician's license."
- "This is actually an old picture of her when she had like a mental wellness check because she's mentally unwell."

**Appearance-based ridicule / bullying**

- "Sybrena looks like the squirrel was there storing nuts for the winter."
- "...she looked like Madea with nuts on the side of her cheek."
- "She had her hair slicked back... salt and pepper hair..."
- "That's why she gets all upset about the whole joke about her sexuality..."

— Danielle Robertson

235

**Exhibit X**

**April 24, 2024 — Defendant's Community Post "Unhinged With Bundy" and Livestream Repeating Statements About Plaintiff's PPO Proceedings and Publicizing LARA Complaint Materials**

April 24, 2024: Community post following Defendant's livestream *"Black Tea Sector: Pathological Liars & Scammers,"* discussing the April 22, 2024 LARA complaint against Plaintiff, repeating statements concerning Plaintiff's PPO proceedings, directing viewers to ICANTICANT.COM, and referencing third-party submission of licensing-related information.



(1:38:31–2:11:59)

- "This was sent to me. So, I'm sharing it"

- "I didn't file this, someone else did"

— Danielle Robertson

236

**Exhibit X** (Page 2)

**April 24, 2024 — Defendant's Community Post and Livestream Repeating Statements About Plaintiff's PPO Proceedings and Publicizing LARA Complaint Materials**



(1:38:31–2:11:59)

- "She was just as guilty."

- "As a reminder, don't believe a word she says, all receipts will be posted here or on ICANTCANT.com for you to review yourself."

— Danielle Robertson

**Exhibits Y**

May 26, 2024 – June 9, 2024 —  Defendant's Multiple Livestreams and Additional Republications Continuing Use of the "Miss Evans" PPO Hearing Image While Discussing Alleged Criminal Conduct





**Exhibits Z**

May 26, 2024 – June 9, 2024 — Defendant's Multiple Livestreams and Additional Republications Continuing Use of the "Miss Evans" PPO Hearing Image While Discussing Alleged Criminal Conduct





**Exhibit AA**

**September 12, 2024 — Defendant's Post Mocking Plaintiff Following Termination of the UNWINEWITHTEDDY YouTube Channel While Referencing Multiple Monetized Channels**

The following material reflects a September 12, 2024 publication in which Defendant Danielle Robertson mocked and harassed Plaintiff following the termination of Plaintiff's UNWINEWITHTEDDY YouTube channel after copyright claims were filed, while simultaneously referencing the operation of multiple monetized online channels.



240

**Exhibit BB**

**October 27, 2024 — Defendant's Post Threatening Additional Copyright Strikes and Channel Reporting Following Termination of the "Whitney J" Channel**

The following material reflects an October 27, 2024 publication in which Defendant Danielle Robertson threatened additional copyright strikes and channel reporting activity following the termination of the "Whitney J" channel after multiple allegedly fraudulent copyright complaints were filed against Plaintiff.



241

**Exhibit CC**

**October 30, 2024 — Defendant's Post Referencing "Silencing" Alleged "Liars" Following Prior Copyright Strike Threats**

The following material reflects an October 30, 2024 publication in which Defendant Danielle Robertson published additional harassing and intimidating statements referencing the "silencing" of alleged "liars" shortly after threatening further copyright strikes and reporting activity directed toward Plaintiff.



**Exhibit DD**

**March 2, 2024 – April 5, 2024 — Defendant's Alleged Fraudulent Copyright Claim Against Plaintiff and Related Social Media Posts on ICANTICANT and the YouTube Channel "Unhinged with Bundy"**



### COPYRIGHT CLAIMS BOARD

Docket number: 24-CCB-0070
Filed date: 03/02/2024 06:22 PM EST

#### United States Copyright Claims Board

| Danielle Robertson | | Sybrena Evans Kenan |
|---|---|---|
| CLAIMANT | V. | RESPONDENT |

