

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYBRENA EVANS ET AL.,

        Plaintiffs,

vs.

DANIELLE ROBERTSON ET AL.,

        Defendants,

Case No.24-cv-13435

Honorable Judith E. Levy

Magistrate Judge Elizabeth A. Stafford

NOTICE OF CLARIFICATION
REGARDING DEFENDANT'S EXHIBIT D

FILED
JUN 0 5 2026
CLERK'S OFFICE
DETROIT

**NOTICE OF CLARIFICATION REGARDING DEFENDANT'S EXHIBIT D**

Defendant Danielle Robertson respectfully submits this Notice of Clarification regarding Exhibit

D to Defendant's Response in Opposition to Plaintiff's Renewed Motion for Leave to File

Proposed First Amended and Supplemental Complaint.

Exhibit D was submitted with Defendant's Response and is the Declaration of Keva Williams

Regarding PPO Petition, Source of Exhibit, and Independent Grievances. Defendant clarifies that

Exhibit D supports the arguments in Section VI of the Response, including Defendant's position

that Plaintiff improperly attributes non-party Keva Williams' independent conduct to Defendant.

Specifically, Williams declares that her PPO petition was based on her own experiences,

concerns, and grievances involving Plaintiff; that Defendant did not file the PPO petition for her;

that Defendant did not direct, control, force, or instruct her to file it; that Defendant did not

control Williams' reasons, motives, evidence, statements, or decisions; that Williams did not act

1

as Defendant's agent, employee, representative, or proxy; and that Williams did not enter into any agreement with Defendant to fraudulently obtain a PPO against Plaintiff.

Defendant submits this clarification only to identify the relevance of an exhibit already attached to the Response. Attached for ease of reference is a duplicate copy of Exhibit D, the Declaration of Keva Williams, which was already submitted with Defendant's Response. Defendant is not submitting new evidence or seeking to expand the Response, but only clarifying the relevance of Exhibit D to Section VI of the Response.

Respectfully submitted, 6/2/2026

/s/ Danielle Robertson

Danielle Robertson

Defendant, Pro Se

4539 N 22ND ST

PHOENIX, AZ 85016-4639

United States

DaniRobertson@proton.me

CERTIFICATE OF SERVICE I hereby certify that on this date, June 2, 2026, I served the foregoing document upon the Plaintiff, Sybrena Evans, via first-class United States mail, postage prepaid, to the following address: Sybrena Evans 17710 Lakeview Cr. Northville, MI 48168

**Declaration of Keva Williams Regarding PPO Petition, Source of Exhibit, and Independent Grievances**

I, Keva Williams, declare as follows:

1. My name is Keva Williams. I am over 18 years old and competent to make this declaration.

2. I am a resident of the State of Michigan.

3. I am not a party to this federal lawsuit.

4. I am a separate person from Defendant Danielle Robertson.

5. I filed a Personal Protection Order petition involving Sybrena Evans in Michigan state court.

6. My PPO petition was based on my own personal experiences, concerns, and grievances involving Sybrena Evans.

7. Those concerns included my belief that Sybrena Evans had engaged in online harassment, bullying, cyberstalking, attempted doxing, false doxing, misidentification, and online conduct involving me.

8. One of my concerns involved Evans discussing or displaying bankruptcy information belonging to a different person and presenting or implying that it was connected to me.

9. That bankruptcy information was not mine. It involved a different woman, different children, and different identifying information.

10. I responded publicly to clarify that Evans had misidentified me and was discussing the wrong person's information.

11. I also had concerns that Evans was threatening to expose or obtain personal information about me online.

12. My decision to file the PPO petition was prompted by my own concerns and my own experiences involving Evans' online conduct toward me.

13. During the PPO proceeding, I understood the issue to involve a back-and-forth between me and Evans, including my responses to Evans when I believed I was defending myself.

14. My understanding of the PPO outcome is that the petition was denied and that the court record reflected mutual contact between the parties.

15. I understand the mutual-contact finding to mean that the court viewed the matter as involving reciprocal or back-and-forth conduct between me and Evans.

16. Danielle Robertson did not file the PPO petition for me.

17. Danielle Robertson did not direct me, control me, force me, or instruct me to file the PPO petition.

18. Danielle Robertson did not control my reasons, motives, evidence, statements, or decisions in connection with the PPO petition.

19. I did not file the PPO petition as Danielle Robertson's agent, employee, representative, or proxy.

20. I did not enter into any agreement with Danielle Robertson to fraudulently obtain a PPO against Sybrena Evans.

21. I provided a copy of my PPO petition and related materials to Danielle Robertson voluntarily so that she could respond to allegations in this federal lawsuit that concern me, my PPO petition, and my alleged conduct.

22. I understand that Sybrena Evans has referenced me and my PPO petition in the federal case involving Danielle Robertson.

23. I am providing this declaration to clarify that my actions were my own independent actions and were not directed or controlled by Danielle Robertson.

24. To the extent I took any action concerning Sybrena Evans, I acted independently and based on my own reasons, experiences, and concerns.

25. All actions I took concerning Sybrena Evans were my own actions, based on my own grievances, complaints, concerns, experiences, and reasons involving Evans.

26. Nothing in this declaration waives my right to seek appropriate legal remedies in the future if I believe I am subjected to harassment, threats, doxing, or attempted doxing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Keva Williams June 1, 2026*

Keva Williams

EXTREMELY URGENT

EXTREMELY URGENT

RECEIVED
JUN 05 2026
CLERK'S OFFICE
U.S. DISTRICT COURT



TRK# 8725 4469 9392

SA DTWA
48226
DTW     MI-US

THU - 04 JUN 5:00P
** 2DAY **

FedEx Express

TO  THEODORE LEVIN U.S. COURTHOUSE
231 W. LAFAYETTE BLVD
ROOM 599
DETROIT MI 48226
(417) 591-9211     REF: 1

ORIGIN ID:SCFA     (417) 591-9211
DANIELLE ROBERTSON
4539 N 22ND ST
CAD: 265453533/FXPI2208
PHOENIX, AZ 85016
UNITED STATES US
BILL SENDER

SHIP DATE: 02JUN26
ACTWGT: 0.10 LB

446-1350SQ
4459 THU 06/04 07.19
231 W LAFAYETTE BLVD
4539 N 22ND ST
48226-2700 99
DETROIT MI
ETP- 2     SP-PD-100 Y

U.S. MARSHALS

EXTREMELY URGENT