

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYBRENA EVANS,

        Plaintiff

V.

DANIELLE ROBERTSON, et al.,

        Defendants.

Case No: 5:24-cv-13435
Hon. Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

---

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION (ECF NO. 162)**

**FOR CLARIFICATION OF (ECF NO. 159)**

---

Plaintiff Sybrena Evans, proceeding pro se, respectfully submits this Response in Opposition to Defendant's Motion (ECF No. 162) for Clarification of (ECF No. 159.) The motion should be denied.

## I. INTRODUCTION

On May 26, 2026, this Court issued a clear and unambiguous Order overruling Defendant's objections to the Magistrate Judge's Order to Show Cause, (ECF No. 159.) Rather than accept the Court's ruling, Defendant has filed yet another motion, (ECF No. 162), seeking "clarification." This filing is unnecessary because Defendant identifies no ambiguity in the Court's Order requiring clarification.

## II. ARGUMENT

Defendant's motion requests clarification that her Response to the Order to Show Cause, (ECF No. 150), was timely filed and should be considered before any future finding of contempt or sanctions. This request is unnecessary and should be denied.

First, nothing in this Court's May 26, 2026 Order, (ECF No. 159), suggests that Defendant's Response, (ECF No. 150), was not part of the record or would not be considered. The Court simply held that Defendant's objections failed to demonstrate that the Magistrate Judge's Order was clearly erroneous or contrary to law.

Second, Defendant identifies no actual ambiguity in (ECF No. 159) requiring clarification. The Court expressly addressed Defendant's objections, explained why those objections lacked merit, and overruled them. Defendant's disagreement with the Court's ruling does not create a basis for clarification or reconsideration.

Third, Defendant's motion does not seek clarification of an ambiguous directive. Rather, it seeks additional assurances regarding how the Court may consider future proceedings. Such issues are not presently before the Court and provide no basis for clarification of the Court's May 26, 2026 Order.

Fourth, Defendant has already had multiple opportunities to present her good-faith, constitutional, jurisdictional, and anonymity arguments. The Court considered those arguments and rejected them. (ECF No. 159.) Permitting successive motions seeking to revisit issues already decided would unnecessarily burden the Court and delay resolution of this matter.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendant's Motion for Clarification, (ECF No. 162), and decline to issue any further clarification beyond what is already stated in (ECF No. 159).

Respectfully submitted,

/s/ Sybrena Evans

Sybrena Evans, Pro Se

17710 Lakeview Cr.

Northville, MI 48168

Date: June 8, 2026

## CERTIFICATE OF SERVICE

I certify that on June 8, 2026, I served this Response by First-Class U.S. Mail, postage prepaid, upon:

Danielle Robertson

4539 N. 22nd St.

Phoenix, Arizona 85016-4639

/s/ Sybrena Evans

Date: June 8, 2026