UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sybrena Evans,

<div style="margin-left:2em">Plaintiff,</div>     Case No. 24-13435

v.                                      Judith E. Levy
                                        United States District Judge

Danielle Robertson, *et al.*,

<div style="margin-left:2em">Defendants.</div>   Mag. Judge Elizabeth A. Stafford

_____/

**ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR
CLARIFICATION [162]**

Before the Court is Defendant "Danielle Robertson's"[1] "motion for clarification." (ECF No. 162.) Defendant seeks clarification that her response to the order to show cause (ECF No. 150) will be considered "before any future finding of contempt, sanctions, willfulness, bad faith, or defiance." (ECF No. 162, PageID.3810.)

The Court's prior orders (ECF Nos. 158, 159) do not resolve Judge Stafford's pending order to show cause (ECF No. 144) and do not prevent

---

[1] "Danielle Robertson" is apparently Defendant's alias and not her true name.

consideration of Defendant's response to the order to show cause. (ECF No. 150.)

Defendant's motion for clarification is denied as moot. (ECF No. 162.)

IT IS SO ORDERED.

Dated: June 23, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 23, 2026.

s/Richard C. Thieme
RICHARD C. THIEME
Case Manager