



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

JUL 24 2026

CLERK'S OFFICE
DETROIT

SYBRENA EVANS

           Plaintiff

v.

DANIELLE ROBERTSON, et al.

           Defendants.

Case No: 5:24-cv-13435
Hon. Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

---

## NOTICE OF SUPPLEMENTAL CERTIFICATION REGARDING PENDING FILINGS

## PURSUANT TO ECF NO. 74

---

Plaintiff respectfully submits this Supplemental Certification for the limited purpose of conforming the certifications accompanying ECF Nos. 160, 164, 166, and 170 to the certification required by ECF No. 74, in light of the Court's recent Order. Plaintiff does not seek to supplement the factual or legal arguments contained in those filings.

**SUPPLEMENTAL CERTIFICATION**

Plaintiff certifies that she has personally checked each legal citation in ECF Nos. 160, 164, 166, and 170, and each citation is accurate and stands for its asserted proposition.

**REQUEST FOR RELIEF**

Plaintiff respectfully requests that this Supplemental Certification be deemed incorporated into ECF Nos. 160, 164, 166, and 170.

1

Respectfully submitted,

/s/ Sybrena Evans

Sybrena Evans

Plaintiff, Pro Se

17710 Lakeview Circle

Northville, MI 48168

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2026, I served a copy of the foregoing Notice of Supplemental

Certification Regarding Pending Filings Pursuant to ECF No. 74 by First-Class U.S. Mail,

postage prepaid, addressed to:

Danielle Robertson

4539 N. 22nd St.

Phoenix, AZ 85016-4639

Respectfully submitted,

/s/ Sybrena Evans

Sybrena Evans

Plaintiff, Pro Se