## 4. "Dirty 40" Stalking and Harassment List (1:40:00)

- **Evans admitted to having a "Dirty 40" list**, a **targeted hit list** of people she stalks and harasses based on their **association with me** (e.g., friends, moderators, subscribers).
- **Purpose:** To **dox and harass** individuals by making false claims and framing them in an alleged **RICO conspiracy**.
- **Despite repeated requests to stop**, Evans **continued harassing and targeting innocent individuals**.
- **Created a fake YouTube channel (AINATASHATHEMACHINE) to copy my Avengers theme** and impersonate me.
- **Also created social media pages and a CashApp using my website name** to mislead take on likeness, etc..

## 5. Multi-Channel Harassment & Video Hiding Pattern

- **Evans operates multiple YouTube channels** where she **obsessively discusses and harasses me**:
  - **UnwineWithTeddy**: Primary channel for harassment.
  - **AinatashaTheMachine**: Created to **copy my branding (Avengers theme) and impersonate me**.
  - **RunTellThatToo**: **Another harassment-based channel**, where she continues making **false claims** and **creepy doxxing videos**.
- **Evans has made hundreds of videos about me** across all these channels.
- **She hides videos to avoid accountability** but **many are still up**, showing her continued obsession and harassment.
- Some videos were hidden due to her being looked into and trying to play victim.

## 6. False Identity Conspiracy & Ongoing Defamation (2:15:00)

- **Evans falsely accused me of being Danielle Allen,** a woman charged with **accessory affter the fact to homicide** (later cleared).
- At **2:15:00**, Evans continues **pushing this conspiracy theory**, despite being repeatedly told to stop.
- **She made voice comparisons**, posted **mugshot images**, and manipulated **false evidence** to **spread this lie**.
- **Harassment extends to Danielle Allen and her family**, **dragging innocent people into her conspiracy theories**.
- **She has made hundreds of videos about this false claim, many of which are now hidden**.

## 7. Evans is Still Obsessed (As of 2/22/2025)

- Despite me **not mentioning her or making videos about her**, Evans continues **creating new content**, spreading **new lies**, and discussing **Danielle Allen in a disturbing manner**.
- **Proof of our past interactions & how it all started:**
  - Direct Messages & First Video Breakdown

## Conclusion

- **Sybrena Evans (UnwineWithTeddy, AinatashaTheMachine, RunTellThatToo) is a stalker** with a documented **three-year history of harassment**.
- **She links up with violent individuals (Donat Ricketts & Marquisio Watson) to harass, defame, and threaten me**.
- **She runs multiple channels dedicated to stalking and harassing me** and hides videos **to avoid accountability**.
- **She has fabricated and spread a false identity conspiracy, falsely accusing me of being Danielle Allen** (timestamp **2:15:00**).
- **Engages in doxxing, false accusations, impersonation, and conspiracy-fueled harassment**.
- **Has ignored multiple cease-and-desist notices**.
- **Her obsessive behavior is ongoing**.

**Investigator Reference**

- **Evans' YouTube Channels:**
    - UnwineWithTeddy
    - AinatashaTheMachine
    - RunTellThatToo
- **Evidence Video:** See attached

 TED.mp4

 4o

[Quoted text hidden]

---

**Lehman, Meghan (LARA)** <LehmanM4@michigan.gov>                    Tue, Feb 25, 2025 at 3:56 PM
To: DANIELLE ROBERTSON <danimontana2022@gmail.com>

Received. Thanks very much.

