**EXHIBIT C**

| Date | Type | Notice / representative publication | Channel-identifier evidence | Source |
|---|---|---|---|---|
| Oct. 21, 2024 | **VIDEO [@]** | YOU NEED TO ANSWER YOUTUBE'S QUESTIONS | @TruthTellerDani; @DaniMontanaTV; @DaniRobertson | RTT / Fig. C |
| Nov. 7, 2024 | **VIDEO [@]** | Suspicious Emails "THINK ABOUT IT?" | @TruthTellerDani; @DaniMontanaTV; #DaniRobertson | RTT |
| Jan. 15, 2025 | VIDEO | NightTalk \| DForDeadline "STILL WAITING" | #DanielleRobertson | PL |
| May 7, 2025 | VIDEO | TruthTellerDani Hit The Cash App "AnalyzeThisMess" | #DaniRobertson; #TruthTellerDani | PS / Fig. E |
| May 15, 2025 | **VIDEO [@]** | DForDiscover This "AnalyzeThisMess" | @DaniRobertson; @TruthTellerDani; @DaniMontanaTV | PS / Fig. D |
| **June 21, 2025** | **CEASE #6** | **Sixth written cease-and-desist notice** | **Written notice** | WN |
| Aug. 24, 2025 | **VIDEO [@]** | DForDestruction II "THE BLACK TEA SECTOR" AnalyzeThisMess | @DaniRobertson; @TruthTellerDani; @DaniMontanaTV | PL |
| Sept. 26, 2025 | VIDEO | DForDecision: The Court's Response | #DaniRobertson; #TruthTellerDani; #DaniMontanaTV | PL |
| Dec. 8, 2025 | VIDEO | DForDeep6 Part 1 | #DaniRobertson; #TruthTellerDani | PL |
| Jan. 6, 2026 | VIDEO | UNWINEWITHTEDDY \| NightTalk | #DaniRobertson | PL |
| Apr. 24, 2026 | VIDEO | MessyMocha on RunTellThatToo | #DaniRobertson | PL |
| **May 5, 2026** | **RETRACTION DEMAND** | **Formal publication-focused retraction/correction demand (additional notice beyond the six cease-and-desists)** | **Formal notice** | Ex. B |
| May 22, 2026 | VIDEO | DForDiscoveryDeadline | #DaniRobertson | PL |
| Jul. 23, 2026 | VIDEO | AnalyzeThisMess: DForDidIOverlookSomething? | #DaniRobertson; #TruthTellerDani | PL |
| Jul. 24, 2026 | VIDEO | MessyMocha: Evans v Robertson ECF 173 Docket Review | #DaniRobertson; #TruthTellerDani | PL |
| Jul. 26, 2026 | VIDEO | AnalyzeThisMess: DForDon'tWantToUnderstand | #DaniRobertson; #TruthTellerDani | PL |
| Aug. 7, 2026 | VIDEO | Recap Court Recommends Default Judgment Pt. 1 \| Evans v. Robertson | #DaniRobertson | PL |
| Aug. 7, 2026 | VIDEO | Recap Court Recommends Default Judgment Pt. 2 \| Evans v. Robertson | #DaniRobertson | PL |

## SUPPLEMENTAL VERIFIED COMMUNITY-POST DIRECT ACCOUNT MENTIONS — NOT INCLUDED IN VIDEO-LEDGER COUNTS

August 16, 2025 — AiNatashaTheMachine Community Post. Literal account mentions: @DaniRobertson, @DaniMontanatv, and @TruthTellerDani. The same post also identified @DForDanielle, @UNWINEWITHTEDDY, @RunTellThatToo, and @AiNatasha007 and used #IdentifyTheVoice, #DontRunNow, #USMarshals, and #FBI. This community-post entry is not included in the video/livestream period totals above.

August 16, 2025 — DForDanielle Community Post. In a separate same-day publication, the DForDanielle account stated in substance, "Hey MOB! Checked...Receipts Are In," and expressly included the literal account mentions @DaniRobertson, @DaniMontanatv, and @TruthTellerDani, together with #UNWINEWITHTEDDY and #RunTellThatToo. This is a separate publication from the AiNatashaTheMachine post and is not included in the video/livestream period totals above.

September 12, 2025 — YouTube Community Posts. Literal account mentions: @DaniRobertson and @TruthTellerDani in separate preserved community posts, including posts concerning alleged PayPal activity and Joy Ferguson. These community-post entries are not included in the video/livestream period totals above.

October 12, 2025 — YouTube Community Post. Literal account mention: @DaniRobertson. This community-post entry is not included in the video/livestream period totals above.

Source key: PL = Counter-Plaintiff's preserved publication ledger compiled from platform screenshots and records; RTT = preserved RunTellThatToo YouTube search capture; PS = preserved platform page/screenshot; WN = preserved written notice. The underlying source records are preserved and will be produced as required through discovery, evidentiary proceedings, or further order of the Court.

