2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
AUG 21 2026
CLERK'S OFFICE
DETROIT

SYBRENA EVANS,

Plaintiff

V.

Case No: 5:24-cv-13435
Hon. Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

DANIELLE ROBERTSON, et al.,

Defendants.

---

**PLAINTIFF'S NOTICE OF CLARIFICATION REGARDING (ECF NO. 188)**

---

Plaintiff Sybrena Evans, proceeding pro se, respectfully submits this Notice to clarify the scope of Plaintiff's Limited Objections filed at ECF No. 188.

ECF No. 188 presented Plaintiff's objections to specified portions of ECF Nos. 175 and 176. Plaintiff's references and limited objections concerning ECF No. 175 addressed matters expressly identified in ECF No. 188, including the relationship between the procedural posture described in ECF No. 175 and Plaintiff's objections to ECF No. 176, as well as the limited attorney-fee issue separately identified therein.

ECF No. 188 was not intended to constitute Plaintiff's formal, specific, numbered objections to the Amended Report and Recommendation (ECF No. 181), or to substitute for those objections.

Plaintiff will separately file her specific, numbered objections to ECF No. 181 within the applicable deadline.

Respectfully submitted,

/s/ Sybrena Evans

Sybrena Evans, Pro Se

17710 Lakeview Cr.

Northville, MI 48168

Dated: August 21, 2026

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, I served a copy of this Notice by First-Class U.S. Mail, postage prepaid, upon:

Danielle Robertson

4539 N. 22nd St.

Phoenix, Arizona 85016-4639

/s/ Sybrena Evans

Sybrena Evans