**CLAIM**

| | |
|---|---|
| **Payment status** | $40 (success) |
| **Type** | A claim for infringement |
| | A claim for misrepresentation under 17 U.S.C. 512(f) |
| **Would you like to proceed as a "smaller claims" proceeding (including the $5,000 monetary limit) instead of the standard CCB small claims proceeding?** | Yes |
| **Claimant** | **Name** |
| | Danielle Robertson |
| | **Address** |
| | 8 The Green, STE A |
| | Dover, DE 19901 |
| | **Email** |
| | Danimontana2022@gmail.com |
| | **Phone** |
| | 860-864-0027 |
| | Authorized representative information |

Page 1 / 6

Danielle Robertson

**Exhibit DD** (Page 2)

March 24, 2024 — Defendant published the Copyright Claims Board ("CCB") complaint

against Plaintiff on her website, ICANTICANT.COM, purportedly to create a "paper trail."



244

**Exhibit DD** (Page 3)

**April 5, 2024 — Defendant published a post on her YouTube channel "Unhinged with Bundy" mocking Plaintiff**

Defendant states the following:

"The copyright claims process is doing what it needs to do. Think outside of the box to see the end game and purpose…Just know that I know what I'm doing at all times."

— Danielle Robertson



**Exhibit EE**

**October 18, 2024 — YouTube Reinstatement Letter and Warning to Defendant**

Following Defendant's failure to respond to YouTube's request for precise identification of the allegedly copyrighted work, her account was terminated.





246

**Exhibit FF**

**October 21, 2024 — Evidence of "Porn Bombing" Retaliation Against Plaintiff's YouTube Channel**

Following termination of Defendant's YouTube channel, Defendant allegedly retaliated by "porn bombing" Plaintiff's YouTube channel, RunTellThatToo, through trolling activity conducted under the alias "Whitney Jamison."





247

**COUNT 5 — EXHIBITS**

**Impersonation and Fraudulent Misrepresentation**

**Exhibit GG**

**October 15, 2024 — Copyright Complaint Filed Using Alias "Whitney Jamison"**

**(whitneylj1992@gmail.com)**

During the limitations period, multiple copyright complaints were submitted to YouTube under the name "Whitney Jamison" (email: whitneylj1992@gmail.com), falsely identifying the complainant as the purported owner of custom thumbnails used in Plaintiff's videos. In reliance on these representations, YouTube removed Plaintiff's content and terminated Plaintiff's YouTube channels, "UNWINEWITHTEDDY" and "RunTellThatToo."

This complaint caused YouTube to terminate Plaintiff's channel "UNWINEWITHTEDDY".

 Gmail

RunTellThatToo <runtellthat.too@gmail.com>

**[Copyright takedown notice] Your video will be taken down in 7 days: "NightTalk ▾ | Relax and Chillout "CATCHING UP" AnalyzeThis | @UNWINEWITHTEDDY"**

1 message

YouTube <no-reply@youtube.com>
Reply-To  YouTube <no-reply@youtube.com>
To: runtellthat.too@gmail.com

Tue, Oct 15, 2024 at 1:56 AM

**Exhibit GG** (Page 2)

**October 15, 2024 — Copyright Complaint Filed Using Alias "Whitney Jamison"**

▶ **YouTube**

Hi RunTellThatToo .

Due to a copyright removal request that we received, your video will be taken down from YouTube in 7 days: "MessyMocha ● | "AFTERNOON DRIVE" AnalyzeThis | @UNWINEWITHTEDDY"

**Video title:** MessyMocha ● | "AFTERNOON DRIVE" AnalyzeThis | @UNWINEWITHTEDDY
**Video URL:** https://www.youtube.com/watch?v=n7Xe-tDPN2U
**Content used:** My Custom Thumbnail
**Content found in:** Custom thumbnail
**Removal request issued by:** Whitney Jamison
**Contact info:** whitneylj1992@gmail.com