**From:** DANIELLE ROBERTSON <danimontana2022@gmail.com>
**Sent:** Monday, February 24, 2025 5:26 PM
**To:** Lehman, Meghan (LARA) <LehmanM4@michigan.gov>
**Subject:** Re: LARA Allegation #56-24-003982

---

**CAUTION: This is an External email. Please send suspicious emails to** abuse@michigan.gov

---

[Quoted text hidden]

---

**DANIELLE ROBERTSON** <danimontana2022@gmail.com>                    Tue, Feb 25, 2025 at 7:30 PM
To: "Lehman, Meghan (LARA)" <LehmanM4@michigan.gov>

This is another channel that she created. Although she hid all the videos, the bio and community posts are still up. It's called DforDanielle
https://www.youtube.com/@DForDanielle/community

## About                                                                  ✕

*DForDanielle*  @*DForDanielle*

Welcome to *DForDanielle*, where we dive deep into unsolved mysteries and investigative stories. Here, we explore the intriguing narrative of a real *Danielle*, a woman once charged as an Accessory After the Fact in the tragic case of a 4-month-old infant's death—a charge later dismissed by Lake Charles Police. While no definitive link between her and the anonymous *DForDanielle* has been proven, compelling questions remain.

Join us as we follow clues, analyze evidence, and seek answers to illuminate the mystery surrounding these stories. Together, let's explore the truth behind the shadows and see where the trail leads.

#*DForDanielle* #TruthTeller #IdentifyTheVoice #Unmasking

## Links



**CashApp**
cash.app/$MessyDani ✓

## About                                                                  ✕

cash.app/$MessyDani ✓

**Instagram**
instagram.com/messydani ✓

**Stationhead**
stationhead.com/dfordanielle ✓

## Channel details

✉  unwinewithteddy@gmail.com

🌐  www.youtube.com/@DForDanielle

🗣  186 subscribers

ⓘ  Joined Sep 19, 2023

↪ **Share channel**        ⚑ **Report user**

[Quoted text hidden]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SYBRENA EVANS, Plaintiff/Counter-Defendant

v.

DANIELLE ROBERTSON, et al., Defendants

Case No. 5:24-cv-13435-JEL-EAS
Hon. Judith E. Levy
Mag. Judge Elizabeth A. Stafford

# EXHIBIT B

## May 5, 2026 Formal Retraction and Correction Demand Under Michigan Defamation Law

Sent to UNWINEWITHTEDDY@gmail.com; MCL 600.2911

# Formal Retraction and Correction Demand Under Michigan Defamation Law

From    D.R.

To      UNWINEWITHTEDDY@GMAIL.COM

Date    Tuesday, May 5th, 2026 at 9:19 AM

This email serves as a formal demand for retraction and correction under Michigan defamation law, including MCL 600.2911.

I have previously sent cease-and-desist communications demanding that you stop making false statements about me, my identity, my online presence, my associates, and/or my brand. However, Michigan law specifically addresses retraction and correction in defamation matters, so this notice is intended to serve as a formal retraction and correction demand.

You have published and republished false and defamatory statements about me, my identity, my online presence, my associates, and/or my brand. These statements have been made through videos, verbal statements, captions, hashtags, tags, comments, posts, livestreams, and other online publications.

I demand that you retract and correct the following false statements, labels, accusations, and implications concerning me, my identity, my online presence, and/or my brand:

1. That I hacked you.
2. That I hacked other people.
3. That I use my website to hack people.
4. That I can get people's exact addresses through my website.
5. That I use my website or online presence to dox people.
6. That I have access to government databases.
7. That I use government databases to dox people.
8. That I obtain or use government database information to locate, identify, expose, threaten, harass, or dox people.
9. That I sent people to stalk you.
10. That I directed, encouraged, paid, coordinated, or caused unknown men or any other persons to follow you, monitor you, approach you, intimidate you, or interfere with you in real life.
11. That I called your phone.
12. That I repeatedly called your phone.
13. That I harassed you by phone.
14. That I caused others to call your phone.
15. That I spoofed calls to your phone.
16. That I committed DUI, was involved in a DUI, was connected to a DUI, or am the person you have associated with DUI allegations.
17. That I was an accessory after the fact, obstructed justice, helped cover up a crime, or was connected to any accessory-after-the-fact allegation.
18. That I was involved in, responsible for, or associated with child homicide, the death of a child, or any related allegation.
19. That I use drugs.