**EXHIBIT C**

**Figure A - Direct @DaniRobertson use after Cease #3**




Caption: Preserved RunTellThatToo search results show Apr. 22, 2023 and Apr. 6, 2023 publications using @DaniRobertson in the title and description; the same capture also shows a Feb. 7, 2024 result using @DaniRobertson in the description.

Image reproduced from the preserved platform capture and scaled or cropped solely for legibility; no substantive content within the displayed portion was altered.

**EXHIBIT C**

**Figure B - Repeated @DaniRobertson titles in December 2023**




**Caption:** Preserved RunTellThatToo results dated Dec. 15, Dec. 17, and Dec. 19, 2023 visibly place @DaniRobertson in the video titles and/or description text. Image reproduced from the preserved platform capture and scaled or cropped solely for legibility; no substantive content within the displayed portion was altered.

**EXHIBIT C**

**Figure C - Direct account identifiers after Cease #5**




Caption: Preserved RunTellThatToo search results show post-Sept. 11, 2024 publications continuing to use Robertson-associated account identifiers, including @DaniRobertson in the title of "YOU'VE BEEN CHECKED" and @TruthTellerDani in visible description text.

Image reproduced from the preserved platform capture and scaled or cropped solely for legibility; no substantive content within the displayed portion was altered.

**Figure D - May 15, 2025 Direct Account Mentions After Multiple Cease Notices**

Show chat replay

**UNWINEWITHTEDDY | DForDiscover This "AnalyzeThisMess"... Because Somebody Has To Say It!**

UNWINEWITHTEDDY
4.88K subscribers

Join Subscribe Remix 17 0 Share ...

37 views May 15, 2025 #unwinewithteddy #danirobertson #truthtellerdani
UNWINEWITHTEDDY | DForDiscover This "AnalyzeThisMess"... Because Somebody Has To Say It!
#unwinewithteddy #danirobertson #truthtellerdani
"Welcome to AnalyzeThisMess, where the receipts are real, and the masks come off! Tonight, the court has spoken— the cloak of anonymity is slipping, and time is ticking. So, is John really Doe? Or is Doe really ???? Either way, the truth is circling in, and somebody's about to get unmasked. Let's break it down—because somebody had to say it!"
#analyzethismess #dfordanielle #runtellthattoo #cashapp #youtube
@danirobertson @truthtellerdani @danimontanatv

**Transcript**

Follow along using the transcript.

Caption: The preserved May 15, 2025 YouTube page for DForDiscover This "AnalyzeThisMess" expressly lists @danirobertson, @truthtellerdani, and @danimontanatv in the description after multiple written cease-and-desist notices.

Image reproduced from the preserved platform capture and scaled or cropped solely for legibility; no substantive content within the displayed portion was altered.

**EXHIBIT C**

**Figure E - May 7, 2025 identifier use**




**Caption:** The May 7, 2025 YouTube page visibly displays both #danirobertson and #truthtellerdani in the publication metadata.

Image reproduced from the preserved platform capture and scaled or cropped solely for legibility; no substantive content within the displayed portion was altered.

## NOTES ON SCOPE AND INTERPRETATION

- This exhibit is a chronological demonstrative and roadmap to the preserved source records. It does not assert that the use of a name, hashtag, or @ handle by itself establishes an independent cause of action.
- The exhibit is designed to show sequence: publication using a channel identifier, written notice demanding cessation, and later publications continuing to use one or more of the same identifiers.
- Facebook and X/Twitter records are not added to the YouTube period counts. Selected preserved cross-platform records are included to show dissemination and repeated use of the same identifiers across platforms.
- The April 24, 2024 notice was more specific than the earlier notices concerning the disputed identity narrative and direct tagging. The May 5, 2026 retraction/correction demand is listed separately because it was not one of the six cease-and-desist notices.
- Where the underlying evidence showed only a hashtag, the exhibit says hashtag. Where it showed a literal @ mention, the exhibit says @ mention. The exhibit does not convert hashtags into direct account mentions.
- Volume counts distinguish unique publications from identifier occurrences. The 291 scoped video/livestream records are counted once each; the 402 figure counts distinct target identifiers appearing within those publications. The separate 50-video exact-#DForDanielle audit overlaps the video ledger and is not additive.
- The underlying screenshots, videos, metadata captures, and written notices are preserved. This summary is offered as a roadmap to those source records and does not replace the underlying evidence.
- The April 24, 2024 notice contemporaneously asserted that more than 200 DForDanielle-associated/tagged publications had been documented. That asserted aggregate is preserved as notice evidence and is not substituted for the narrower ledger counts summarized in this exhibit.