**Video title:** NightTalk ☽ | Relax and Chillout "CATCHING UP" AnalyzeThis | @UNWINEWITHTEDDY
**Video URL:** https://www.youtube.com/watch?v=_oY1ISSpCp8
**Content used:** My Custom Thumbnail
**Content found in:** Custom thumbnail
**Removal request issued by:** Whitney Jamison
**Contact info:** whitneylj1992@gmail.com

249

**Exhibit GG** (Page 3)

## October 15, 2024 — Copyright Complaint Filed Using Alias "Whitney Jamison"

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Whitney Jamison
- Your Full Legal Name (Aliases, usernames or initials not accepted): Whitney Jamison
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- 
- Username: Whitney Jamison
- Email Address: whitneylj1992@gmail.com
- 
- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=_oY1ISSpCp8
- Describe the work allegedly infringed: My artwork
  - Title of artwork: My Custom Thumbnail
  - Type of artwork: Photo
  - Where does the content appear? Custom thumbnail

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=n7Xe-tDPN2U
- Describe the work allegedly infringed: My artwork
  - Title of artwork: My Custom Thumbnail
  - Type of artwork: Photo
  - Where does the content appear? Custom thumbnail

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Whitney Jamison

**Exhibit HH**

**October 19, 2024 — Plaintiff's YouTube Reinstatement Following Disputed Copyright Takedowns**

Following Plaintiff's complaints and YouTube's internal review, YouTube determined that at least three strikes resulted from fraudulent takedown notices and reinstated Plaintiff's channels and content.



251

**Exhibit II**

**July 17, 2022 – August 18, 2022 — Defendant's Impersonation and False Copyright Claims Submitted to YouTube Using the "NoseyHeauxLive" Identity**

On or around July 17, August 1, and August 8, 2022, through approximately August 18, 2022, Defendant Danielle Robertson allegedly submitted multiple fraudulent copyright claims against Plaintiff's YouTube channels, "UNWINEWITHTEDDY" and "RunTellThatToo," while impersonating YouTuber "NoseyHeauxLive" and falsely claiming ownership of Plaintiff's content.



**Exhibit II**  (Page 2)

Sun, Jul 17, 2022 at 10 19 PM

**YouTube**

Hi UNWINEWITHTEDDY,

Due to multiple copyright strikes associated with the videos below, your
YouTube account has now been disabled:

**Video title:** VINTAGE #NOSEYHEAUXLIVE | I KNOW A THING OR TWO
ABOUT A SugarDADDY Oops! | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=DC7J7_ovG_s
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | I'M BEING MESSY LET ME
SHOW YOU HOW TO POP IT! | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=POGmZR0pw_A
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | MY MOTHER WROTE ME A
LETTER I'LL NEVER FORGET | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=71IfmfmgeCE
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

**Video title:** VINTAGE #NOSEYHEAUXLIVE | CHILD FREE & DON'T HAVE
TO BUY SCHOOL SUPPLIES | #SHORTS | UNWINEWITHTEDDY
**Video url:** https://www.youtube.com/watch?v=TcQOoxHgE80
**Contact info:** tiffanygreen945@gmail.com
**Takedown issued by:** TREAL TEA RADIO

253

**Exhibit II**  (Page 3)

**August 8, 2022 — Defendant impersonates NoseyHeauxLive as Tiffany Green during an email exchange between Plaintiff and Defendant:**

The Plaintiff emails NoseHeauxLive's Impersonator Tiffany Green requesting a retraction of copyright strikes. Tiffany Green aka Defendant Danielle Robertson responds: "I will not retract my claims because you didn't have permission to use Nosey Heaux Live LLC content.  You also lied in your counter notification to YouTube because you didn't transform the content under fair use.  Filing fraudulent DMCA counter notifications is illegal."



**August 8, 2022 — Defendant creates an alias "Malcom Smith."**

Defendant Danielle Robertson submits a fraudulent counter notification acting as Malcom Smith, and impersonating Plaintiff's YouTube account, by using Plaintiff's full legal name, and account information. Defendant's action caused YouTube to reject Plaintiff's counterclaim, and no longer be able to assist in the matter.

254