20. That I am involved in financial scams.
21. That I am involved in money laundering.
22. That I am part of, affiliated with, acting with, acting for, or involved in "the Dirty 40."
23. That "the Dirty 40" is a criminal organization, racketeering group, RICO-type enterprise, or coordinated criminal group involving me.
24. That I am part of a "troll farm," operate a troll farm, work with a troll farm, or participate in coordinated online harassment.
25. That I am a "goon," hired goon, internet goon, or part of any group of people used to threaten, harass, intimidate, stalk, or attack you or anyone else.
26. That I engage in sex work.
27. That I engage in prostitution.
28. That I engage in escorting.
29. That I engage in illegal sexual activity.
30. That I engage in sexual misconduct.
31. That my brand, business identity, online identity, alias, username, platform presence, associates, followers, customers, or business contacts are involved in hacking, website hacking, doxing, use of government databases to dox people, phone harassment, sending people to follow you, DUI allegations, accessory-after-the-fact allegations, child-homicide-related allegations, drug-use allegations, financial scams, money laundering, "the Dirty 40," a troll farm, goons, sex work, prostitution, escorting, illegal sexual activity, or sexual misconduct.
32. That I am the person you have misidentified in connection with the allegations listed above.
33. That "#DForDanielle," or any similar hashtag, tag, caption, identifier, phrase, video description, comment, or label, truthfully identifies me, my brand, or my online presence as connected to the allegations listed above.
34. That any continued hashtag, tag, caption, video, comment, repost, livestream, message, or verbal statement truthfully associates me or my brand with hacking, website hacking, doxing, government database access, phone harassment, sending people to follow you, DUI allegations, accessory-after-the-fact allegations, child-homicide-related allegations, drug-use allegations, financial scams, money laundering, "the Dirty 40," troll farms, goons, sex work, prostitution, escorting, illegal sexual activity, or sexual misconduct.

These statements and implications are false. Your use of videos, verbal statements, captions, hashtags, tags, comments, repeated references, and association-based statements has misidentified me and associated me and/or my brand with false criminal, sexual, reputational, and business-damaging accusations.

These statements are especially serious because several of them accuse or imply criminal conduct. Under Michigan defamation law, statements imputing the commission of a crime are defamatory per se. Your accusations that I hacked people, use my website to hack people, use my website to get people's exact addresses, use government databases to dox people, sent people to stalk or follow you, harassed you by phone, participated in DUI-related conduct, acted as an accessory after the fact, was involved in child-homicide-related allegations, used drugs, participated in financial scams, participated in money laundering, or was involved in a criminal organization or RICO-type activity through "the Dirty 40" are false and defamatory.

I have repeatedly denied these accusations and have informed you that these statements and implications are false. Despite that notice, you have continued to publish, repeat, imply, and associate me and/or my brand with these accusations.

Your conduct has not been limited to isolated statements. Over the last four years, you have engaged in a continuing pattern of unwanted contact, unwanted tagging, unwanted attachments, misidentification, and defamatory publication concerning me, my identity, my online presence, my associates, and/or my brand.

This conduct includes, but is not limited to:

1. tagging me in posts, videos, captions, comments, hashtags, and other online publications;
2. tagging or referencing my associates, followers, business contacts, customers, collaborators, and/or accounts connected to me;
3. attaching me, my brand, or my associates to defamatory videos, hashtags, captions, comments, and the accusations listed above;
4. using "#DForDanielle" or similar hashtags, labels, captions, tags, or identifiers to misidentify me and associate me or my brand with the accusations listed above;
5. accusing or implying that I have access to government databases and use government databases to dox people;
6. accusing or implying that I use my website to hack people, obtain people's exact addresses, or dox people;
7. accusing or implying that I sent unknown men or other persons to follow, monitor, intimidate, or interfere with you in real life;
8. accusing or implying that I called, repeatedly called, spoofed, or harassed you by phone when I did not do so;
9. accusing or implying that I use drugs;
10. accusing or implying that I am involved in financial scams or money laundering;
11. accusing or implying that "the Dirty 40" is a criminal organization, racketeering group, RICO-type enterprise, or coordinated criminal group involving me;
12. attempting to join, access, monitor, bypass, or invade spaces, platforms, groups, memberships, websites, or accounts after access was denied, restricted, blocked, banned, or made unwelcome;
13. continuing to reference, tag, attach, identify, misidentify, or publish about me and my brand after being told to cease;
14. publishing or republishing defamatory videos, verbal statements, captions, tags, hashtags, comments, and posts repeating the accusations listed above.