**EXHIBIT C**

# APPENDIX A - CROSS-PLATFORM PUBLICATION / BROADCAST TITLE INDEX

These records are included to show that the same account identifier was used in preserved YouTube titles/descriptions, X/Twitter broadcast posts, and a Facebook event/broadcast promotion. X/Twitter and Facebook rows are not counted as additional YouTube videos in the period totals.

| Date | Platform | Title / broadcast text as preserved | Identifier evidence | Source image |
|---|---|---|---|---|
| Apr. 6, 2023 | YouTube - RunTellThatToo | @DaniRobertson \| YOUTUBE AIN'T YOUR DADDY "Or Your Momma Too" Receipts Hunty! \| @RunTellThatToo | @DaniRobertson appears in the title and description | Preserved YouTube screenshot (Fig. A) |
| Apr. 22, 2023 | YouTube - RunTellThatToo | RunTellThatToo @DaniRobertson ALL IN THE FAMILY "Analyze This" MYSTERY CLUE #14 \| I Did It For Love! | @DaniRobertson appears in the title and description | Preserved YouTube screenshot (Fig. A) |
| Apr. 24, 2023 | X/Twitter - @unwinewithteddy | Messy Mocha \| GOOD MORNING BOYS and GIRLS @DaniRobertson Pop Quiz "Analyze This" \| @UNWINEWITHTEDDY | Direct @DaniRobertson in the X/Twitter broadcast post | Preserved X/Twitter capture (Fig. F) |
| May 4, 2023 | X/Twitter - @unwinewithteddy | @DaniRobertson I DID IT FOR LOVE Pt. 2 "Analyze This" Monica Monica \| @UNWINEWITHTEDDY | Direct @DaniRobertson in the X/Twitter broadcast post | Preserved X/Twitter capture (Fig. F) |
| May 4, 2023 | X/Twitter - @unwinewithteddy | Messy Mocha \| @DaniRobertson DO NAT DO DIS "Analyze This" What Did I Wake Up Do? \| @UNWINEWITHTEDDY | Direct @DaniRobertson in the X/Twitter broadcast post | Preserved X/Twitter capture (Fig. F) |
| May 5, 2023 | X/Twitter - @unwinewithteddy | WILL THE REAL @DaniRobertson PLEASE STAND UP "Analyze This" Activist/Agitator \| @UNWINEWITHTEDDY | Direct @DaniRobertson in the X/Twitter broadcast post | Preserved X/Twitter capture (Fig. G) |
| May 23, 2023 | X/Twitter - @unwinewithteddy | @DaniRobertson NARCISSISM AND NARCISSISTIC RAGE "Analyze This" Dirty Delete \| @UNWINEWITHTEDDY | Direct @DaniRobertson in the X/Twitter broadcast post | Preserved X/Twitter capture (Fig. G) |
| Jun. 1, 2023 | X/Twitter - @unwinewithteddy | @DaniRobertson SILKY TAROT GONE WRONG "Analyze This" Monica Monica Monica \| @UNWINEWITHTEDDY | Direct @DaniRobertson in the X/Twitter broadcast post | Preserved X/Twitter capture (Fig. G) |
| Jun. 3, 2023 | X/Twitter - @unwinewithteddy | @DaniRobertson SELECTIVE REASONING "Analyze This" Only Heinous Crimes Matter \| @UNWINEWITHTEDDY | Direct @DaniRobertson in the X/Twitter broadcast post | Preserved X/Twitter capture (Fig. G) |
| Jul. 20, 2023 | Facebook | DANIELLE ELIZABETH @DANIROBERTSON Mystery Clue #22 "Analyze This" RealCommentary \| @UNWINEWITHTEDDY | Facebook event-cover update visibly names @DANIROBERTSON | Preserved Facebook capture (Fig. H) |
| Dec. 15, 2023 | YouTube - RunTellThatToo | @HearHerTV3 "I'M ABSOLUTELY POSITIVE @DaniRobertson Knows Who I Am" @RunTellThatToo. RealCommentary | @DaniRobertson appears in the title and description | Preserved YouTube screenshot (Fig. B) |
| Dec. 17, 2023 | YouTube - RunTellThatToo | How @DaniRobertson HIJACKED JaguarWright & DalladelphiaTVNetwork.com @RunTellThatToo. RealCommentary | @DaniRobertson appears in the title and description | Preserved YouTube screenshot (Fig. B) |
| Dec. 19, 2023 | YouTube - RunTellThatToo | Listen Carefully \| COMPARE VOICE BOXES @DowntheRabbitHolenews vs. @DaniRobertson \| ... | @DaniRobertson appears in the visible title/description | Preserved YouTube screenshot (Fig. B) |
| Feb. 7, 2024 | YouTube - RunTellThatToo | @AllAboutTheTrees "DANI WE KNEW THE MUGSHOT WAS NOT HHTV" @RunTellThatToo. #Shorts | Description states "D For Danielle aka @DaniRobertson" | Preserved YouTube screenshot (Fig. A) |
| May 7, 2025 | YouTube - UNWINEWITHTEDDY | UNWINEWITHTEDDY \| TruthTellerDani Hit The Cash App "AnalyzeThisMess"...Because Someone Had To Say It! | #danirobertson and #truthtellerdani appear in metadata | Preserved YouTube screenshot (Fig. E) |