This repeated unwanted conduct, including tagging, unwanted attachments, attempted membership joins, attempts to bypass or invade website bans, website-hacking accusations, government-database accusations, doxing accusations, phone-call accusations, real-life following accusations, drug-use accusations, financial-scam accusations, money-laundering accusations, "Dirty 40" criminal-organization accusations, and repeated defamatory videos and posts, constitutes a continuing course of harassment. It has caused reputational harm, business harm, emotional distress, and interference with my brand, online presence, associates, and relationships.

I demand that you immediately:

1. retract and correct each of the false statements and implications listed above;
2. remove or disable access to all videos, posts, captions, tags, hashtags, comments, livestreams, and other publications making, repeating, implying, or republishing those statements;
3. stop using "#DForDanielle" or any similar hashtag, tag, caption, identifier, label, phrase, or wording to identify, misidentify, reference, or associate me or my brand with those accusations;
4. stop tagging me, my brand, my associates, my followers, customers, business contacts, collaborators, or accounts connected to me in posts, videos, captions, comments, hashtags, or statements concerning those accusations;
5. stop contacting me directly or indirectly, including through tags, hashtags, comments, attachments, messages, associates, followers, customers, platforms, memberships, websites, or third parties;
6. stop attempting to access, join, monitor, bypass, or invade websites, groups, memberships, accounts, platforms, or online spaces connected to me or my brand after access has been denied, restricted, blocked, banned, or made unwelcome;

7. publish the retraction and correction in substantially the same manner, format, platform, visibility, and audience as the original publications, including videos, posts, captions, hashtags, tags, livestreams, and any platforms where the accusations were made;

8. preserve all evidence, including videos, posts, captions, hashtags, tags, comments, drafts, deleted content, messages, emails, metadata, analytics, communications with third parties, membership join attempts, website access attempts, ban-related records, platform records, phone-call accusations, alleged call logs, alleged reports, alleged witness communications, alleged government-database accusations, alleged website-hacking accusations, alleged address-obtaining accusations, alleged doxing accusations, alleged drug-use accusations, alleged financial-scam accusations, alleged money-laundering accusations, alleged "Dirty 40" accusations, and all records concerning me, my brand, "#DForDanielle," "troll farm," "goon," "Dirty 40," sex work allegations, hacking allegations, website-hacking allegations, doxing allegations, government-database allegations, phone-harassment allegations, DUI allegations, accessory-after-the-fact allegations, child-homicide-related allegations, drug-use allegations, financial-scam allegations, and money-laundering allegations.

This demand applies to your prior publications as well as your newer and continuing videos, posts, captions, hashtags, tags, verbal statements, unwanted contacts, unwanted attachments, attempted membership joins, access attempts, phone-call accusations, website-hacking accusations, doxing accusations, government-database accusations, real-life following accusations, drug-use accusations, financial-scam accusations, money-laundering accusations, "Dirty 40" criminal-organization accusations, and republications. Any continued publication, republication, tagging, hashtag use, contact, attachment, access attempt, or repetition of these false accusations after this notice may be used as evidence of willfulness, malice, bad faith, reckless disregard, harassment, and intentional or reckless infliction of emotional distress.

No further direct discussion is requested or invited. You do not need to contact me to debate, explain, justify, argue, or repeat the accusations. The only actions demanded are retraction, correction, removal, preservation of evidence, cessation of further defamatory publication or republication, and cessation of further unwanted contact or attempted access.

Nothing in this notice waives any rights, claims, defenses, counterclaims, damages, requests for injunctive relief, or remedies, all of which are expressly reserved.

Dated: May 5, 2026

Sent pursuant to Michigan law, including MCL 600.2911, as a formal demand for retraction and correction before the filing of any defamation claim, counterclaim, or related request for damages.