## APPENDIX B - RUNTELLTHATTOO #DANIROBERTSON SEARCH-CAPTURE TITLE INDEX

The following table lists unique titles from the preserved RunTellThatToo YouTube search capture that remain within the current exhibit scope. Duplicate appearances of the same title on multiple search pages are listed once. Entries outside the operative pleading's current scope are intentionally omitted. The capture itself is dated May 2, 2025 and displays a search for #danirobertson.

* Where the May 2, 2025 capture displayed only a relative date, an exact date is supplied only when a matching title in the preserved publication ledger already contained an exact calendar date. Entries that could not be safely resolved remain stated as relative dates.

| Date shown / documented | Platform | Complete title as shown | Capture context |
|---|---|---|---|
| Feb 14, 2024 | YouTube - RunTellThatToo | Cups Of Conversations "TEDDY GO BACK TO THE BEGINNING YOU'RE ON IT" @RunTellThatToo. RealCommentary | RunTellThatToo YouTube search capture for #danirobertson, p. 4; no target identifier is visible in the shown title/description snippet, so this row is not used as a direct-tag example |
| Sep 12, 2024 | YouTube - RunTellThatToo | MessyMocha ☕ \| Hey MOB! "GET IN HERE" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Sep 12, 2024 | YouTube - RunTellThatToo | NightTalk • \| Spooked? "YOUR SLIP IS SHOWING" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Sep. 13, 2024* | YouTube - RunTellThatToo | MessyMocha ☕ \| Hey MOB! "CHECKING IN" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Sep. 13, 2024* | YouTube - RunTellThatToo | NightTalk • \| Hey MOB! "GATHER ROUND" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Sep. 14, 2024* | YouTube - RunTellThatToo | NightTalk • \| "RUN RUN RUN BUT YOU SURE CAN'T HIDE" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Sep. 15, 2024* | YouTube - RunTellThatToo | NightTalk • \| "WAIT ON IT" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Sep 16, 2024 | YouTube - RunTellThatToo | MochaMeltdown \| DForDiscipline "TEACH CHILDREN MANNERS or REINFORCE BAD BEHAVIOR?" @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Sep. 16, 2024* | YouTube - RunTellThatToo | NightTalk • \| "THE U.S. MARSHALS ARE ON THEIR WAY" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Sep 17, 2024 | YouTube - RunTellThatToo | MochaMeltdown ☕ \| U. S. Marshals "KNOCK KNOCK KNOCK" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Sep. 18, 2024* | YouTube - RunTellThatToo | NightTalk • \| Email "LET'S LOOK AT YOUTUBE RECEIPTS ALANA" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |

**EXHIBIT C**

| Date shown / documented | Platform | Complete title as shown | Capture context |
|---|---|---|---|
| Sep 20, 2024 | YouTube - RunTellThatToo | MessyMocha \| "DEFLECTION PROJECTION WON'T STOP U.S. MARSHAL SERVICE" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Sep. 24, 2024 | YouTube - RunTellThatToo | MessyMocha \| "LOOK WHO'S COMPLAINING?" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Sep 20, 2024 | YouTube - RunTellThatToo | MochaMeltdown \| "SAY MY NAME THAT'S NOT MY NAME" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Sep. 21, 2024* | YouTube - RunTellThatToo | NightTalk \| "WHAT'S DONE IN THE DARK" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Sep 22, 2024 | YouTube - RunTellThatToo | MochaMeltdown \| Dani Robertson "TACTICS OF AVOIDANCE" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Sep 22, 2024 | YouTube - RunTellThatToo | MochaMeltdown \| Jesus Take The Wheel "DForDANIELLE DForDISSONANCE" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Sep. 22, 2024* | YouTube - RunTellThatToo | NightTalk \| Diddy Drama "KIM'S LOST WORDS" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Sep 23, 2024 | YouTube - RunTellThatToo | MessyMocha \| "IT IS MESSY MONDAY RIGHT?" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 4 |
| Sep. 25, 2024* | YouTube - RunTellThatToo | MessyMocha \| "COUNTING DOWN THE DAYS" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Sep 26, 2024 | YouTube - RunTellThatToo | MochaMeltdown \| "IT'S THE LAUGHTER" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Sep 26, 2024 | YouTube - RunTellThatToo | MochaMeltdown \| "TOLD YOU SO HOW YOU GONNA GET AROUND THIS? AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Sep. 27, 2024* | YouTube - RunTellThatToo | MessyMocha \| "STILL WAITING?" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Sep 27, 2024 | YouTube - RunTellThatToo | MochaMeltdown \| @DaniRobertson "YOU'VE BEEN CHECKED" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Sep. 27, 2024* | YouTube - RunTellThatToo | NightTalk \| "Oops! CATCH ME IF YOU CAN" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Sep 28, 2024 | YouTube - RunTellThatToo | NightTalk \| "DIDN'T CHA KNOW" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Sep 29, 2024 | YouTube - RunTellThatToo | MochaMeltdown \| Dani Robertson"DForDelawareRegisteredAgent" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Sep 30, 2024 | YouTube - RunTellThatToo | Hey MOB! "GET IN HERE" \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Sep. 30, 2024* | YouTube - RunTellThatToo | NightTalk \| "SO THIS WHAT WE GON DO" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Oct. 1, 2024* | YouTube - RunTellThatToo | MochaMeltdown \| "RIP RUNNERS LET'S GO!" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Oct. 9, 2024* | YouTube - RunTellThatToo | MessyMocha \| "MORNING VIBES AND ELECTION TALK" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Oct 14, 2024 | YouTube - RunTellThatToo | NightTalk \| Dani Robertson 'DON'T RUN NOW" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Oct 20, 2024 | YouTube - RunTellThatToo | MessyMocha \| Good Morning MOB! "LET'S TALK FOR A MOMENT" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Oct 20, 2024 | YouTube - RunTellThatToo | NightTalk \| "NOW YOU SEE IT NOW YOU DON'T" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Oct. 21, 2024* | YouTube - RunTellThatToo | MochaMeltdown \| "FAKE PEOPLE SHOWING FAKE LOVE TO YOU" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Oct 21, 2024 | YouTube - RunTellThatToo | NightTalk \| Dani Robertson "YOU NEED TO ANSWER YOUTUBE'S QUESTIONS" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Oct 22, 2024 | YouTube - RunTellThatToo | MessyMocha \| @RipRunners "YOU'VE GOTTA BE QUICK" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Oct 28, 2024 | YouTube - RunTellThatToo | NightTalk \| Unmasking "HOW GOOGLE & REGISTERED AGENTS RESPOND TO SUBPEONAS" I @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Nov. 1, 2024* | YouTube - RunTellThatToo | MessyMocha \| Ragin Cajun "LET'S MAKE IT QUICK" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Nov 7, 2024 | YouTube - RunTellThatToo | NightTalk \| Suspicious Emails "THINK ABOUT IT? AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| Nov 11, 2024 | YouTube - RunTellThatToo | MessyMocha \| I'll Speak Up "WHAT A MESS" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Nov 11, 2024 | YouTube - RunTellThatToo | NightTalk \| "WHAT JUST HAPPENED AND WHY? AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Nov 12, 2024 | YouTube - RunTellThatToo | NightTalk \| Countdown "GOOGLE GOOGLE GOOGLE" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Nov 13, 2024 | YouTube - RunTellThatToo | NightTalk \| "STAY RIGHT THERE DON'T BOW TO PRESSURE" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Nov. 14, 2024* | YouTube - RunTellThatToo | MessyMocha \| "CHESS ANYONE? YOUR MOVE" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |

**EXHIBIT C**

| Date shown / documented | Platform | Complete title as shown | Capture context |
|---|---|---|---|
| Nov. 14, 2024* | YouTube - RunTellThatToo | NightTalk • \| "LET'S JUST KICK BACK AND WAIT" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |
| Nov. 23, 2024* | YouTube - RunTellThatToo | MessyMocha • \| Let's Find Out "HOW DID I MISS THIS?" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| 7 months ago | YouTube - RunTellThatToo | MochaMeltdown • \| Dani Robertson "WHAT YOU GONNA DO?" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 1 |
| 7 months ago | YouTube - RunTellThatToo | MochaMeltdown • \| Danielle "BAD BOTS AND BAD BEHAVIOR" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| 7 months ago | YouTube - RunTellThatToo | MochaMeltdown • \| DingDong "WHO'S THAT RINGING MY BELL?" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 2 |
| Streamed 6 months ago | YouTube - RunTellThatToo | NightTalk • \| StoryTime "CLOCK TICKING" AnalyzeThis \| @UNWINEWITHTEDDY | RunTellThatToo YouTube search capture for #danirobertson, p. 3 |

* Where the May 2, 2025 capture displayed only a relative date, an exact date is supplied only when a matching title in the preserved publication ledger already contained an exact calendar date. Entries that could not be safely resolved remain stated as relative dates.

**EXHIBIT C**

**Figure F - X/Twitter broadcast posts directly using @DaniRobertson after Cease #3**




**Caption:** The preserved X/Twitter search capture shows Apr. 24 and May 4, 2023 broadcast posts directly using @DaniRobertson, including two separate May 4 titles.

Image reproduced from the preserved platform capture and scaled or cropped solely for legibility; no substantive content within the displayed portion was altered.

**EXHIBIT C**

**Figure G - Additional X/Twitter broadcast posts directly using @DaniRobertson**




**Caption:** The preserved X/Twitter capture shows May 5, May 23, June 1, and June 3, 2023 broadcast posts directly using @DaniRobertson.
Image reproduced from the preserved platform capture and scaled or cropped solely for legibility; no substantive content within the displayed portion was altered.

**Figure H - Facebook event/broadcast promotion using @DANIROBERTSON**

**Teddy** updated the event cover photo in **DANIELLE ELIZABETH @DANIROBERTSON Mystery Clue #22 "Analyze This" RealCommentary | @UNWINEWITHTEDDY.** · Follow

July 20, 2023 ·




Listen Like Comment Share

**Caption:** The July 20, 2023 Facebook event-cover update visibly identifies the event as DANIELLE ELIZABETH @DANIROBERTSON Mystery Clue #22 and displays the related cover image.

Image reproduced from the preserved platform capture and scaled or cropped solely for legibility; no substantive content within the displayed portion was altered.

## SUPPLEMENTAL SCOPE CLARIFICATION

- The cross-platform appendix is evidence of repeated dissemination or promotion using the same identifier. It does not treat an X/Twitter post or Facebook event promotion as an additional YouTube upload.
- The RunTellThatToo search-capture title index is included so that non-excluded titles visible in the supplied search evidence are not omitted merely because the main chronology uses representative examples.
- Where a title or description visibly shows a literal @ identifier, the exhibit identifies it as such. Where the record is only a captured search result or hashtag association, the exhibit does not relabel it as a direct @ mention.
- The six cease-and-desist dates and the May 5, 2026 retraction/correction demand remain the notice markers used in the main chronology. The underlying notices and source records are preserved.

**FIFTH NOTICE: CEASE AND DESIST**

**Date:** 09/11/2024
**By Email:**
**To:**
Sybrena Kenan
17710 Lake View Cir,
Northville, MI 48168-8506
UnWineWithTeddy@gmail.com
RFiga@DFLaw.com

Dear Ms. Kenan,

This letter serves as the fifth notice to immediately cease and desist all defamatory, harassing activities against and towards Danielle Robertson (Dani Robertson). Despite the previous notices, your actions have escalated, with 143 new videos and community posts tagging Danielle Robertson in an obsessive attempt to get her attention, which is clear unwanted contact.

It is evident that you have become fixated on accessing all private spaces owned by Ms. Robertson. Even after being explicitly asked to leave or having been blocked, you continue to circumvent these measures through various means, including excessive attempts to access Ms. Robertson's website after your IP address was blocked. You have admitted, as evidenced in attached audio, to traveling to public places such as libraries to evade these blocks, which constitutes stalking behavior.

Despite Ms. Robertson not producing content about you or responding to your actions, you continue your obsession. You have now also tagged her new channel in your videos, representing further unwanted communication. Moreover, you are fabricating lies and defamatory statements about Ms. Robertson, continuing to defame her character. It must be emphasized that this behavior is not mutual. You are the one initiating and persisting in these attempts to access her.

You have joined three of Ms. Robertson's memberships on YouTube, paying for access to her, knowing that she is unable to block you due to YouTube's platform restrictions. This is further evidence of your obsession and continued unwanted contact.

You have also begun stalking and harassing Ms. Robertson's moderators, friends, and subscribers due to their connection with her, adding them to a "hit list" and stalking their social media platforms. You have made threats to doxx or expose these individuals, which is clear harassment. Your actions are not only directed at Ms. Robertson but also at those who support her.

A restraining order was filed against you by Ms. Robertson; however, it was denied due to jurisdictional issues related to being out of state. Nevertheless, she is maintaining a paper trail of your continued stalking and harassment.

You are hereby directed to CEASE AND DESIST ALL DEFAMATION AND HARASSMENT OF DANIELLE ROBERTSON'S CHARACTER AND REPUTATION. Ms. Robertson is a respected professional in the community with a positive reputation built over years of service. Your actions have crossed into the realm of malicious defamation, harassment, and stalking.

Under Pennsylvania defamation laws and harassment statutes (Title 18 Pa.C.S.A. Crimes and Offenses § 2709), it is unlawful to engage in defamation and harassment that includes false statements communicated to others, injuring the reputation of the targeted individual.

Your defamatory, harassing behavior has included:

1. Accusing Ms. Robertson of crimes she did not commit.
2. Making over 620 defamatory videos about her, tagging her in videos that have no relevance to her, and defaming her character.
3. Impersonating her online to harass and profit from her likeness.
4. Repeatedly accessing spaces where she has clearly asked you not to enter, including her membership areas.
5. Attempting to connect your name to Ms. Robertson's through false tags and descriptions for financial gain.
6. Stalking and harassing Ms. Robertson's friends, moderators, and subscribers on social media and threatening to doxx or expose them.

Your obsessive, unwanted contact and tagging of Ms. Robertson, despite being asked to stop, constitutes stalking, harassment, and defamation. This letter serves as a final warning. You are directed to remove yourself from Ms. Robertson's private spaces, cease all tagging, and stop impersonating and defaming her for profit.

Additionally, you are required to immediately stop using Ms. Robertson's channel hashtags and stop using the "@" symbol to send her notifications. Sending unwanted notifications through tags in your videos and community posts constitutes stalking and harassment, which you frequently engage in. Tagging someone's username to send them a notification is unwanted contact, despite being asked to stop, and is in violation of Ms. Robertson's clear requests.

**Demands:**

- Immediately cease and desist all defamatory and harassing activities.
- Remove yourself from any private spaces owned or frequented by Ms. Robertson, including YouTube memberships.
- Cease all unwanted communication and contact, including the use of channel hashtags and "@" tags to send Ms. Robertson notifications.
- Stop falsely tagging her in videos and impersonating her likeness.
- Cease stalking, harassing, and threatening to doxx or expose Ms. Robertson's friends, moderators, and subscribers on all their social media platforms.

- Provide prompt written assurance within ten (10) days that you will comply with these demands.

Failure to comply with these demands will result in legal action. Attached is audio evidence of your admission to circumventing being blocked and traveling to access Ms. Robertson's private spaces. We recommend you consult an attorney regarding this matter.

Sincerely,
**Pro Se Litigant**

---

This letter is a confidential legal communication, not for publication. The contents are subject to common law copyright and cannot be reproduced without express written permission from the author.

Evidence of unwanted contact, defamation and harassment over the course of two-years.






Gmail [redacted] <[redacted]>

## CEASE AND DESIST: Sybrena Kenan

[redacted] <[redacted]> Sat, Sep 3, 2022 at 1:23 PM
To: [redacted]

Dear Ms. Kenan:

This letter serves as notice to you to immediately cease and desist all defamatory, harassing activities against and towards Danielle Robertson (Dani Robertson).

**ATTACHED DOCUMENT**

**SYBRENA KENAN -CEASE.pdf**
102K

Gmail [redacted] <[redacted]>

## CEASE AND DESIST: Sybrena Kenan Evans

[redacted] <[redacted]> Wed, Oct 5, 2022 at 1:14 AM
To: [redacted]

Dear Ms. Kenan:

This letter serves as notice to you to immediately cease and desist all defamatory, harassing activities against and towards Danielle Robertson (Dani Robertson).

**ATTACHED DOCUMENT**

---

**2 attachments**

**SYBRENA KENAN -CEASE 2nd notice (1).pdf**
1872K

**KENAN STATES INANIMATE OBJECTS WHISPER IN HER EAR.mp4**
8186K

Gmail [redacted] <[redacted]>

## CEASE AND DESIST: Sybrena Kenan Evans

[redacted] <[redacted]> Tue, Jan 31, 2023 at 4:33 PM
To: [redacted]

Dear Ms. Kenan:

This letter serves as notice to you to immediately cease and desist all defamatory, harassing activities against and towards Danielle Robertson (Dani Robertson). A copy has also been sent to the local police department.

**ATTACHED DOCUMENT**

**2 attachments**

**UnwinewithTeddy Oct 6-Dec 24.pdf**
16179K

**SYBRENA KENAN -CEASE 3.pdf**
8335K

Gmail [redacted] <[redacted]>

## CEASE AND DESIST: Sybrena N Evans

[redacted] <[redacted]> Tue, Apr 30, 2024 at 11:58 AM
To: [redacted]

Dear Ms. Evans

:

This letter serves as notice to you to immediately cease and desist all defamatory, harassing activities against and towards Danielle Robertson (Dani Robertson). A copy has also been sent to the local police department.

**ATTACHED DOCUMENT**

**SYBRENA KENAN -CEASE 4 - Copy (2)-compressed.pdf**
12473K

Gmail [redacted] <[redacted]>

## CEASE AND DESIST: Sybrena N Evans - fifth notice

[redacted] <[redacted]> Wed, Sep 11, 2024 at 2:01 PM
To: [redacted]

Dear Ms. Evans

:

This letter serves as notice to you to immediately cease and desist all defamatory, harassing activities against and towards Danielle Robertson (Dani Robertson). As well as all UNWANTED contact. A copy has also been sent to the local police department.

**ATTACHED DOCUMENT**

**2 attachments**

**Cease 5.pdf**
15850K

**NOT BEING TRACKED - EXCESSIVE CLICKS TO MY SITE LEADS TO IP BLOCK.mp3**
6924K

# EXHIBIT D



**AiNatashaTheMachine** 08/16/2024 (edited)

Hey CyberSquad! See what you missed last night on ***D For Danielle*** @MessyDani ? The Full Interrogation uninterrupted.
https://www.youtube.com/watch?v=2gTJR...



panel.dreamhost.com/index.cgi?tree=domain.registration

DreamHost

Search

AI

Hire a Pr

Home

Websites

Domain Names

Manage Registrations

Transfer Registrations

WordPress

Mail

Pro Services

Billing & Account

AI Tools BETA

Support

More

Or

# Manage Registered Domains

**Autopay Payment Method Not on File**

Enabling autorenew requires a valid payment method on file. Add Payment Method Now

| Domain | Modify Whois | Expires | Transfer Lock | Renewal |
|---|---|---|---|---|
| messydani.com | WhoIs Info | 2027-09-02 | Unlocked | Renewable on 2025-09-02 Why? |

DreamHost
Web Hosting
"We Host Your Dreams"

**Invoice #:** 2596681-2021-09-02-1
**Period:** Sep 02, 2021 - Sep 02, 2021

| Previous Balance | New Charges | New Payments | Last Payment Received | Balance Due | All Paid Up, |
|---|---|---|---|---|---|
| $0.00 | $12.94 | $12.94 | 2021-09-02 | $0.00 | Thank You! |

## Charges Levied During This Period

| Date Charged | Service | Charge |
|---|---|---|
| 2021-09-02 | "Shared Starter" (For service through 2021-10-01) | $4.95 |
| 2021-09-02 | "messydani.com 1 year registration" (For service through 2022-09-01) | $7.99 |

**Total Charged:** $12.94

## Payments Made During This Period

| Paid On | Payment Method | Payment ID | Payment |
|---|---|---|---|
| 2021-09-02 15:26:43 | ******6817 | 26028881 | $12.94 |

**Total Payments:** $12.94



DreamHost WebHosting, PMB #257, 417 Associated Rd., Brea, CA 92821 USA - https://www.dreamhost.com/ - billing@dreamhost.com

Gmail

# EXHIBIT E

## Your YouTube Account will be disabled in 7 days

1 message

**YouTube** <no-reply@youtube.com> Thu, Dec 12, 2024 at 7:16 PM
Reply-To: YouTube <no-reply@youtube.com>
To: for-the-basics-7544@pages.plusgoogle.com

YouTube

Hi DANI MONTANA,

We received a copyright removal request for your video. Based on applicable copyright law, we removed your video from YouTube:

**Video title:** DANI ROBERTSON AND JAGUAR WRIGHT SIDE, SHH: JAG FAKING - ROTTED ROOT WARRANT
**Video url:** https://www.youtube.com/watch?v=AjCZaPkEODY
**Removal request issued by:** Sybrena Kenan and Associates, Inc. dba/ UNWINEWITHTEDDY
**Contact info:** unwinewithteddy@gmail.com

**Video title:** DANI ROBERTSON: ADDRESSING THE BASICS: 5/29/2024
**Video url:** https://www.youtube.com/watch?v=UX7Qgbq0Gu8
**Removal request issued by:** Sybrena Kenan and Associates, Inc. dba/ UNWINEWITHTEDDY
**Contact info:** unwinewithteddy@gmail.com

**Video title:** DANI ROBERTSON AND JAGUAR WRIGHT SIDE SHH - LOOSE ENDS AND PSYCHOS
**Video url:** https://www.youtube.com/watch?v=uicvxu6Uyzg
**Removal request issued by:** Sybrena Kenan and Associates, Inc. dba/ UNWINEWITHTEDDY
**Contact info:** unwinewithteddy@gmail.com

**Video title:** DANI ROBERTSON! JAG ALGORITHM SHH: IF IT'S UP, THEN IT'S STUCK!
**Video url:** https://www.youtube.com/watch?v=thjqgNJ_zf8
**Removal request issued by:** UNWINEWITHTEDDY TOO
**Contact info:** unwinewithteddy@gmail.com

This means that your video can no longer be viewed on YouTube.

For more information about this removal request, please email **copyright@youtube.com**.

## You received a copyright strike

You now have **3 copyright strikes**. As a result, your channel is scheduled to be terminated in 7 days.

VIEW DETAILS

### How we process requests to remove content

We use a combination of **automated systems and human reviews** to process removal requests.

### What to do next

Your channel will remain live for the next 7 days to allow you to seek a resolution and keep your channel up. During this time, you will not be able to upload new videos and strikes on your channel will not expire.

- If you believe you're not at fault in one or more of the instances above, you can appeal by submitting a **counter notification**. Your ability to upload videos will be restored if your forwarded counter notifications bring your strike count under 3, and your channel won't be terminated while these counter notifications are processing. There may be severe legal consequences for submitting a counter notification with false information.
- You can also contact the party that removed your video and ask them to **retract** their removal request.
- **Learn more about your resolution options**.

Thanks,
The YouTube team

---

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2024 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066